Ammon Bundy
4615 Harvest Lane
Emmett, Idaho 83617-3601

Defendant in Propria Persona

U.S. COURTS

MAY 1 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, People's Rights Network, Freedom Man Press LLC,

Petitioners,

vs.

St. Lukes Health System LTD, St. Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman,

Respondents.

CASE NO. 1:23-cv-212-DCN

CATEGORY: _____

FEE: _____

PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT

COMES NOW the Petitioners in the above captioned action and Petition this Court to transfer the current state case from State Court to this Court at the Federal level and states:

**JURISDICTION AND VENUE**

Jurisdiction and Venue is proper before this Court pursuant to Title 28 U.S.C. Section 1441 et. seq.; Title 28 U.S.C. Section 1443 et. seq., in that this case involves Federal Civil Rights violations against Petitioners and also done under color of law; and Title 28 Section 1446. Venue is proper also pursuant to U.S.C. Title 28 Section 1391 et. seq.

Additional Jurisdiction and Venue for this action in that it involves a Federal Question, Title 28 U.S.C. Section 31. and Title 28 U.S.C. Sections 1343(3) and (4).

Furthermore, Jurisdiction and Venue is proper before this Court pursuant to 28 U.S.C. Section 1441 (b)(2) and 28 U.S.C. Section 1332, as this case involves controversies between citizens of



FEE PAID
R# 31493
SK 5/1/2023

different states, where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## PARTIES TO THE ACTION

**3. Petitioners** appear before this Court in Propria Persona and are Defendants in an Idaho State Court civil proceeding,

Case No, CV01-22-06789, currently before the 4th Judicial District Court, County of Ada, State of Idaho.

**4. Respondents** are represented by the law firm, Holland and Hart, Erik F. Stidham, Jennifer M. Jensen, and Zachery J. McCraney, all attorneys licensed with the Idaho State Bar.

## CAUSE FOR ACTION

**5.** An original Complaint was filed by Respondents against Petitioners on May 11, 2022. Respondents have been allowed by the State Court to amend their Complaint on four (4) separate occasions.

**6.** Petitioner Ammon Bundy, has never appeared in the State Case, due to the tens of thousands of documents thrust upon him who is Pro Se and has no counsel.

**7.** Diego Rodriguez, due to the tens of thousands of documents thrust upon him has not been able to practically defend himself. As a Pro Se litigant in the preceding in State Court he has appeared only a few times. Also, as a defendant in the proceeding in State Court, Diego Rodriguez is not currently nor has been since on or about May of 2021 a citizen of Idaho, he is a citizen of Florida. There exists a controversy over Diversity of Citizenship (28 U.S.C. Section 1441(b) that this Court has authority to rule upon.

**8.** Petitioners have been put in jeopardy by Idaho's largest private institution, represented by one of Idaho's largest law firms and by an Idaho State Court, for exercising their right of free speech, their right to assemble, and their right to grieve government for redress, all protected acts listed in the 1st Amendment of the United States Constitution. Additionally, pursuant to the Preamble of the U.S. Constitution, "Life, liberty and the pursuit of happiness" clause, Petitioners have been deprived of their right of procedural due process pursuant to the 5th and 6th Amendments, and finally the right of equal rights pursuant to the 14th Amendment.

**9.** Utilizing heavy-handed tactics from one of Idaho's largest law firms, Respondents have served tens of thousands of pages upon Petitioner Ammon Bundy, a single pro se litigant. Before being able to respond to the initial complaint, Petitioner was swarmed with more documents. This has continued throughout the proceeding and the frustration of not being able to respond has had the State Court issuing a Contempt Warrant for the Arrest of Petitioner Ammon Bundy,

criminalizing a once civil case. Moreover, the Respondents have squandered valuable judicial resources and engaged in frivolous litigation to attack Petitioner at the unlawful expense of both Federal and State taxpayers whom bear the burden of the expenses at the end of the day. Diego Rodriguez as a single pro se litigant has suffered similarly at the hands of the respondents with tens of thousands of pages served upon him. Unable to respond or even practically read to understand the mountains of legal documents coming from the respondents, frustration has mounted with the petitioners and little hope that justice will be met in the State Court exists.

**10.** The heavy-handed tactics against pro se litigants are not just by the Respondent's counsel but by the State Court as well, depriving Petitioners of meaningful and procedural due process under color of law. The State Case raises issues of Federal Constitutional magnitude that cannot be addressed in the State Court forum due to the current tactics by Respondents and the State Court itself.

**11.** Petitioner/Pro Se Litigants Ammon Bundy and Diego Rodriguez have and will continue to suffer the unlawful conduct of the Respondents and State Court until or unless this Court will remove the case from State Court and transfer to the United States District Court.

## PRAYER FOR RELIEF

**WHEREFORE** Petitioners PETITION this Court for an ORDER TRANSFERRING the Idaho Civil Case, CASE NO. CV01-22-06789 be transferred to the jurisdiction of the United States District Court for The District of Idaho, as soon as possible that Petitioner may be heard and Federal questions addressed, as well as any other relief deemed just and proper under the circumstances.

**DATED THIS DAY,** the 1st of May, 2023.

*[signature]*

Ammon Bundy, Petitioner Pro Se

**VERIFICATION**

I, Ammon Bundy, do hereby verify that the contents contained herein are true and correct to the best of my belief and knowledge pursuant to the laws of the United States of America, this 1st day of May, 2023.

*[signature]*

Ammon Bundy, Petitioner Pro Se

**CERTIFICATE OF SERVICE**

That the original and one copy of the foregoing instrument titled PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT was filed with the United States District Court, for the District of Idaho, located at 550 West Front Street, Suite 400, Boise, Idaho, 83724.

Service time: _____ Service Date: _____ Server Initials: _____

That the original and one copy of the foregoing instrument titled PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT was served to the respondent's counsel Holland & Hart, Attn: Erik Stidham at 800 West Main Street, Suite 1750 Boise, ID 83702-5974.

Service time: _____ Service Date: _____ Server Initials: _____

That the original and one copy of the foregoing instrument titled PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT was served to the Clerk of the 4th Judicial District Court, County of Ada, State of Idaho, Attn: Judge Lynn Norton at 200 West Front Street, Boise ID, 83702.

Service time: _____ Service Date: _____ Server Initials: _____

DATED THIS 1st day of May, 2023.

*[signature]*

Ammon Bundy, Petitioner Pro Se