Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>　　　　Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>　　　　Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Erik F. Stidham, Jennifer M. Jensen and Zachery J. McCraney, of the firm Holland & Hart LLP, each enters their appearance for and on behalf of Respondents St. Luke's Health System, LTD, St. Luke's Regional Medical Center, LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman, in this matter.

NOTICE OF APPEARANCE - 1

DATED: May 9, 2023

          HOLLAND & HART LLP

          By: */s/Erik F. Stidham*
              Erik F. Stidham
              Jennifer M. Jensen
              Zachery J. McCraney

          ATTORNEYS FOR RESPONDENTS

NOTICE OF APPEARANCE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 10, 2023, I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

    Ammon Bundy
    Ammon Bundy for Governor
    People's Rights Network
    4615 Harvest Lane
    Emmett, ID 83617-3601

    Diego Rodriguez
    Freedom Man PAC
    Freedom Man Press LLC
    1317 Edgewater Dr. #5077
    Orlando, FL 32804

On May 9, 2023, via email:

    Ammon Bundy – aebundy@bundyfarms.com
    Diego Rodriguez - freedommanpress@protonmail.com

                                */s/ Erik F. Stidham*
                                Erik F. Stidham
                                of HOLLAND & HART LLP

21440470_v1