Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
ZJMcCraney@hollandhart.com

Attorneys for Respondents

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>    Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>    Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Respondents St. Luke's Health System, Ltd., and St. Luke's Regional Medical Center, Ltd., (collectively, "St. Luke's"), by and through its attorneys, Holland & Hart LLP, pursuant to FRCP 7.1, provides the following:

St. Luke's Health System, Ltd. is a nonprofit corporation formed under the laws of Idaho, and there is no parent company of St. Luke's Health System, Ltd. or publicly held corporation that owns 10% or more of its stock.

St. Luke's Regional Medical Center, Ltd. is a nonprofit corporation formed under the laws of Idaho and is wholly owned by St. Luke's Health System, Ltd.  There is no publicly held corporation that owns 10% or more of its stock.

DATED:  May 9, 2023

                HOLLAND & HART LLP


                By: */s/Erik F. Stidham*
                    Erik F. Stidham
                    Jennifer M. Jensen
                    Zachery J. McCraney

                ATTORNEYS FOR RESPONDENTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that May 10, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Ammon Bundy
Ammon Bundy for Governor
People's Rights Network
4615 Harvest Lane
Emmett, ID 83617-3601

Diego Rodriguez
Freedom Man PAC
Freedom Man Press LLC
1317 Edgewater Dr. #5077
Orlando, FL 32804

May 9, 2023 via email:

Ammon Bundy – aebundy@bundyfarms.com
Diego Rodriguez - freedommanpress@protonmail.com

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP