Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLE'S RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

COME NOW St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, MD and Tracy Jungman by and through their counsel of record, Holland & Hart, LLP, and move pursuant to F.R.C.P. 5.2(d) and Idaho District Court Local Rule 5.3 for leave to file under seal the Declaration of Jennifer M. Jensen and the Exhibit attached

**RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL** - 1

thereto.  This Motion is supported by a Memorandum, the Declaration of Jennifer M. Jensen, and a proposed Order.

DATED:  May 8, 2023

                HOLLAND & HART LLP

                By: */s/Erik F. Stidham*
                    Erik F. Stidham
                    Jennifer M. Jensen
                    Zachery J. McCraney

                ATTORNEYS FOR RESPONDENTS

**RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 9, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

>Ammon Bundy
>Ammon Bundy for Governor
>People's Rights Network
>4615 Harvest Lane
>Emmett, ID 83617-3601
>
>Diego Rodriguez
>Freedom Man PAC
>Freedom Man Press LLC
>1317 Edgewater Dr. #5077
>Orlando, FL 32804

May 8, 2023 via email:

>Ammon Bundy – aebundy@bundyfarms.com
>Diego Rodriguez - freedommanpress@protonmail.com

>*/s/ Erik F. Stidham*
>Erik F. Stidham
>of HOLLAND & HART LLP

21440613_v1

**RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL** - 3