Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLE'S RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>　　　　Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>　　　　Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

I, Jennifer M. Jensen, declare and state as follows:

1.　　I am an attorney with the firm of Holland & Hart LLP ("Holland & Hart") and serve as counsel for the Plaintiffs in this case. I make this declaration based on my personal knowledge.

DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL - 1

2. Attached hereto as **Exhibit A** is a true and correct copy of the unredacted version of the Fourth Amended Complaint, filed in the lawsuit *St. Luke's Health System Ltd. et al. v. Ammon Bundy et al.*, pending in state court in the Fourth Judicial District, County of Ada. Pursuant to Idaho District Local Civil Rule 5.3(b)(2), the redactions that appear in the publicly filed version of the Fourth Amended Complaint appear in highlighting in Exhibit A.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: May 8, 2023

By: */s/Jennifer M. Jensen*
Jennifer M. Jensen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 9, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Ammon Bundy
Ammon Bundy for Governor
People's Rights Network
4615 Harvest Lane
Emmett, ID 83617-3601

Diego Rodriguez
Freedom Man PAC
Freedom Man Press LLC
1317 Edgewater Dr. #5077
Orlando, FL 32804

May 8, 2023 via email:

Ammon Bundy – aebundy@bundyfarms.com
Diego Rodriguez - freedommanpress@protonmail.com

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

21440859_v1

DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION FOR LEAVE TO FILE UNDER SEAL - 3