Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
ZJMcCraney@hollandhart.com

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, ,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**MOTION TO DISMISS PETITION OR REMAND TO STATE COURT** |

COME NOW, Respondents St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman (collectively "Respondents") and hereby move pursuant to 28 U.S.C. § 1447 to remand the above-captioned case to state court, where it has been pending in the Fourth Judicial District, Ada County, since

**MOTION TO DISMISS PETITION OR REMAND TO STATE COURT - 1**

May 11, 2022 (*St. Luke's Health System, LTD, et al., vs. Ammon Bundy, et al.*, CV01-22-06789). This Motion is supported by a Memorandum and the Declaration of Jennifer M. Jensen, filed concurrently herewith.

DATED: May 8, 2023

                    HOLLAND & HART LLP

                    By: */s/Erik F. Stidham*
                         Erik F. Stidham
                         Jennifer M. Jensen
                         Zachery J. McCraney

                    ATTORNEYS FOR RESPONDENTS

**MOTION TO DISMISS PETITION OR REMAND TO STATE COURT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 9, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

> Ammon Bundy
> Ammon Bundy for Governor
> People's Rights Network
> 4615 Harvest Lane
> Emmett, ID 83617-3601
>
> Diego Rodriguez
> Freedom Man PAC
> Freedom Man Press LLC
> 1317 Edgewater Dr. #5077
> Orlando, FL 32804

May 8, 2023, via email:

> Ammon Bundy – aebundy@bundyfarms.com
> Diego Rodriguez - freedommanpress@protonmail.com

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

21415352_v1

**MOTION TO DISMISS PETITION OR REMAND TO STATE COURT - 3**