Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
ZJMcCraney@hollandhart.com

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC, <br><br> Petitioners. <br><br> vs. <br><br> ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, <br><br> Respondents. | Case No. 1:23-cv-00212-DCN <br><br> **DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS PETITION OR REMAND TO STATE COURT** |

I, Jennifer M. Jensen, being first duly sworn upon oath, depose and state as follows:

1.      I am an attorney with the firm of Holland & Hart LLP ("Holland & Hart") and

serve as counsel for the Plaintiffs in this case. I make this declaration based on my personal

knowledge.

DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION
TO DISMISS PETITION OR REMAND TO STATE COURT - 1

2.      Attached hereto as **Exhibit A** is a true and correct copy of the redacted version of the Fourth Amended Complaint, filed in the lawsuit *St. Luke's Health System Ltd. et al. v. Ammon Bundy et al.*, pending in state court in the Fourth Judicial District, County of Ada. The Fourth Amended Complaint details Ammon Bundy's and the other Defendants' exploitation of a tragic situation surrounding an infant who was taken into protective custody by the Idaho Department of Health and Welfare. As detailed in the Fourth Amended Complaint, Bundy and the other Defendants caused disruptions at St. Luke's, including summoning an armed mob to the hospital and causing it to go into lockdown.

3.      On May 11, 2022, a few weeks after Bundy incited the disruptions at St. Luke's, St. Luke's, its CEO Chris Roth, and one of the doctors who had been the target of Defendants' smear campaign Natasha Erickson filed suit against Bundy, People's Rights Network ("PRN"), Ammon Bundy for Governor ("Bundy Campaign"), Bundy's acolyte Diego Rodriguez, and Rodriguez's entities Freedom Man Press and Freedom Man PAC. The St. Luke's Parties brought state law claims for defamation, false-light invasion of privacy, intentional infliction of emotional distress, common law trespass, statutory trespass, violation of Idaho's Unfair Business Practices Act, violation of Idaho's Charitable Donations Act, and civil conspiracy.

4.      All of the Plaintiffs are Idaho citizens. At least four of the Defendants are Idaho citizens—Ammon Bundy, PRN, Ammon Bundy for Governor, and Freedom Man PAC. As for Defendant Diego Rodriguez and Defendant Freedom Man Press, it is difficult to determine their citizenship. While Rodriguez claims to have moved out of Idaho, he has refused to answer discovery requests providing a current address, other than a "virtual" Florida address, where he asserts he does not reside but rather uses solely to receive his mail.

5.      Bundy was served with the Complaint and Summons on July 12, 2022.

6.     This case has been pending for almost a year in state court. Attached hereto as **Exhibit B** is a true and correct copy of the docket report from the lawsuit *St. Luke's Health System Ltd. et al. v. Ammon Bundy et al.*, pending in state court in the Fourth Judicial District, County of Ada, downloaded at my direction on May 8, 2023.

7.     The case is set to go to trial in a few weeks, starting July 10, 2023. Bundy has never filed an appearance or anything else in the lawsuit, nor have the entities he controls (PRN and the Bundy Campaign). He was properly served with the then-operative summons and complaint on July 12, 2022, nearly ten months ago. Bundy and his entities are in default under the current operative complaint, the Fourth Amended Complaint.

8.     Although Bundy and his entities have not appeared in the lawsuit, they have continued their smear campaign, adding new factual bases to the existing causes of action with the escalating misconduct. The first amendment added a new Plaintiff (Nurse Practitioner Tracy Jungman) when Defendants began to harass and dox her, spreading false conspiracy theories about her kidnapping and molesting children. The second and third amendments to the Complaint occurred concurrently—one amendment to allege punitive damages under Idaho Code § 6-1604 and one amendment to update factual allegations as they had developed during the pendency of the lawsuit. The St. Luke's Parties were granted a fourth amendment to the Complaint to add further factual allegations, substantiated by video evidence of Bundy's misrepresentations and harassment of the Plaintiffs, which he had perpetrated after the Third Amended Complaint had been filed.

9.     Bundy and the other Defendants have obstructed the lawsuit's progress every step of the way, resulting in multiple orders granting sanctions and five motions for contempt. The state court has sanctioned Bundy multiple times and entered a preliminary injunction and

protective order requiring that Bundy stop harassing, intimidating, and threatening witnesses in the lawsuit. Attached hereto as **Exhibit C** is a true and correct copy of the Preliminary Injunction Order entered October 12, 2022. Attached hereto as **Exhibit D** is a true and correct copy of the Protective Order entered January 19, 2023. Four of the five motions for contempt have been against Bundy. Based on video evidence and online statements authored by Bundy and submitted with the contempt motions, the state court found probable cause that Bundy had indeed violated the court's orders prohibiting witness intimidation. Because Bundy refused to appear in court on the contempt proceedings, the court entered a warrant of attachment under I.R.C.P. 75, to bring him before the court (to satisfy statutory and due process requirements that he attend the hearing on contempt rather than have the contempt action proceed in his absence). In response, Bundy summoned his followers to form a blockade on his residential property, in order to prevent arrest by the sheriff—or at least to prevent a non-violent arrest.

10.     With the trial for this case only weeks away, Bundy filed his Petition, seeking removal of a nearly one-year long lawsuit in which he has serially violated the state court's orders. Further, because Bundy is in default, the St. Luke's Parties are entitled to proceed against him whenever the state court permits on the issue of the amount of damages, including punitive damages. As Bundy is aware, on May 23, 2023, there is a scheduling conference to address the damages trial against him and his Defendant entities. If jurisdiction over the case is disrupted long enough through his removal action, he will obtain a delay in the judgment against him.

11.     Bundy has publicly admitted that he is fraudulently hiding his assets. For instance, see https://rumble.com/v22v9ik-interview-with-ammon-bundy-12282022.html. In the video, Ammon Bundy makes the following statements:

DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS PETITION OR REMAND TO STATE COURT - 4

- [The St. Luke's Parties are] "probably going to try to get judgments of over a million dollars and take everything they [sic] have from me." (45:37 to 45:45).

- "And uh and I'm not going to let that happen and I'm making moves you know to you know stop that from happening." (45:45 to 45:52).

- "And it I have to you know meet 'em on the front door with my you know friends and shotgun I'll do that. They're not going to take my property." (45:52 to 46:00).

- "I've never once stepped inside a St. Luke's hospital; never used their services ever; I don't owe them any money." (46:00 to 46:07).

- "And just because I said the truth in public about them and they didn't like it, that doesn't mean they get to take millions of dollars from me and destroy me, financially." (46:07 to 46:15).

- "But destroying my entire life's wealth…and literally uh you know kicking my family out in the streets by taking my home and taking you know my properties and all of that… that would be hard for me to swallow and you know… But I think the best way to respond to them is to protect my assets and uh just let them keep sending me these books every, every week, and just ignore them." (49:17 to 49:58).

Permitting him to delay a judgment against him through a sham removal will only give him more time to do so.

     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

     DATED:  May 8, 2023

     By: */s/Jennifer M. Jensen*
               Jennifer M. Jensen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 9, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

> Ammon Bundy
> Ammon Bundy for Governor
> People's Rights Network
> 4615 Harvest Lane
> Emmett, ID 83617-3601
>
> Diego Rodriguez
> Freedom Man PAC
> Freedom Man Press LLC
> 1317 Edgewater Dr. #5077
> Orlando, FL 32804

May 8, 2023 via email:

> Ammon Bundy – aebundy@bundyfarms.com
> Diego Rodriguez - freedommanpress@protonmail.com

*/s/ Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

21440914_v1

DECLARATION OF JENNIFER M. JENSEN IN SUPPORT OF RESPONDENTS' MOTION TO DISMISS PETITION OR REMAND TO STATE COURT - 6