# EXHIBIT B

## Case Information

CV01-22-06789 | St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman Plaintiff, vs. Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV01-22-06789 | Ada County District Court | Norton, Lynn G. |
| File Date | Case Type | Case Status |
| 05/11/2022 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

Plaintiff
St Lukes Health System LTD

Active Attorneys ▾
Lead Attorney
Stidham, Erik F.
Retained

Plaintiff
St Lukes Regional Medical Center LTD

Active Attorneys ▾
Lead Attorney
Stidham, Erik F.
Retained

Plaintiff
Roth, Chris

Active Attorneys ▾
Lead Attorney
Stidham, Erik F.
Retained

Plaintiff
Erickson, Natasha D, MD

Active Attorneys ▾
Lead Attorney
Stidham, Erik F.
Retained

Plaintiff
Jungman, Tracy W

Active Attorneys ▾
Lead Attorney
Stidham, Erik F.
Retained

Defendant
Bundy, Ammon

Defendant
Ammon Bundy for Governor

Defendant
Rodriguez, Diego

Active Attorneys ▾
Pro Se

Defendant
Freedom Man PAC

Defendant
Peoples Rights Network

Defendant
Freedom Man Press LLC

## Bond Settings

| Setting Date |
| --- |
| 4/18/2023 |

## Events and Hearings

| 05/11/2022 New Case - District Civil |
| --- |
| 05/11/2022 Civil Case Information Sheet |
| 05/11/2022 Civil Case Information Sheet |

05/11/2022 Complaint Filed ▾

Comment
and Demand for Jury Trial (Redacted)

05/11/2022 Summons Issued ▾

Comment
and Filed - Ammon Bundy

05/11/2022 Summons Issued ▾

Comment
and Filed - Ammon Bundy for Governor

05/11/2022 Summons Issued ▾

Comment
and Filed - Diego Rodriguez

05/11/2022 Summons Issued ▾

Comment
and Filed - Freedom Man Press LLC

05/11/2022 Summons Issued ▼

Comment
and Filed - Freedom Man PAC

05/11/2022 Summons Issued ▼

Comment
and Filed - People's Rights Network

05/11/2022 Motion ▼

Comment
to Seal

05/11/2022 Memorandum In Support of Motion ▼

Comment
to Seal

05/11/2022 Motion ▼

Comment
for Protective Order

05/11/2022 Memorandum In Support of Motion ▼

Comment
for Protective Order

05/11/2022 Motion ▼

Comment
for a Preliminary Injunction

05/11/2022 Declaration ▼

Comment
of Dr. Natasha Erickson in Support of Motion for a Preliminary Injunction (Redacted)

05/11/2022 Declaration ▼

Comment
of Chris Roth in Support of Motion for a Preliminary Injunction

05/11/2022 Declaration ▼

Comment
of Erik Stidham in Support of Motion for a Preliminary Injunction (Redacted)

05/11/2022 Memorandum In Support of Motion ▾

Comment
for a Preliminary Injunction Against Ammon Bundy, Diego Rodriguez, Freedom Man Press LLC and
People's Rights Network (Redacted)

05/11/2022 Summons ▾

Served
05/12/2022

05/11/2022 Summons ▾

Served
05/13/2022

05/11/2022 Summons ▾

Served
07/15/2022

05/11/2022 Summons ▾

Served
05/12/2022

05/12/2022 Declaration ▾

Comment
of David Barton in Support of Motion for a Preliminary Injunction (Redacted)

05/12/2022 Motion ▾

Comment
to Seal Memorandum in Support of Motion to Expedite Discovery

05/12/2022 Memorandum In Support of Motion ▾

Comment
to Seal Memorandum in Support of Motion to Expedite Discovery

05/12/2022 Motion ▾

Comment
to Expedite Discovery

05/12/2022 Memorandum In Support of Motion ▾

Comment
to Expedite Discovery (Redacted)

05/12/2022 Declaration in Support of Motion ▾

Comment
Declaration of Erik Stidham In Support of Motion to Expedite Discovery

05/17/2022 Affidavit / Return of Service ▾

Comment
(Ammon Bundy for Governor) 5/13/22

05/17/2022 Affidavit / Return of Service ▾

Comment
(People's Rights Network) 5/12/22

05/17/2022 Affidavit / Return of Service ▾

Comment
(Ammon Bundy) 5/12/22

05/28/2022 Notice of Hearing ▾

Comment
(June 3, 2022 at 9:00 am) Motion to Seal, Motion to Expedite Discovery

06/02/2022 Amended Complaint Filed ▾

Comment
and Demand for Jury Trial (Redacted)

06/02/2022 Motion ▾

Comment
to Seal

06/02/2022 Memorandum In Support of Motion ▾

Comment
to Seal

06/03/2022 Motion Hearing ▾

Original Type
Motion Hearing

Judicial Officer
Norton, Lynn G.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Motion to Seal, Motion to Expedite Discovery

---

06/03/2022 Order ▾

Comment
Granting Motion to Expedite Discovery

---

06/03/2022 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

---

06/03/2022 Memorandum ▾

Comment
Decision and Order Granting in Part Motions to Seal

---

06/03/2022 Motion for Service of Summons by Publication

---

06/17/2022 Declaration ▾

Comment
of William T Tenity - Freedom Man Pac

---

06/17/2022 Declaration ▾

Comment
of William T Tenity - Freedom Man Press

---

06/20/2022 Amended Summons Issued ▾

Comment
and Served- People's Rights Network

---

06/20/2022 Amended Summons Issued ▾

Comment
and Filed - Ammon Bundy

---

06/20/2022 Amended Summons Issued ▾

Comment
and Filed - Ammon Bundy for Governor

---

06/24/2022 Motion ▾

Comment
for Sanctions

06/24/2022 Memorandum In Support of Motion ▾

Comment
for Sanctions

06/24/2022 Declaration in Support of Motion ▾

Comment
for Sanctions

06/27/2022 Civil Notice of Hearing ▾

Comment
(07/12/2022 @ 2:30 PM) Motion for Sanctions

06/28/2022 Amended Notice of Hearing ▾

Comment
(07/12/2022 @ 2:30 PM) Motion for Sanctions

07/06/2022 Motion ▾

Comment
for Entry of Default as to Freedom Man Press LLC and Freedom Man PAC

07/06/2022 Declaration ▾

Comment
of Erik F. Stidham in Support of Motion for Entry of Default as to Freedom Man Press LLC and
Freedom Man PAC

07/08/2022 Affidavit in Support of Motion ▾

Comment
Supplemental Affidavit for Service by Publication with Supporting Documents

07/12/2022 Motion for Sanctions ▾

Original Type
Motion for Sanctions

Judicial Officer
Norton, Lynn G.

Hearing Time
2:30 PM

Result
Hearing Held

07/12/2022 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

07/12/2022 Amended ▾

Comment
Order Grantiing Motion to Expedite Discovery

07/13/2022 Order for Service (Publication) ▾

Judicial Officer
Norton, Lynn G.

07/13/2022 Summons Issued ▾

Comment
and Filed - by Publication (Diego Rodriguez)

07/13/2022 Summons Issued ▾

Comment
and Filed - by Publication (Freedom Man Press LLC)

07/13/2022 Summons Issued ▾

Comment
and Filed - by Publication (Freedom Man Pac)

07/13/2022 Order ▾

Comment
Denying Motion for Default & Default Judgment Against Freedom Man PAC & Freedom Man LLC

07/13/2022 Order ▾

Comment
Denying Motion for Sanctions

07/13/2022 Amended Summons Issued ▾

Comment
Second Amended Summons Issued and Filed - People's Rights Network

07/13/2022 Amended Summons Issued ▾

Comment
Amended Summons Issued and Filed - Freedom Man PAC

07/13/2022 Amended Summons Issued ▼

Comment
and Filed - Freedom Man PAC

07/13/2022 Amended Summons Issued ▼

Comment
and Filed - Freedom Man Press

07/13/2022 Amended Summons Issued ▼

Comment
Second Amended Summons Issued and Filed - Ammon Bundy

07/13/2022 Amended Summons Issued ▼

Comment
Second Amended Summons Issued and Filed - Ammon Bundy for Governor

07/13/2022 Amended Summons Issued ▼

Comment
Second Amended Summons Issued and Filed - People's Rights Network

07/13/2022 Summons ▼

Served
08/07/2022

07/13/2022 Summons ▼

Served
08/07/2022

07/13/2022 Summons ▼

Served
07/16/2022

07/13/2022 Summons ▼

Served
07/16/2022

07/13/2022 Summons ▼

Served
07/16/2022

07/22/2022 Affidavit / Return of Service ▼

Comment
Diego Rodriguez - 07/15/2022

07/22/2022 Affidavit / Return of Service ▼

Comment
Diego Rodriguez - 7/15/22

07/22/2022 Affidavit / Return of Service ▼

Comment
Freedom Man PAC 7/15/22

07/22/2022 Affidavit / Return of Service ▼

Comment
Freedom Man PAC 7/15/22

07/22/2022 Affidavit / Return of Service ▼

Comment
on Freedom Man Press LLC 7/15/22

07/22/2022 Affidavit / Return of Service ▼

Comment
on Freedom Man Press LLC 7/15/22

07/22/2022 Affidavit / Return of Service ▼

Comment
Ammon Bundy - 07/16/2022

07/22/2022 Affidavit / Return of Service ▼

Comment
Ammon Bundy for Governor - 07/16/2022

07/22/2022 Affidavit / Return of Service ▼

Comment
People's Rights Network - 07/16/2022

07/22/2022 Affidavit / Return of Service ▼

Comment
Ammon Bundy for Governor - Campaign Office - 07/20/2022

07/22/2022 Affidavit ▾

Comment
of Non Service of Diego Rodriguez

07/26/2022 Affidavit / Return of Service ▾

Comment
Ammon E. Bundy - 7/20/22

07/26/2022 Affidavit / Return of Service ▾

Comment
Bundy for Governor - 7/20/22

07/26/2022 Affidavit / Return of Service ▾

Comment
People's Rights Network - 7/20/22

08/12/2022 Motion for Entry of Default ▾

Comment
and Default Judgment as to Bundy, Bundy for Governor and Peoples Rights

08/12/2022 Motion for Contempt ▾

Comment
and Motion for Sanctions

08/12/2022 Memorandum In Support of Motion ▾

Comment
for Sanctions and for Contempt

08/12/2022 Declaration in Support of Motion ▾

Comment
of Attorney Stidham in Support of Motion for Entry of Default and default Judgment

08/12/2022 Civil Notice of Hearing ▾

Comment
September 6 2022 at 4:00 pm

08/19/2022 Proof of Publication ▾

Comment
Freedom Man PAC 8/07/22

08/19/2022 Proof of Publication ▾

Comment
Freedom Man Press LLC 8/07/22

08/19/2022 Proof of Publication ▾

Comment
Diego Rodriguez 8/07/22

08/19/2022 Proof of Publication ▾

Comment
Freedom Man PAC 8/17/22

08/19/2022 Proof of Publication ▾

Comment
Freedom Man Press 08/17/22

08/19/2022 Proof of Publication ▾

Comment
Diego Rodriguez 08/17/22

08/19/2022 Proof of Publication ▾

Comment
Freedom Man PAC 8/8/22

08/19/2022 Proof of Publication ▾

Comment
Freedom Man Press LLC - 8/8/22

08/19/2022 Proof of Publication ▾

Comment
Diego Rodriguez 8/8/22

08/19/2022 Motion for Contempt ▾

Comment
and Motion for Sanctions (Diego Rodriguez)

08/19/2022 Memorandum In Support of Motion ▾

Comment
for Sanctions (Diego Rodriguez)

08/19/2022 Declaration in Support of Motion ▾

Comment
of Attorney Stidham in Support of Motion for Sanctions and For Contempt (Diego Rodriguez)

08/19/2022 Civil Notice of Hearing ▾

Comment
September 6 2022 at 4:00 pm Motion for Sanctions and for Contempt (Diego Rodriguez)

08/24/2022 Order on Application for Default Judgment, Non Compliance

08/24/2022 Declaration in Support of Motion ▾

Comment
Supplemental Declaration of Erik F. Stidham in Support of Motion for Entry of Default and Default
Judgment as to Ammon Bundy, Ammon Bundy for Governor, and People's Right Network

08/26/2022 Amended ▾

Comment
Amended Motion for Entry of Default as to Ammon Bundy, Ammon Bundy for Governor, and People's
Rights Network

08/26/2022 Declaration in Support of Motion ▾

Comment
for Entry of Default as to Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network

09/02/2022 Order for Entry of Default ▾

Comment
Against Ammon Bundy, Ammon Bundy for Governor, and Peoples Rights Network

09/06/2022 Motion for Sanctions ▾

Original Type
Motion for Sanctions

Judicial Officer
Norton, Lynn G.

Hearing Time
4:00 PM

Result
Hearing Held

Comment
Motion for Contempt

09/06/2022 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

09/06/2022 Answer ▾

Comment
(Pro Se Defendant Rodriguez)

09/06/2022 Notice of Appearance ▾

Comment
(Pro Se Defendant Rodriguez)

09/07/2022 Civil Case Information Sheet ▾

Comment
(Diego Rodriguez)

09/08/2022 Order ▾

Comment
on Motion for Sanctions

09/08/2022 Notice ▾

Comment
of Available Deposition Dates As Requested

09/09/2022 Motion for Entry of Default ▾

Comment
as to Freedom Man Press and Freedom Man PAC

09/09/2022 Declaration in Support of Motion ▾

Comment
of Stidham in Support of Motion for Entry of Default as to Freedom Man Press and PAC

09/13/2022 Order for Entry of Default ▾

Comment
Against Freedom Man Press LLC and Freedom Man PAC

09/14/2022 Order ▾

Comment
for Scheduling Conference & Order Re: Motion Practice

09/14/2022 Notice ▾

Comment
of Available Deposition Dates as Requested by Judge Norton for Diego Rodriguez

09/21/2022 Notice of Service

09/26/2022 Motion ▾

Comment
for Further Sanctions and Renewed Motion for Contempt

09/26/2022 Memorandum In Support of Motion

09/26/2022 Affidavit in Support of Motion

09/28/2022 Statement ▾

Comment
General Outline of Trial Procedures for a Pro Se Party

09/28/2022 Motion ▾

Comment
for Award of Attorneys' Fees Against Ammon Bundy

09/28/2022 Memorandum In Support of Motion ▾

Comment
for Award of Attorneys' Fees Against Ammon Bundy

09/28/2022 Declaration in Support of Motion ▾

Comment
for Award of Attorneys' Fees Against Ammon Bundy

09/28/2022 Civil Notice of Hearing ▾

Comment
October 11 2022 at 2:30 pm Motion for Sanctions and Renewed Motion for Contempt

09/29/2022 Notice & Order on Written Ex Parte or Prohibited Com.

10/04/2022 Notice of Service of Discovery Requests ▾

Comment
Plaintiff s First Set of Interrogatories to Diego Rodriguez

10/04/2022 Motion ▾

Comment
for Sanctions and Protective Order Relating to Limited Deposition of Diego Rodriguez

10/04/2022 Memorandum In Support of Motion ▾

Comment
for Sanctions and Protective Order Relating to Limited Deposition of Diego Rodriguez

10/04/2022 Declaration in Support of Motion ▾

Comment
Declaration of Attorney Stidham in Support of Motion for Sanctions and Protective Order for Deposition
of Diego Rodriguez

10/04/2022 Motion for Reconsideration ▾

Comment
or Cancel the Courts Order on Motions for Sanctions

10/07/2022 Notice of Hearing ▾

Comment
on Motion for Further Sanctions and Motion for Award of Attorney's Fees (11/22/22 @3:15pm)

10/07/2022 Notice of Service of Discovery Requests ▾

Comment
Plaintiff's Second Interrogatories

10/11/2022 Scheduling Conference ▾

Original Type
Scheduling Conference

Judicial Officer
Norton, Lynn G.

Hearing Time
2:30 PM

Result
Hearing Held

Comment
Motion for Sanctions and Renewed Motion for Contempt

10/11/2022 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

10/11/2022 Stipulation for Scheduling and Planning

10/12/2022 Order ▾

Comment
Awarding Fees

10/12/2022 Order ▾

Comment
Granting Motion for Preliminary Injunction

10/12/2022 Order ▾

Comment
Granting in Part, Denying in Part, Motion for Further Sanctions & Renewed Motion for Contempt

10/14/2022 Notice ▾

Comment
with the Court Requesting Service by Email

10/17/2022 Notice of Trial Setting, Final Pre-Trial Conference & Order

10/17/2022 Affidavit / Return of Service ▾

Comment
Ammon Bundy (10/15/2022)

10/17/2022 Affidavit / Return of Service ▾

Comment
Peoples Right Network (10/15/2022)

10/17/2022 Affidavit / Return of Service ▾

Comment
Bundy for Governor Bundy (10/15/2022)

10/18/2022 Declaration ▾

Comment
of Service - People's Rights Network - 3 Orders

10/18/2022 Declaration ▾

Comment
of Service - Ammon Bundy - 3 Orders

10/18/2022 Declaration ▾

Comment
of Service - Ammon Bundy for Governor - 3 Orders

10/19/2022 Notice of Service of Discovery Requests ▾

Comment
Petitioner s Second Set of Interrogatories and Requests

10/19/2022 Motion ▾

Comment
for Award of Attorneys' Fees Against Rodriguez (Stidham for Plaintiff)

10/19/2022 Memorandum In Support of Motion ▾

Comment
for Award of Attorney Fees Against Rodriguez

10/19/2022 Declaration in Support of Motion ▾

Comment
of Attorney Stidham in Support of Motion for Award of Attorneys' Fees Against Rodriguez

10/21/2022 Amended Notice of Hearing ▾

Comment
November 22 2022 at 3:15 pm Motion for Sanctions, Motion for Award and Motion for Leave

10/24/2022 Notice of Service of Discovery Requests ▾

Comment
Plaintiff s First Set of Interrogatories and Requests to Ammon Bundy for Governor

11/02/2022 Notice of Service ▾

Comment
St. Luke's Health System, LTD of Out of State Subpoena to Givesendgo, LLC

11/02/2022 Application ▾

Comment
for Writ of Execution

11/02/2022 Affidavit ▾

Comment
of Erik F. Stidham in Support of Application for Writ of Execution

11/02/2022 Writ Issued ▾

Comment
Execution (Gem County)

11/07/2022 Motion ▾

Comment
Expedited Motion for Court Approval to File an Extra Length Memorandum in Support of Plaintiffs'
Motion for Punitive Damages

11/07/2022 Order ▾

Comment
Denying Expedited Motion for Court Approval to File an Extra Length Memorandum in Support of
Plaintiffs' Motion for Punitive Damages [postage paid]

11/07/2022 Civil Notice of Hearing ▾

Comment
November 22 2022 at 3:15 pm Defendant s Motion to Reconsider

11/07/2022 Request for Discovery & Response to Request for Discovery

11/08/2022 Amended Notice of Hearing ▾

Comment
November 22 2022 at 3:15 pm Motion for Further Sanctions and Protective Order

11/08/2022 Civil Notice of Hearing ▾

Comment
December 20 2022 at 3:15 pm Motion for Leave to Amend Complaint

11/08/2022 Declaration in Support of Motion ▾

Comment
Supplemental Declaration of Attorney Stidham for Plaintiffs in Support of Motion for Sanctions,
Protective Order

11/15/2022 Opposition to ▾

Comment
Rodriguez Motion to Cancel or Reconsider

11/15/2022 Declaration ▾

Comment
of Erik F. Stidham ISO Opposition to Rodriguez Motion to Cancel or Reconsider

11/21/2022 Declaration in Support of Motion ▾

Comment
Supplemental Declaration of Diego Rodriguez in Response to Plaintiffs' Opposition to Defendant Diego
Rodriguez's Verified Motion to Cancel or Reconsider the Courts Order on Motions for Sanctions

11/22/2022 Motion for Sanctions ▾

Original Type
Motion for Sanctions

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

Comment
Motion for Sanctions, Motion for Award and Motion for Leave and Motion to Reconsider

11/22/2022 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

11/22/2022 Declaration in Support of Motion ▾

Comment
Second Supplemental Declaration of Erik F. Stidham in Support of Motion for Sanctions and Protective
Order Relating to Limited Deposition of Diego Rodriguez Set October 5,2022

11/22/2022 Motion ▾

Comment
Expedited Motion for Court Approval to File an Extra Length Memorandum In Support of Plaintiffs'
Motion for Punitive Damages

11/22/2022 Memorandum In Support of Motion ▾

Comment
Memorandum in Support of Expedited Motion for Court Approval to File an Extra Length Memorandum
in Support of Plaintiffs' Motion for Punitive Damages

11/28/2022 Order ▾

Comment
Denying Motion for Court Approval to File an Extra Length Memorandum in Support of Plaintiffs'
Motion for Punitive Damages

11/29/2022 Memorandum ▾

Comment
Decision & Order Denying Reconsideration & Granting Fees/Costs

11/29/2022 Memorandum ▾

Comment
Decision & Order Granting Protective Order Re: Depositions but Denying Sanctions

11/29/2022 Order ▼

Comment
for Protection Re: Depositions

11/29/2022 Notice of Service

11/29/2022 Notice ▼

Comment
of Fourth Judicial District Administrative Order No. 21-05-21-1

11/29/2022 Notice of Service

11/29/2022 Civil Notice of Hearing ▼

Comment
12/20/22 @ 3:15 PM

11/30/2022 Notice & Order on Written Ex Parte or Prohibited Com.

12/01/2022 Declaration ▼

Comment
of Service of GiveSendGo Subpoena

12/05/2022 Sheriff's Return ▼

Comment
on Writ and Writ - Gem County

12/05/2022 Declaration ▼

Comment
of Erik Stidham ISO Motions for Leave to Amend Complaint to Allege Punitive Damages (redacted)

12/06/2022 Motion to File Under Seal

12/06/2022 Motion to Compel

12/06/2022 Declaration ▼

Comment
of Erik Stidham in Support of Plaintiffs' Motion to Compel

12/06/2022 Memorandum In Support of Motion ▼

Comment
to Compel

12/06/2022 Declaration ▼

Comment
of Erik Stidham in Support of Motion for Protective Order Filed May 11, 2022

12/06/2022 Memorandum In Support of Motion ▼

Comment
to Seal

12/06/2022 Motion ▼

Comment
for Leave to Amend the First Amended Complaint to Allege Punitive Damages as to Defendant Diego
Rodriguez (redacted)

12/06/2022 Memorandum In Support of Motion ▼

Comment
for Leave to Amend Complaint to Allege Punitive Damages Against Diego Rodriguez (Redacted)

12/06/2022 Motion ▼

Comment
for Leave to Amend the First Amended Complaint to Allege Punitive Damages as to Default
Defendants (Redacted)

12/06/2022 Memorandum In Support of Motion ▼

Comment
for Leave to Amend Complaint to Allege Punitive Damages as to Defaulted Defendants (Redacted)

12/06/2022 Declaration ▼

Comment
of Jessica Flynn in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/06/2022 Declaration ▼

Comment
of John Coggins in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/06/2022 Declaration ▼

Comment
of Natasha D. Erickson in Support of Motions for Leave to Amend Complaint to Allege Punitive
Damages (redacted)

12/06/2022 Declaration ▼

Comment
of Tracy W. Jungman in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages
(redacted

12/06/2022 Declaration ▼

Comment
of Chris Roth in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages
(redacted)

12/06/2022 Declaration ▼

Comment
of Jeffrey Erickson in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/06/2022 Declaration ▼

Comment
of Dennis Mesaros in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages
(redacted)

12/06/2022 Declaration ▼

Comment
of Donn English in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/06/2022 Declaration ▼

Comment
of Dr. Jamie Price in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages
(redacted)

12/06/2022 Declaration ▼

Comment
of Camille LaCroix, MD, DFAPA in Support of Motions for Leave to Amend Complaint to Allege Punitive
Damages

12/06/2022 Declaration ▼

Comment
of William Woods in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/06/2022 Declaration ▼

Comment
of C.P. "Abbey" Abbondandolo in Support of Motions for Leave to Amend Complaint to Allege Punitive
Damages (redacted)

12/06/2022 Declaration ▾

Comment
of Katy Alexander in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/06/2022 Declaration ▾

Comment
of Marle Hoff in Support of Motions for Leave to Amend Complaint to Allege Punitive Damages

12/07/2022 Exhibit ▾

Comment
Exhibits 72-83 to Declaration of Erik F. Stidham in Support of Motions to Amend Complaint to Allege
Punitive Damages (redacted)

12/09/2022 Notice of Service ▾

Comment
First Interrogatories and Requests for Production to Defendant

12/12/2022 Declaration ▾

Comment
of Service of Sealed Envelope - Ammon Bundy

12/12/2022 Declaration ▾

Comment
of Service of Sealed Envelope - Ammon Bundy for Governor

12/12/2022 Declaration ▾

Comment
of Service of Sealed Envelope- People's Rights Network

12/12/2022 Declaration ▾

Comment
of Service of Sealed Envelope - Ammon Bundy for Governor

12/12/2022 Declaration ▾

Comment
of Service of Sealed Envelope - People's Rights Network

12/13/2022 Order ▾



Comment
Awarding Fees

12/13/2022 Civil Notice of Hearing ▾

Comment
01/17/23 @ 3:15 PM

12/13/2022 Order ▾

Comment
Vacating and Resetting Hearing

12/13/2022 Motion ▾

Comment
for Clarification of Order

12/13/2022 Memorandum In Support of Motion ▾

Comment
for Clarification of Order

12/13/2022 Amended Notice of Hearing ▾

Comment
Motion to Compel (01/24/2023 at 3:15 pm)

12/20/2022 Motion for Protective Order ▾

Original Type
Motion for Protective Order

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

12/20/2022 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

12/21/2022 Notice ▾

Comment
of Errata

12/21/2022 Notice of Remote Hearing ▾

    Comment
    Motion to Seal (1/24/23 @ 3:15PM)

12/27/2022 Notice ▾

    Comment
    of Intent to Serve Subpoena Duces Tecum to Aaron Welling

12/27/2022 Notice ▾

    Comment
    of Intent to Serve Subpoena Duces Tecum to Freedom Tabernacle, Incorporated

12/27/2022 Notice ▾

    Comment
    of Intent to Serve Subpoena Duces Tecum to Power Marketing Agency, LLC

12/27/2022 Notice ▾

    Comment
    of Intent to Serve Subpoena Duces Tecum to Power Marketing Consultants LLC

12/28/2022 Notice of Service of Discovery Requests ▾

    Comment
    Plaintiff s First Set of Interrogatories and Requests

12/29/2022 Motion ▾

    Comment
    for Order Permitting Issuance of Subpoenas

12/29/2022 Memorandum In Support of Motion ▾

    Comment
    for Order Permitting Issuance of Subpoenas

12/29/2022 Notice of Service ▾

    Comment
    Plaintiff St Lukes Requests for Admission to Defendants People Rights Network and Ammon Bundy for
    Governor

12/30/2022 Notice of Service of Discovery Requests ▾

Comment
Plaintiff s First Requests for Admissions

01/04/2023 Order ▾

Comment
Permitting Issuance of Subpoenas

01/05/2023 Notice ▾

Comment
of Intent to Serve Foreign Subpoena - Dono Custos Inc

01/05/2023 Notice ▾

Comment
of Intent to Serve Foreign Subpoena - Abish-husbondi Inc

01/06/2023 Declaration ▾

Comment
Supplemental Declaration of Erik F. Stidham in Support of Plaintiffs' Motion to Compel

01/06/2023 Declaration ▾

Comment
Supplemental Declaration of Erik F. Stidham in Support of Motions for Lave to Amend Complaint to Allege Punitive Damages

01/09/2023 Declaration in Support of Motion ▾

Comment
Second Supplemental Declaration of Attorney Stidham in Support of Plaintiffs' Motion to Compel

01/10/2023 Motion ▾

Comment
to Seal

01/10/2023 Memorandum In Support of Motion ▾

Comment
to Seal

01/10/2023 Motion ▾

Comment
for Leave to File Third Amended Complaint as to Default Defendants

01/10/2023 Memorandum In Support of Motion ▾

Comment
Memorandum in Support of Motions for Leave to File Third Amended Complaint

01/10/2023 Motion ▾

Comment
for Leave to File Third Amended Complaint as to Rodriguez

01/10/2023 Civil Notice of Hearing ▾

Comment
(1/24/2023 @3:15PM)

01/10/2023 Declaration in Support of Motion ▾

Comment
for Leave to File Third Amended Complaint

01/17/2023 Motion to Compel ▾

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Cancel Reason
Vacated

Comment
Defendant Diego Rodriquez

01/18/2023 Declaration ▾

Comment
of Certified Mail - Freedom Tabernacle, Inc.

01/18/2023 Declaration ▾

Comment
of Certified Mail - Power Marketing

01/18/2023 Declaration ▾

Comment
of Certified Mail - Miranda Chavoya

01/18/2023 Declaration ▾

Comment
of Certified Mail - D. Rodriguez - Meridian

01/18/2023 Declaration ▾

    Comment
    of Certified Mail - D. Rodriguez - Boise

---

01/18/2023 Declaration ▾

    Comment
    of Certified Mail - D. Rodriguez - Orlando

---

01/18/2023 Declaration ▾

    Comment
    of Service by Mail Box - Ammon Bundy for Governor

---

01/18/2023 Declaration ▾

    Comment
    of Service by Mail Box - PRN

---

01/18/2023 Declaration ▾

    Comment
    of Service to PO Box - Ammon Bundy for Governor

---

01/18/2023 Declaration ▾

    Comment
    of Service by PO Box - PRN

---

01/18/2023 Declaration ▾

    Comment
    of Service by Mail Box - Ammon Bundy

---

01/19/2023 Order ▾

    Comment
    Protective Order

---

01/19/2023 Declaration ▾

    Comment
    of Service - Ammon Bundy, Ammon Bundy for Governor, PRN ( affixed to the outside of the mailbox)

---

01/19/2023 Declaration in Support of Motion ▾

    Comment
    to Compel

01/24/2023 Motion to Amend ▾

Original Type
Motion to Amend

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

01/24/2023 Motion to Compel ▾

Original Type
Motion to Compel

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

Comment
Defendant Diego Rodriguez

01/24/2023 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

01/30/2023 Motion ▾

Comment
for Extension of Time to Disclose Expert Witnesses

01/30/2023 Memorandum In Support of Motion ▾

Comment
for Extension of Time to Disclose Expert Witnesses

01/30/2023 Declaration ▾

Comment
of Erik F Stidham in Support of Plaintiffs' Motion for Extension of Time to Disclose Expert Witnesses

02/01/2023 Scheduling Order ▾

for PI's Motion for Extension of Time to Disclose Expert Witnesses

02/07/2023 Motion for Contempt ▼

Comment
Against Ammon Bundy and People's Rights Network

02/07/2023 Memorandum In Support of Motion ▼

Comment
for Contempt Against Ammon Bundy and People's Rights Network

02/07/2023 Civil Notice of Hearing ▼

Comment
(02/21/2023 at 4:00pm)

02/07/2023 Affidavit in Support of Motion ▼

Comment
of Jennifer Jensen for Motion for Contempt Against Ammon Bundy and People's Rights Network

02/08/2023 Order ▼

Comment
Granting Motion to Seal

02/08/2023 Order ▼

Comment
Granting Motion to Seal

02/08/2023 Order ▼

Comment
Granting Motion for Extension of Time Disclosure Expert Witnesses

02/08/2023 Memorandum ▼

Comment
Decision on Motion to Compel Diego Rodriguez to Respond to Discovery

02/08/2023 Order ▼

Comment
Compelling Defendant Rodriguez to Respond to Discovery

02/08/2023 Order ▼

Comment
Granting Leave to File Third Amended Complaint that Includes a Punitive Damages Claim

02/10/2023 Motion to Seal Case ▾

Comment
Third Amended Complaint

02/10/2023 Civil Notice of Hearing ▾

Comment
2/28/2023 @ 3:15 PM

02/10/2023 Memorandum In Support of Motion ▾

Comment
to Seal

02/10/2023 Amended Complaint Filed ▾

Comment
Third - Demand for Jury Trial - Redacted

02/10/2023 Amended Summons Issued ▾

Comment
and Filed - Diego Rodriguez

02/10/2023 Amended Summons Issued ▾

Comment
Second Amended Summonsand Filed - Freedom Man PAC

02/10/2023 Amended Summons Issued ▾

Comment
Second Amended Summons and FIled - Freedom Man Press

02/10/2023 Amended Summons Issued ▾

Comment
Third Amended Summons and Filed - Ammon Bundy for Governor

02/10/2023 Amended Summons Issued ▾

Comment
Third Amended Summons and Filed - Ammon Bundy

02/10/2023 Amended Summons Issued ▾

Comment
Third Amended Summons - People's Rights Network

02/10/2023 Summons ▾

Unserved

02/10/2023 Summons ▾

Unserved

02/10/2023 Summons ▾

Unserved

02/10/2023 Summons ▾

Served
03/03/2023

02/10/2023 Summons ▾

Served
03/03/2023

02/10/2023 Summons ▾

Served
03/03/2023

02/14/2023 Motion to File Under Seal ▾

Comment
Motion for Leave to File Fourth Amended Complaint, Fourth Amended Complaint

02/14/2023 Memorandum In Support of Motion ▾

Comment
to Seal

02/14/2023 Motion ▾

Comment
for Leave to File Fourth Amended Complaint

02/14/2023 Memorandum In Support of Motion ▾

Comment
for Leave to Amend

02/14/2023 Declaration ▾

Comment
of Erik F Stidham in Support of Motion for Leave to File Fourth Amended Complaint

02/14/2023 Civil Notice of Hearing ▾

Comment
2/28/2023 @ 3:15 PM

02/15/2023 Declaration ▾

Comment
of Service - A Bundy for Gov

02/15/2023 Declaration ▾

Comment
of Service - A Bundy

02/15/2023 Declaration ▾

Comment
of Service - A Bundy for Gov PO

02/15/2023 Declaration ▾

Comment
of Service - PRN

02/15/2023 Declaration ▾

Comment
of Service - PRN PO

02/17/2023 Motion ▾

Comment
to Submit Supplemental Affidavit in Support of Motion for Contempt Against Ammon Bundy and
People's Rights Network and to Shorten Time

02/17/2023 Memorandum In Support of Motion ▾

Comment
Memorandum in Support of Motion to Submit Supplemental Affidavit in Support of Motion for Contempt
Against Ammon Bundy and People's Rights Network and to Shorten Time

02/17/2023 Civil Notice of Hearing ▾

Comment
Motion to Submit Supplemental Affidavit ISO Motion for Contempt (2/21/23 at 4 pm)

02/17/2023 Affidavit in Support of Motion ▼

Comment
Supplemental Affidavit of Jennifer Jensen in Support of Motion for Contempt Against Ammon Bundy
and People's Rights Network

02/20/2023 Notice ▼

Comment
of Diego Rodriguez's Failure to Comply With Order

02/21/2023 Contempt Hearing ▼

Original Type
Contempt Hearing

Judicial Officer
Norton, Lynn G.

Hearing Time
4:00 PM

Result
Hearing Held

Comment
Motion for Contempt Against Ammon Bundy and People's Rights Network

02/21/2023 Court Minutes ▼

Judicial Officer
Norton, Lynn G.

02/21/2023 Declaration ▼

Comment
of Service - Bundy for Gov - Motion for 4th Am. Compl.

02/21/2023 Declaration ▼

Comment
of Service - A. Bundy For Gov - Third Am. Compl.

02/21/2023 Declaration ▼

Comment
of Service - A. Bundy - Motion for 4th Am. Compl.

02/21/2023 Declaration ▼

Comment

of Service - A. Bundy - Third Am. Compl.

02/21/2023 Declaration ▾

Comment

of Service - PRN - Motion for 4th Am. Compl.

02/21/2023 Declaration ▾

Comment

of Service - PRN - PO - Motion for 4th Am. Compl.

02/21/2023 Declaration ▾

Comment

of Service - PRN - Third Am. Compl.

02/21/2023 Declaration ▾

Comment

of Service - A. Bundy for Gov - Motion for 4th Am. Compl.

02/21/2023 Affidavit ▾

Comment

Second Supplemental Affidavit of Jennifer Jensen in Support of Motion for Contempt Against Ammon Bundy and People's Rights Network

02/22/2023 Order ▾

Comment

Vacating Arraignment on Motion for Contempt & Requiring Service & Summons for New Hearing Date

02/22/2023 Motion ▾

Comment

Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Diego Rodriguez Pursuant to the Court's 2/8/23 Memorandum Decision on Motion to Compel Diego Rodriguez to Respond to Discovery (re: Failure to Respond to Discovery Requests)

02/22/2023 Memorandum In Support of Motion ▾

Comment

Memorandum in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Diego Rodriguez Pursuant to the Court's 2/8/23 Memorandum Decision on Motion to Compel Diego Rodriguez to Respond to Discovery (re: Failure to Respond to Discovery)

02/22/2023 Declaration in Support of Motion ▾

Comment
Declaration of Erik F. Stidham in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs
Against Diego Rodriguez Pursuant to the Court's 2/8/23 Memorandum Decision on Motion to Compel
Diego Rodriguez to Respond to Discovery (re: Failure to Respond to Discovery)

02/22/2023 Motion ▼

Comment
Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Diego Rodriguez Pursuant to the
Court's 2/8/23 Memorandum Decision on Motion to Compel Diego Rodriguez to Respond to Discovery
(re: Failure to Attend Deposition)

02/22/2023 Memorandum In Support of Motion ▼

Comment
Memorandum in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs Against Diego
Rodriguez Pursuant to the Court's 2/8/23 Memorandum Decision on Motion to Compel Diego
Rodriguez to Respond to Discovery (re: Failure to Attend Deposition)

02/22/2023 Declaration in Support of Motion ▼

Comment
Declaration of Erik F. Stidham in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs
Against Diego Rodriguez Pursuant to the Court's 2/8/23 Memorandum Decision on Motion to Compel
Diego Rodriguez to Respond to Discovery (re: Failure to Attend Deposition)

02/28/2023 Motion Hearing ▼

Original Type
Motion Hearing

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

Comment
Plaintiffs' Motion to Seal Third Amended Complaint; Motion for Leave to File Fourth Amended Complaint

02/28/2023 Court Minutes ▼

Judicial Officer
Norton, Lynn G.

03/01/2023 Order ▼

Comment
Granting Plaintiffs' Motion to Seal Third Amended Complaint

03/01/2023 Order ▼

Comment
Granting Motion to Seal

03/01/2023 Order ▾

Comment
Granting Plaintiffs' Motion for Leave to File Fourth Amended Complaint

03/01/2023 Amended Summons Issued ▾

Comment
and Filed - Ammon Bundy

03/01/2023 Amended Summons Issued ▾

Comment
and Filed - Ammon Bundy for Governor

03/01/2023 Amended Summons Issued ▾

Comment
and Filed - People's Rights Network

03/01/2023 Amended Summons Issued ▾

Comment
and Filed - Diego Rodriguez

03/01/2023 Amended Summons Issued ▾

Comment
and Filed - Freedom Man PAC

03/01/2023 Amended Summons Issued ▾

Comment
and Filed - Freedom Man Press

03/01/2023 Summons ▾

Unserved

03/01/2023 Summons ▾

Served
03/03/2023

03/01/2023 Summons ▾

Served
03/03/2023

03/01/2023 Summons ▾

Unserved

03/01/2023 Summons ▾

Unserved

03/01/2023 Summons ▾

Unserved

03/03/2023 Amended Complaint Filed ▾

Comment
Redacted Fourth Complaint and Demand for Jury Trial

03/07/2023 Motion to Compel ▾

Comment
and Motion for Sanctions

03/07/2023 Memorandum In Support of Motion ▾

Comment
for Sanctions and Motion to Compel

03/07/2023 Declaration ▾

Comment
of Erik Stidham in Support of Motion for Sanctions and Motion to Compel

03/07/2023 Civil Notice of Hearing ▾

Comment
Motion (3/21/2023 @ 3:15 PM)

03/07/2023 Motion ▾

Comment
for Sanctions for Failure to Comply with Court Orders

03/07/2023 Memorandum In Support of Motion ▾

Comment
for Sanctions for Failure to Comply

03/07/2023 Declaration ▾

Comment
of Erik Stidham in Support of Motion for Sanctions for Failure to Comply

03/10/2023 Witness Disclosure ▾

Comment
Notice of Disclosure of Expert Witnesses

03/15/2023 Answer ▾

Comment
to Fourth Amended Complaint and Demand for Jury Trial

03/20/2023 Affidavit / Return of Service ▾

Comment
3/3/23 - A. Bundy

03/20/2023 Affidavit / Return of Service ▾

Comment
3/3/23 - Bundy for Gov

03/20/2023 Affidavit / Return of Service ▾

Comment
3/3/23 - Bundy for Gov - PO Box

03/20/2023 Affidavit / Return of Service ▾

Comment
03/03/2023 - PRN

03/20/2023 Affidavit / Return of Service ▾

Comment
3/3/23 - PRN - PO Box

03/20/2023 Memorandum In Support of Motion ▾

Comment
for Dismissal of Sanctions Against Defendant Rodriguez for Alleged Failure to Comply with Court
Orders

03/21/2023 Motion Hearing ▾

Original Type
Motion Hearing

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

Comment
Motion for Sanctions for Failure to Appear, Motion for Sanctions Against Defendant Rodriguez, Motion for
Award of Attorney's Fees and Costs

03/21/2023 Notice & Order on Written Ex Parte or Prohibited Com.

03/21/2023 Motion to Dismiss ▾

Comment
of Motion for Sanctions Against Defendant Rodriguez for Alleged Failure to Comply with Court Orders

03/21/2023 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

03/21/2023 Notice of Service of Discovery Requests ▾

Comment
Plaintiffs St. Lukes Requests For Admissions To Defendant Diego

03/21/2023 Notice of Service ▾

Comment
Defendants First Set of Interrogatories

03/22/2023 Order ▾

Comment
Awarding Fees Against Diego Rodriguez

03/30/2023 Motion to Compel ▾

Comment
Compliance with Subpoenas

03/30/2023 Memorandum In Support of Motion ▾

Comment
Motion to Compel Compliance with Subpoenas

03/30/2023 Declaration in Support of Motion ▾

Comment

of Attorney Stidham in Support of Motion to Compel Compliance with Subpoenas with exhibits

---

03/30/2023 Civil Notice of Hearing  ▾

Comment

April 18 2023 at 3:15 pm Motion to Compel Compliance with Subpoenas

---

03/30/2023 Motion  ▾

Comment

Renewed Motion for Contempt

---

03/30/2023 Memorandum In Support of Motion  ▾

Comment

for Contempt

---

03/30/2023 Summons Issued  ▾

Comment

- Contempt Hearing 4/18/23

---

03/30/2023 Civil Notice of Hearing  ▾

Comment

4/18/2023 @ 3:15 PM

---

03/30/2023 Affidavit  ▾

Comment

of N. Erickson iso Motion for Contempt

---

03/30/2023 Affidavit  ▾

Comment

of D. Burghart iso Motion for Contempt

---

03/30/2023 Affidavit  ▾

Comment

of S. Fomby iso Motion for Contempt

---

03/30/2023 Affidavit  ▾

Comment

of J. Jensen iso Motion for Contempt

---

03/30/2023 Summons ▾

Served
04/03/2023

Served
04/03/2023

---

04/03/2023 Motion ▾

    Comment
    to Appoint Discovery Referee

---

04/03/2023 Memorandum In Support of Motion ▾

    Comment
    to Appoint Discovery Referee

---

04/03/2023 Affidavit in Support of Motion ▾

    Comment
    for Appointment of Discovery Referee

---

04/03/2023 Motion ▾

    Comment
    to Enter Confidentiality Protective Order

---

04/03/2023 Memorandum In Support of Motion ▾

    Comment
    to Enter Protective Order for Confidentiality

---

04/03/2023 Declaration in Support of Motion ▾

    Comment
    to Enter Protective Order for Confidentiality in Discovery

---

04/03/2023 Civil Notice of Hearing ▾

    Comment
    Motion to Appoint Discovery Referee (04/18/23 @3:15pm)

---

04/03/2023 Affidavit in Support of Motion ▾

    Comment
    to Compel Compliance With Subpoenas

---

04/04/2023 Application for Entry of Default ▾

    Comment
    and Default Judgment on Fourth Amended Complaint as to Ammon Bundy, Ammon Bundy for
    Governor and People's Rights Network

04/04/2023 Memorandum In Support of Motion ▼

Comment
or Application for Entry of Default and Default Judgment on 4th Amended Complaint as to Ammon
Bundy, Ammon Bundy for Governor, and People's Rights Network

04/04/2023 Affidavit in Support of Motion ▼

Comment
or Application for Entry of Default and Default Judgment on 4th Amended Complaint as to Ammon
Bundy, Ammon Bundy for Governor, and People's Rights Network

04/05/2023 Affidavit / Return of Service ▼

Comment
- Ammon Bundy

04/05/2023 Affidavit / Return of Service ▼

Comment
- People's Rights Network

04/07/2023 Notice ▼

Comment
of Intent to Serve Amended Foreign Subpoena - Dono Custos

04/10/2023 Notice ▼

Comment
of Intent to Serve Subpoena Duces Tecum - AbishHusbondi Inc

04/11/2023 Notice ▼

Comment
of Intent to Serve Subpoena Duces Tecum to Meridian Police Department

04/12/2023 Notice ▼

Comment
of Intent to Serve Subpoena Duces Tecum to Boise Police Department

04/12/2023 Notice ▼

Comment
of Intent to Serve Foreign Subpoena Duces Tecum to Anedot, Inc.

04/13/2023 Notice ▼

Comment

of Intent to Service Subpoena Duces Tecum to White Barn Enterprises LLC

04/13/2023 Notice ▾

Comment

of Intent to Serve Subpoena Duces Tecum to Reisse Perin

04/13/2023 Notice ▾

Comment

of Intent to Serve Subpoena Duces Tecum to Ada County Prosecutor's Office

04/13/2023 Amended ▾

Comment

Notice of Intent to Serve Foreign Subpoena Duces Tecum to Stripe, Inc.

04/14/2023 Notice ▾

Comment

of Intent to Serve Amended Subpoena Duces Tecum to Aaron Welling

04/14/2023 Notice ▾

Comment

of Intent to Serve Foreign Subpoena Duces Tecum to Farmhouse Holdings LLC

04/14/2023 Notice ▾

Comment

of Intent to Serve Foreign Subpoena Duces Tecum to Lexie Rivers (aka Lexie Smith)

04/17/2023 Notice of Service

04/18/2023 Motion to Compel ▾

Original Type
Motion to Compel

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

Result
Hearing Held

Comment

& Renewed Motion for Contempt Against Ammon Bundy and People's Rights Network

04/18/2023 Supreme Court Document Filed-Misc ▾

Comment
Notice of Filing- 505697-2023

04/18/2023 Notice of Filing ▾

Comment
of Petition for Writ of Mandamus

04/18/2023 Court Minutes ▾

Judicial Officer
Norton, Lynn G.

04/18/2023 Warrant of Attachment

04/19/2023 Order on Motion ▾

Comment
to Enter Confidentiality Protective Order

04/19/2023 Sheriff's Return ▾

Comment
of Service (04/03/2023 People's Rights Network)

04/19/2023 Sheriff's Return ▾

Comment
of Service (04/03/2023 Ammon Bundy)

04/19/2023 Affidavit / Return of Service ▾

Comment
of Amended Deposition Subpoena Duces Tecum to Dono Custos INC (04/14/2023)

04/19/2023 Memorandum In Support of Motion ▾

Comment
Proposed Order of Default

04/21/2023 Notice of Service

04/21/2023 Notice ▾

Comment
of Intent to Serve Subpoena Duces Tecum to Nathan Jones

04/24/2023 Order for Entry of Default ▾

Comment
on Fourth Amended Complaint Against Ammon Bundy

04/24/2023 Memorandum ▾

Comment
Decision on Motion for Sanctions & to Compel Against Ammon Bundy

04/24/2023 Order ▾

Comment
Compelling Ammon Bundy to Respond to Discovery & Notices of Deposition

04/24/2023 Civil Notice of Hearing ▾

Comment
May 16 2023 at 3:15 pm Scheduling Conference

04/25/2023 Order ▾

Comment
Granting Pl's Motion for Sanctions Against Rodriguez for Failure to Comply with Court Orders

04/25/2023 Order ▾

Comment
Appointing Discovery Master or Referee

04/25/2023 Declaration ▾

Comment
of Service - Subpoena-Merdian Police Department

04/27/2023 Affidavit / Return of Service ▾

Comment
Subpoena- Boise Police Dept

04/27/2023 Affidavit / Return of Service ▾

Comment
of Letter, Protective Order- Garth Gaylord

04/27/2023 Affidavit / Return of Service ▾

Comment
Subpoena - Reisse Perin

04/28/2023 Affidavit / Return of Service ▾

Comment
Subpoena - Farmhouse Holdings LLC

04/28/2023 Affidavit / Return of Service ▼

Comment
Subpoena - Stripe Inc

04/28/2023 Affidavit / Return of Service ▼

Comment
Subpoena - Lexie Rivers (aka Lexie Smith)

05/01/2023 Order ▼

Comment
Resetting Scheduling Conference

05/02/2023 Motion ▼

Comment
To Seal

05/02/2023 Motion to Compel ▼

Comment
and for Sanctions as to People's Rights Network and Ammon Bundy for Governor

05/02/2023 Memorandum In Support of Motion ▼

Comment
to Compel and for Sanctions as to People's Rights Network and Ammon Bundy for Governor

05/02/2023 Affidavit ▼

Comment
of Erik F Stidham in Support of Motion to Compel and for Sanctions as to People's Rights Network

05/02/2023 Motion ▼

Comment
for Award of Attorneys' Fees Against Ammon Bundy and People's Rights Network

05/02/2023 Memorandum In Support of Motion ▼

Comment
for Award of Attorneys' Fees Against Ammon Bundy and People's Rights Network

05/02/2023 Declaration ▼

Comment
of Erik Stidham in Support of Motion for Award of Attorneys' Fees Against Ammon Bundy & People's Rights Network

05/02/2023 Motion ▼

Comment
for Award of Attorneys' Fees Against Rodriguez

05/02/2023 Memorandum In Support of Motion ▼

Comment
for Award of Attorneys' Fees Against Rodriguez

05/02/2023 Declaration ▼

Comment
of Erik Stidham in Support of Motion for Award of Attorneys' Fees Against Rodriguez

05/02/2023 Memorandum In Support of Motion ▼

Comment
to Seal

05/02/2023 Civil Notice of Hearing ▼

Comment
on Motion for Contempt 5/16/23 @ 3:15

05/02/2023 Motion for Contempt ▼

Comment
Against D. Rodriguez

05/02/2023 Memorandum In Support of Motion

05/02/2023 Affidavit in Support of Motion ▼

Comment
Of Chris Roth

05/02/2023 Affidavit in Support of Motion ▼

Comment
of D. Jeppesen

05/02/2023 Affidavit in Support of Motion ▼

Comment
of D. Burghart

05/02/2023 Affidavit in Support of Motion ▼

Comment
of Dr. Erickson - Redacted

05/02/2023 Affidavit in Support of Motion ▼

Comment
of K. Nate

05/02/2023 Affidavit in Support of Motion ▼

Comment
of K. Shoplock

05/02/2023 Affidavit in Support of Motion ▼

Comment
of Spencer Fomby

05/02/2023 Affidavit in Support of Motion ▼

Comment
of Tracy Jungman

05/02/2023 Affidavit in Support of Motion ▼

Comment
of J. Jensen - Redacted

05/04/2023 Affidavit / Return of Service ▼

Comment
- Abish Husbondi Inc

05/04/2023 Affidavit / Return of Service ▼

Comment
- Peoples Rights Network

05/04/2023 Affidavit / Return of Service ▼

Comment
- Ammon Bundy for Governor

05/04/2023 Affidavit / Return of Service ▼

Comment
- Ammon Bundy

05/04/2023 Affidavit / Return of Service ▾

> Comment
> - Ada County Prosecuting Attorney

05/04/2023 Affidavit / Return of Service ▾

> Comment
> - White Barn Enterprises LLC

05/04/2023 Affidavit / Return of Service ▾

> Comment
> - Power Marketing Agency

05/05/2023 Notice ▾

> Comment
> of Intent to Service Subpoena for Deposition Duces Tecum to Marissa Anderson

05/05/2023 Notice ▾

> Comment
> of Intent to Serve Subpoena for Deposition Duces Tecum to Levi Anderson

05/08/2023 Affidavit / Return of Service ▾

> Comment
> of Subpoena on Freedom Tabernacle, Incorporated

05/08/2023 Affidavit / Return of Service ▾

> Comment
> of Subpoena on Power Marketing Consultants, LLC

05/08/2023 Affidavit / Return of Service ▾

> Comment
> of Subpoena on Aaron Welling

05/16/2023 Motion for Contempt ▾

Judicial Officer
Norton, Lynn G.

Hearing Time
3:15 PM

05/23/2023 Status Conference ▾

Judicial Officer
Norton, Lynn G.

Hearing Time
2:30 PM

Comment
& Scheduling Conference

06/06/2023 Pre-trial Conference ▾

Judicial Officer
Norton, Lynn G.

Hearing Time
2:30 PM

07/10/2023 Jury Trial ▾

Judicial Officer
Norton, Lynn G.

Hearing Time
8:30 AM

Comment
10 days

# Financial

St Lukes Health System LTD

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Financial Assessment | | | $426.30 |
| | Total Payments and Credits | | | $426.30 |
| 5/11/2022 | Transaction Assessment | | | $221.00 |
| 5/11/2022 | Case Payment | Receipt # 41829-2022-R01 | St Lukes Health System LTD | ($221.00) |
| 7/7/2022 | Transaction Assessment | | | $9.00 |
| 7/7/2022 | EFile Payment | Receipt # 59037-2022-R01 | St Lukes Health System LTD | ($9.00) |

| | | | | |
|---|---|---|---|---|
| 8/16/2022 | Transaction Assessment | | | $38.40 |
| 8/16/2022 | EFile Payment | Receipt # 70038-2022-R01 | St Lukes Health System LTD | ($38.40) |
| 9/12/2022 | Transaction Assessment | | | $8.10 |
| 9/12/2022 | EFile Payment | Receipt # 76915-2022-R01 | St Lukes Health System LTD | ($8.10) |
| 11/3/2022 | Transaction Assessment | | | $2.00 |
| 11/3/2022 | EFile Payment | Receipt # 94169-2022-R01 | St Lukes Health System LTD | ($2.00) |
| 11/7/2022 | Transaction Assessment | | | $3.60 |
| 11/7/2022 | EFile Payment | Receipt # 95445-2022-R01 | St Lukes Health System LTD | ($3.60) |
| 11/23/2022 | Transaction Assessment | | | $7.20 |
| 11/23/2022 | EFile Payment | Receipt # 101064-2022-R01 | St Lukes Health System LTD | ($7.20) |
| 12/7/2022 | Transaction Assessment | | | $7.20 |
| 12/7/2022 | EFile Payment | Receipt # 104169-2022-R01 | St Lukes Health System LTD | ($7.20) |
| 12/8/2022 | Transaction Assessment | | | $18.40 |
| 12/8/2022 | EFile Payment | Receipt # 104396-2022-R01 | St Lukes Health System LTD | ($18.40) |
| 12/30/2022 | Transaction Assessment | | | $7.20 |
| 12/30/2022 | EFile Payment | Receipt # 109799-2022-R01 | St Lukes Health System LTD | ($7.20) |
| 1/31/2023 | Transaction Assessment | | | $7.20 |
| 1/31/2023 | EFile Payment | Receipt # 08007-2023-R01 | St Lukes Health System LTD | ($7.20) |
| 2/13/2023 | Transaction Assessment | | | $7.20 |
| 2/13/2023 | EFile Payment | Receipt # 11788-2023-R01 | St Lukes Health System LTD | ($7.20) |

| | | | | |
|---|---|---|---|---|
| 2/15/2023 | Transaction Assessment | | | $7.20 |
| 2/15/2023 | EFile Payment | Receipt # 12995-2023-R01 | St Lukes Health System LTD | ($7.20) |
| 2/16/2023 | Transaction Assessment | | | $7.20 |
| 2/16/2023 | EFile Payment | Receipt # 13284-2023-R01 | St Lukes Health System LTD | ($7.20) |
| 2/21/2023 | Transaction Assessment | | | $7.20 |
| 2/21/2023 | EFile Payment | Receipt # 14139-2023-R01 | St Lukes Health System LTD | ($7.20) |
| 2/23/2023 | Transaction Assessment | | | $14.40 |
| 2/23/2023 | EFile Payment | Receipt # 15386-2023-R01 | St Lukes Health System LTD | ($14.40) |
| 4/4/2023 | Transaction Assessment | | | $25.60 |
| 4/4/2023 | EFile Payment | Receipt # 28440-2023-R01 | St Lukes Health System LTD | ($25.60) |
| 4/20/2023 | Transaction Assessment | | | $7.20 |
| 4/20/2023 | EFile Payment | Receipt # 33529-2023-R01 | St Lukes Health System LTD | ($7.20) |
| 5/3/2023 | Transaction Assessment | | | $14.00 |
| 5/3/2023 | EFile Payment | Receipt # 37287-2023-R01 | St Lukes Health System LTD | ($14.00) |
| 5/3/2023 | Transaction Assessment | | | $7.00 |
| 5/3/2023 | EFile Payment | Receipt # 37312-2023-R01 | St Lukes Health System LTD | ($7.00) |

St Lukes Regional Medical Center LTD

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $5.40 |
| Total Payments and Credits | | | $5.40 |

| | | | | |
|---|---|---|---|---|
| 6/3/2022 | Transaction Assessment | | | $2.70 |
| 6/3/2022 | EFile Payment | Receipt # 49307-2022-R01 | St Lukes Regional Medical Center LTD | ($2.70) |

| | | | | |
|---|---|---|---|---|
| 6/6/2022 | Transaction Assessment | | | $2.70 |
| 6/6/2022 | EFile Payment | Receipt # 49741-2022-R01 | St Lukes Regional Medical Center LTD | ($2.70) |

Rodriguez, Diego

| | | |
|---|---|---|
| Total Financial Assessment | | $136.00 |
| Total Payments and Credits | | $136.00 |

| | | | | |
|---|---|---|---|---|
| 9/13/2022 | Transaction Assessment | | | $136.00 |
| 9/13/2022 | EFile Payment | Receipt # 77743-2022-R01 | Rodriguez, Diego | ($136.00) |