# EXHIBIT C

**IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE**

**STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA**

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; and NATASHA D. ERICKSON, MD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization,<br><br>Defendants. | Case No. **CV 01 22 06789**<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

THIS MATTER having come before the Court on Plaintiffs Chris Roth and Natasha Erickson's Motion for a Preliminary Injunction, the Court finds good cause to approve said Motion as to the defaulted parties Ammon Bundy, an individual; Ammon Bundy for Governor; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network.

**ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION - 1**

NOW, THEREFORE, it is hereby ordered that the Motion for a Preliminary Injunction is GRANTED and Defendants Ammon Bundy, Freedom Man Press LLC, and People's Rights Network are enjoined to remove:

- Statements on the www.peoplesrights.org website stating or alleging that Chris Roth is a criminal accessory of child abduction; and
- Statements on the www.freedomman.org website stating or alleging that Natasha Erickson is responsible for kidnapping or child trafficking.

IT IS SO ORDERED.

DATED  10/12/2022                            .

_____
Lynn Norton
District Judge

**ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION - 2**

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed and served, via iCourt, a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Erik F. Stidham<br>HOLLAND & HART LLP<br>800 W. Main Street, Suite 1750<br>Boise, ID 83702-5974 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☑ Email/iCourt/eServe:<br>    efstidham@hollandhart.com |
| Diego Rodriguez<br>1317 Edgewater Drive  #5077<br>Orlando, FL  32804 | [ ] By mail<br>[X] By E-mail: freedommanpress@protonmail.com |

*Janine Korsen* (signature)

Clerk of the Court   10/12/2022 11:09:07 AM
Deputy

18751567_v1

**ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION - 3**