# EXHIBIT D

Filed: 1/19/2023 at 01:55 a .m.
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: *Janine Korsen* Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman<br>    Plaintiff,<br>vs.<br>Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC<br>    Defendant. | Case No. CV01-22-06789<br>Protective Order |

    THIS MATTER, having come before the Court on December 20, 2022 for hearing on Plaintiffs' Motion for Protective Order filed May 11, 2022, the Court finds good cause to grant such motion.[1]

    IT IS HEREBY ORDERED that any person, including all Defendants and any agent of any Defendant served with this Order, are prohibited from engaging in the following actions related to this case:

    (1) Any person who, by direct or indirect force, or by any threats to a person or property, or by any manner wilfully[2] intimidates, threatens or harasses any person because such person has testified or because he[3] believes that such person has testified in this lawsuit may be held in contempt of court.

---

[1]     For reasons stated at the hearing, the Court determined it would prepare its own Protection Order rather than signing the proposed order lodged by the Plaintiffs on May 11, 2022.

[2]     For purposes of this Order, this Court will apply the definition of "willfully" in Idaho Criminal Jury Instruction 340.  An act is done "willfully" when done on purpose.  One can act willfully without intending to violate the law or this order, to injure another, or to acquire any advantage.

[3]     The Court uses the term "he" in this Order, as the Legislature does in statutes. But the entirety of this Order applies to any person, regardless of gender.



(2) Any person who, by direct or indirect force, or by any threats to a person or property, or by any manner wilfully[4] intimidates, influences, impedes, deters, threatens, harasses, obstructs or prevents a witness, or any person who may be called as a witness, or any person he believes may be called as a witness in this lawsuit from testifying freely, fully and truthfully in this civil proceeding may be held in contempt of court.

The fact that a person was not actually prevented from testifying shall not be a defense to a charge of contempt for the actions in subsections (1) and/or (2) of this Order.

Those that have filed testimony in this matter to date include Chris Roth, Dr. Natasha Erickson, Tracy Jungman, Dr. Jeffrey Erickson, Dr. Jamie Price, Dr. Camille LaCroix, David Barton, William T. Teninty, Jenna Balvin, Sara Berry, Jessica Flynn, John Coggins, Dennis Mesaros, Donna English, William Woods, Abby Abbondandolo, Katy Alexander, Marle Hoff, and Erik Stidham or any associated attorney at HOLLAND & HART LLP. Those who have been identified as a person who may be called as a witness to date include those listed above and also includes Eron Sanchez, Aaron Dykstra, Nice Loufoua, Meridian Police Detective Steve Hanson, Meridian Police Detective Jeff Fuller, Meridian Police Sergeant Christopher McGilvery, Meridian Police Officer Sean King, Judge Laurie Fortier, Kelly Shoplock, Joseph Robert Shoplock, Kristen Nate, Roaxanne, Printz, and Kyle Bringhurst.  This protection order also applies to any subsequently-disclosed witness(es) as part of the formal discovery process in this case.

This Order is binding upon Diego Rodriguez and Ammon Bundy, and also any officers, agents, and/or employees of Ammon Bundy for Governor, Freedom Man PAC, Peoples Rights Network, and/or Freedom Man Press LLC, and any other person who receives actual notice of this order by personal service or in any manner allowed for service of a complaint or summons in the Idaho Rules of Civil Procedure.

IT IS ORDERED: 1/18/2023 5:55:18 PM

_____
Lynn Norton
District Judge

---

[4]     *Id.*

**CERTIFICATE OF SERVICE**

I certify that on this day I served a copy of the attached to:

| | | |
|---|---|---|
| Erik F. Stidham | efstidham@hollandhart.com | [X] E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] E-mail |

| | |
|---|---|
| St Lukes Health System LTD | Through counsel Erik Stidham |
| St Lukes Regional Medical Center LTD | Through counsel Erik Stidham |
| Chris Roth | Through counsel Erik Stidham |
| Natasha D Erickson MD | Through counsel Erik Stidham |

Ammon Bundy  
4615 Harvest Lane  
Emmett, ID 83617                    [ ] By E-mail    [X] By mail

Ammon Bundy for Governor  
P.O. Box 37  
Emmett, ID 83617                    [ ] By E-mail    [X] By mail

Peoples Rights Network  
4615 Harvest Lane  
Emmett, ID 83617                    [ ] By E-mail    [X] By mail

Freedom Man PAC  
C/O Diego Rodriguez  
9169 W. State Street, Ste. 3177  
Boise ID 83714                      [ ] By E-mail    [X] By mail

Freedom Man Press LLC  
C/O Diego Rodriguez  
1317 Edgewater Dr. #507  
Orlando, FL 32804                   [ ] By E-mail    [X] By mail

Dated: 01/19/2023

Trent Tripple  
Clerk of the Court

By: *Janine Korsen*  
Deputy Clerk