Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
ZJMcCraney@hollandhart.com

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, ,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS** |

COME NOW, Respondents St. Luke's Health System LTD, St. Luke's Regional Medical

Center LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman (collectively

"Respondents") and hereby Motion to Expedite and Proceed Without Hearing; Request for

**MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 1**

Attorneys' Fees and Costs.  This Motion is supported by a Memorandum and the Declaration of Erik Stidham, filed concurrently herewith.

DATED:  May 12, 2023

        HOLLAND & HART LLP

        By: */s/Erik F. Stidham*
            Erik F. Stidham
            Jennifer M. Jensen
            Zachery J. McCraney

        ATTORNEYS FOR RESPONDENTS

**MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 12, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Ammon Bundy
Ammon Bundy for Governor
People's Rights Network
4615 Harvest Lane
Emmett, ID 83617-3601

Diego Rodriguez
Freedom Man PAC
Freedom Man Press LLC
1317 Edgewater Dr. #5077
Orlando, FL 32804

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

21467452_v1

**MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 3**