Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS** |

COME NOW Respondents St. Luke's Health System LTD, St. Luke's Regional Medical

Center LTD, Chris Roth, Natasha Erickson, MD and Nurse Practitioner Tracy Jungman

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 1**

(collectively the "St. Luke's Parties") and hereby submit their Memorandum in Support of their Motion to Expedite and Proceed Without Hearing; Request for Attorneys' Fees and Costs.

## I. INTRODUCTION

Good cause exists for the Court to expedite resolution of the Notice of Removal filed by Ammon Bundy ("Bundy") (Dkt. 1), Petition to Enjoin Petitioner Bundy filed by Diego Rodriguez ("Rodriguez") (Dkt. 7), and the St. Luke's Parties' Motion to Dismiss or Remand (Dkt 6). The lawsuit has been ongoing for twelve months and is set to go to trial in less than two months. By filing their Petitions, Bundy and Rodriguez have already disrupted crucial hearings. Today, the state court issued an order vacating a crucial May 16, 2023 hearing on a Motion for Contempt against Rodriguez relating to his ongoing campaign to harass the St. Luke's Parties, counsel, witnesses, and the state court judge. Unless this Court acts promptly to resolve this issue of removal, the state court proceedings will be disrupted further.

Moreover, the Court should act promptly to address the removal issue because delay in the resolution only emboldens Bundy and Rodriguez to continue to defy the state court's orders. In the state court case, Bundy and Rodriguez have been sanctioned several times. On almost a daily basis, Bundy and Rodriguez are violating court orders prohibiting the harassment and intimidation of witnesses and compelling discovery responses. In fact, with Bundy, his violation of court orders and ongoing efforts to harass reached such a point that an arrest warrant was issued to arraign him for contempt proceedings. But owing to the risk of violence, the Gem County Sheriff is balking at arresting Bundy who is holed up in his Emmett home, using an armed group of his followers to deter the Sheriff.

Bundy and Rodriguez believe that, in filing their respective Petitions, they nullified the state court's authority, completely reset the St. Luke's Parties claims, and freed themselves from

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 2**

the state court's prior rulings and sanctions.  Emboldened, Bundy, (protected by his armed followers) and Rodriguez (operating from an undisclosed location in Florida) are intensifying their campaign to agitate the 50,000 plus members in Bundy's People's Rights Network to harass the St. Luke's Parties, witnesses, and the state court judge.  Increasingly appearing on extremist media, Bundy and Rodriguez are using defamatory and harassing statements about the state court judge, St. Luke's Parties, and witness to mobilize Bundy's followers to harass and disrupt.  Over the last year, the state court judge has issued protective orders, imposed sanctions, and made rulings to curtail improper behavior.  The removal issue should be resolved promptly so that there is no confusion regarding the state court's authority over Bundy and Rodriguez to prevent harassment and intimidation.

       The St. Luke's Parties do not intend to file any reply.  The matter has been sufficiently briefed.  There is no need for a hearing as the positions are set out in the briefing.  Good cause exists for the Court to move quickly and rule on based on the briefing.

       Further, without delaying resolution of the removal issues, the St. Luke's Parties renew their request for an award of reasonable attorneys' fees.  After the Petitions are dismissed or the action is remanded, the St. Luke's Parties should be allowed to file a memo of fees and costs.  By delaying and disrupting the state court proceedings, Bundy and Rodriguez have wrongfully benefitted themselves.  If Bundy and Rodriguez are allowed to misuse the removal process without consequences, they will continue to engage in more gamesmanship.

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 3**

## II. ARGUEMNT

A. **Important Proceeding in State Court Have Been Delayed; An Important Hearing is Set for May 16, 2023.**

Pursuant to District of Idaho Local Rules Civil 6.1 and 7.1(d)(1)(B), good cause exists to expedite resolution of the Petition for Removal and resolve the matter on the briefs without a hearing. Courts have found good cause where expediting proceedings where a showing exists to expedite proceedings that will serve judicial economy. *See Faerfers v. Caviar Creator, Inc.,* 2006 U.S. Dist. LEXIS 24861 *2; 2006 WL 768713 (finding good cause to expedite ruling on motion to dismiss based on judicial economy and promotion of settlement).

The state court case has been pending for a year. Declaration of Erik F. Stidham ("Stidham Decl."), ¶ 2. Trial is set to commence on July 10, 2023. *Id.* at ¶ 3, Ex. A. Today, the state court issued an order vacating an important hearing on May 16, 2023 and resetting the hearing for May 23, 2023 (May 12 Order"). *Id.* In relevant part the May 12, 2023 Order states:

> **A Notice of Removal to Federal Court was filed with this Court on May 8, 2023. If this case is not remanded to the state District Court before May 23, 2023, then the Court will send a new notice further resetting matters properly noticed for hearing that day**.

Id. emphasis added).

Prior to the delay caused by Bundy and Rodriguez's Petitions, the state court was set to hear significant motions on March 16, 2023, including the following:

- St. Luke's Parties' Motion for Contempt against Diego Rodriguez. The St. Luke's Parties seek to have Rodriguez held in contempt based on violations of court orders prohibiting the harassment of witnesses and attorneys, requiring compliance with discovery, and requiring Rodriguez to pay financial sanctions.

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 4**

- St. Luke's Parties' Motion to Compel and for Sanctions as to the Defendants People's Rights Network ("PRN") and Ammon Bundy for Governor ("Bundy Campaign").

- St. Luke's Memorandum of Attorneys Fees and Costs.  The state court has already ruled that Rodriguez, Bundy, and other defendants violated discovery obligations and will be determining the amount owed.

Stidham Decl. at ¶ 10.

Defendants Bundy, PRN, and the Bundy Campaign are in default in the state court action. Stidham Decl. ¶ 4, Ex. B.  In addition to the matters now reset, the state court will conduct a pretrial conference which will address whether the damages hearing against the defaulted defendants will be conducted with a jury on May 23, 2023.  *Id.* 3, Ex. A.

In addition to the May 23 hearings, there are several depositions set, pursuant to court orders, in the coming weeks. *Id.* ¶ 9, Ex. C.  There are significant pretrial deadlines set in the near term.

### B. Given the Ongoing Actions of Bundy and Rodriguez, Any Confusion Regarding the State Court's Authority Must Be Resolved Immediately.

In addition to the deadlines, there are additional bases to find good cause to expedite. First, based on their Petitions for Removal, Petitioners contend the state court has no authority over them and her prior orders are no longer in effect.  Even before the filing of the Petition, Bundy and Rodriguez repeatedly acted in defiance of the state court's orders.  Rodriguez continually violated court orders, ignoring his discovery obligation, refusing to pay sanctions, and harassing the state court judge, the St. Luke's Parties, and witnesses online.  *See, e.g.,* https://www.freedomman.org/2023/facts-about-ammons-contempt-of-court-charge/ (Rodriguez

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 5**

post that among other things calls the state court judge "corrupt, bought off, incompetent, and immoral" and calling St. Luke's counsel a "pervert" and "pedophile");

https://www.freedomman.org/cyrus/kidnappers/laurie-fortier-laura-thompson/ (defamatory post regarding Magistrate who is a potential witness covered by state court's protective order).

Having filed purported Petitions for Removal, their harmful conduct has intensified as reflected in Rodriguez's email sent yesterday to St. Luke's counsel:

**From:** Freedom Man Press <freedommanpress@protonmail.com>
**Sent:** Thursday, May 11, 2023 00:20
**To:** Erik Stidham <EFStidham@hollandhart.com>
**Subject:** Re: St. Luke's Bundy-Depositions, Spoliation of evidence, false statements at a town hall,

**External Email**

Dear Dirty Erik He/Him/His Stidham -

You're a fag.  *I'm inclined to believe you are also a pedophile*.  And yes, the first amendment not only protects my right to say that, but my right to believe it.

And while I realize you're a gay little munchkin who can't think straight (because you oppose everything *straight*, both in law and in human affection), you should know that DEFAMATION only exists if what I am saying is BOTH a lie and if I know it to be a LIE and am saying it for some type of personal gain.

In this case, EVERYTHING I've ever said about St. Luke's is true. And I believed it to be true when I said it and I still believe it to be true.  So there is no defamation and if you weren't such a gay little fag, you'd also know and recognize it to be true.

And yeah, not only do I know you are a fag, I also know that you're *dirty*.  This is why you will forever be known as "Dirty Erik He/Him/His Stidham."

For your information, you should know that I am filing multiple bar grievances against you for several instances in which you perjured yourself in court filings.  I will also be filing multiple criminal complaints for violating Idaho Statute § 18-3005 which is INTIMIDATION BY FALSE ASSERTION OF AUTHORITY.  You broke the law.  You're a criminal.  You should go to jail.  But since you are part of the corrupt Ada County cabal, we both know you won't go to jail because your butt buddies will ensure you are protected.  But you will be bar grieved for your multiple counts of perjury and also for breaking Idaho Statute § 18-3005 when you threatened Garth Gaylord and Robert Jones with "contempt of court."  Anyhow, thanks for doing that because now you will get criminal complaints filed against you.  Your own arrogance just gives us more tools to demonstrate your wickedness.  It's like they say, "If you give dirty fags enough rope they'll hang themselves."  And you have certainly proved that to be true.

So not only will you be bar grieved, but so will all 230+ partners in your law firm.  Most likely you will lose your job and you will be disbarred.  Of course, if there was justice in Ada County you'd go to jail.  You'd probably like it because you would enjoy the company of your He/Him/His buddies.

And after all is said and done, you will go down as the big loser who failed to accomplish anything with the Bundy/Rodriguez/St. Luke's case.  **Everyone will know that you used up all of St. Luke's funds and swindled them out of hundreds of thousands, if not millions of dollars, only for St. Lukes's evil to be more greatly highlighted in the community and for more people to recognize their wickedness and to shun them and their services.**  You will accomplish nothing other than further exposing your own wickedness along with that of your clients.  So congratulations to you for your impotence and incompetence.

And while I have no idea what "Pacer" is, I don't understand why you are so concerned about where I live—after all, ***you know better than anybody where I live since I live rent free in your head!***

Diego Rodriguez
Freedom Man Press

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 6**

Stidham Decl. at ¶ 8, Ex. D.

The May 11 email from Rodriguez contains the same homophobic slurs that Rodriguez used in correspondence with St. Luke's counsel for the past year. But in addition, it reflects that Rodriguez is intensifying his efforts to harass, enlisting PRN to harass counsel and his firm with threats of criminal actions and frivolous complaints. *Id.* Along those same lines, in a public Zoom presentation to their followers on May 10, 2023, Bundy and Rodriguez agitated their followers to harass and pronounced Rodriguez stated he will be filing lawsuits against the state court judge. *See* https://freedomman.org/video/government-subsidized-child-trafficking/ (at 1:27)(declaring filing frivolous criminal complaints against the state court judge and others related to the case))(last visited on May 12, 2023).

Moreover, the harassment and intimidation are meaningful, because Bundy and Rodriguez deploy thousands of their followers to make good on their threats. Bundy is the leader and founder of PRN, a 50,000-member strong on-line militia that harasses and intimidates Bundy's enemies. *See* https://www.irehr.org/reports/peoples-rights-report/ (Institute for Research and Education on Human Rights Report on Ammon Bundy and PRN) (last visited on May 12, 2023). Rodriguez is a key figure in PRN. *See* https://www.irehr.org/reports/peoples-rights-report/profile-diego-rodriguez/ (last visited May 12, 2023). They have directed tens of thousands to harass and disrupt the St. Luke's Parties. The longer any confusion regarding removal exists, the more challenging it becomes for the state court to address the conduct of the parties.

**C.   After Dismissal or Remand, An Award of Fees and Costs Would Be Proper.**

In their Memorandum in Support of Motion to Dismiss Petition or Remand to State Court filed on May 8, 2023 (Dkt. 6-1), the St. Luke's Parties requested attorneys' fees against Bundy

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 7**

and Rodriguez as their Petitions lacked an objectively reasonable basis for seeking removal. Dkt. 6-1, at p. 13-14.  The Court should consider an award or attorneys' fees and costs after dismissal or remand.

### III.   CONCLUSION

Good cause exists to expedite proceedings.  Several important deadlines in the state court case are set.  Already, one important hearing in the state court lawsuit has had to be reset for a later date.  Bundy and Rodriguez continue to violate the state court's orders. Issues related to removal must be resolved so that the state court lawsuit can proceed.

This Court should retain limited jurisdiction to address the St. Luke's Parties request for attorney's fees and other appropriate relief against Bundy and Rodriguez given their improper filings relating to removal.

DATED:  May 12, 2023

> HOLLAND & HART LLP
>
> By: */s/Erik F. Stidham*
>     Erik F. Stidham
>     Jennifer M. Jensen
>     Zachery J. McCraney
>
> ATTORNEYS FOR RESPONDENTS

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 8**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of May 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 12, 2023, I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

    Ammon Bundy
    Ammon Bundy for Governor
    People's Rights Network
    4615 Harvest Lane
    Emmett, ID 83617-3601

    Diego Rodriguez
    Freedom Man PAC
    Freedom Man Press LLC
    1317 Edgewater Dr. #5077
    Orlando, FL 32804

    /s/ Erik F. Stidham
    Erik F. Stidham
    of HOLLAND & HART LLP

21466096_v1

**MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS - 9**