Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
ZJMcCraney@hollandhart.com

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND PROCEED WITHOUT HEARING; REQUEST FOR ATTORNEYS' FEES AND COSTS** |

I, Erik F. Stidham, being first duly sworn upon oath, depose and state as follows:

1. I am an attorney with the firm of Holland & Hart LLP ("Holland & Hart") and serve as counsel for the Plaintiffs in this case. I make this declaration based on my personal knowledge.

DECLARATION OF ERIK F. STIDHAM - 1

2. This lawsuit, *St. Luke's Health System, LTD., vs. Ammon Bundy, et al.,* CV01-22-06789, has been pending for a year.

3. Attached hereto as **Exhibit A** is a true and correct copy of the state court's Notice Vacating and Resetting Hearing dated May 12, 2023. Trial in the state court case is set to commence July 10, 2023.

4. As reflected in **Exhibit A**, the trial is set to commence on July 10, 2023.

5. Attached hereto as **Exhibit B** is a true and correct copy of the court's April 24, 2023 Order of Default on Fourth Amended Complaint Against Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network.

6. Attached here to as **Exhibit C** is the state court's Order Compelling Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network to Respond to Discovery and Notices of Deposition. Plaintiffs set and served depositions for Ammon Bundy on May 10 and May 11, 2023.

7. Pursuant to an order from the state court, the deposition of Diego Rodriguez was set to commence on May 12. Mr. Rodriguez did not show for the May 12 deposition.

8. Attached hereto as **Exhibit D** is an email string between Mr. Bundy, Mr. Rodriguez, and me.

9. In addition to the May 23 hearings, there are several depositions set, pursuant to court orders, in the coming weeks.

10. Prior to the delay caused by Bundy and Rodriguez's Petitions, the state court was set to hear significant motions on March 16, 2023, including the following:

- St. Luke's Parties' Motion for Contempt against Diego Rodriguez. The St. Luke's Parties seek to have Rodriguez held in contempt based on violations of court

DECLARATION OF ERIK F. STIDHAM - 2

orders prohibiting the harassment of witnesses and attorneys, requiring compliance with discovery, and requiring Rodriguez to pay financial sanctions.

- St. Luke's Parties' Motion to Compel and for Sanctions as to the Defendants People's Rights Network ("PRN") and Ammon Bundy for Governor ("Bundy Campaign").

- St. Luke's Memorandum of Attorneys' Fees and Costs. The state court has already ruled that Rodriguez, Bundy, and other defendants violated discovery obligations and will be determining the amount owed.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: May 11, 2023

By: /s/Erik F. Stidham
Erik F. Stidham

DECLARATION OF ERIK F. STIDHAM - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 12, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

> Ammon Bundy
> Ammon Bundy for Governor
> People's Rights Network
> 4615 Harvest Lane
> Emmett, ID 83617-3601
>
> Diego Rodriguez
> Freedom Man PAC
> Freedom Man Press LLC
> 1317 Edgewater Dr. #5077
> Orlando, FL 32804

> /s/ Erik F. Stidham
> Erik F. Stidham
> of HOLLAND & HART LLP

21462783_v1

DECLARATION OF ERIK F. STIDHAM - 4