# Exhibit A

Filed: 05/11/2023 9:43:26 AM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: *Janine Korsen*, Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman<br>     Plaintiff,<br>vs.<br>Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC<br>     Defendant. | Case No. CV01-22-06789<br><br>Notice Vacating and Resetting Hearing |

**NOTICE IS GIVEN** That the hearing on the Motion for Contempt against Rodriguez (filed May 2, 2023) that was set for May 16, 2023 at 3:15 p.m. is hereby VACATED. The hearing on the Motion for Contempt against Rodriguez is RESET to May 23, 2023 at 2:30 p.m.

| Hearing Type | Date | Time | Judge |
|---|---|---|---|
| Status/Scheduling Conference | 05/23/2023 | 2:30 PM | Lynn G. Norton |
| Pre-trial Conference | 06/06/2023 | 2:30 PM | Lynn G. Norton |
| Jury Trial | 07/10/2023 | 8:30 AM | Lynn G. Norton |

at the:

   Ada County Courthouse
   200 W. Front Street
   Boise ID  83702

All parties are required to be present.

A Notice of Removal to Federal Court was filed with this Court on May 8, 2023. If this case is not remanded to the state District Court before May 23, 2023, then the Court will send a new notice further resetting matters properly noticed for hearing that day.

Dated: 05/11/2023

_____
Lynn Norton
District Judge

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| Erik F. Stidham | efstidham@hollandhart.com | [X] By E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] By E-mail |

Dated: 05/11/2023

Trent Tripple
Clerk of the Court

By: *Janine Korsen*
Deputy Clerk