# Exhibit B

Filed: 4/24/2023 at 8:40 a .m.
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Janine Korsen   Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman
    Plaintiff,
vs.
Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC
    Defendant.

Case No. CV01-22-06789

ORDER OF DEFAULT ON FOURTH AMENDED COMPLAINT AGAINST AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, AND PEOPLE'S RIGHTS NETWORK

    This matter comes before the Court on Plaintiffs' Motion or Application for Entry of Default and Default Judgment on Fourth Amended Complaint as to Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network, with memorandum and affidavit filed in support, filed April 4, 2023.

    The Court makes the following findings:

1. The Fourth Amended Complaint was filed on March 3, 2023.
2. Tri-County Process Serving LLC caused the Fourth Amended Complaint and summonses to be served on Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network ("Bundy Defendants") by leaving those documents with Ammon Bundy on March 3, 2023.
3. Pursuant to Idaho Rule of Civil Procedure 15(a)(3), the Bundy Defendants were required to file a response to the Fourth Amended Complaint by March 17, 2023.
4. Defendants Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network have failed to plead or otherwise defend against the Fourth Amended Complaint within the time allowed by law.
5. Pursuant to Idaho Rule of Civil Procedure 55, Plaintiffs are entitled to entry of Default against Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network.

    IT IS ORDERED, this Order of Default on the Fourth Amended Complaint is to be entered against Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network.



To the extent the Plaintiffs' Memorandum discusses whether the damages, which are not for a sum certain, should be determined by the court or by jury at an evidentiary hearing, the Court will require the Plaintiffs to notice a scheduling conference for a damages hearing or trial where the forum will be discussed and scheduled.

Dated: 4/24/2023

_Lynn Norton_
District Judge

### CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

| | | |
|---|---|---|
| Erik F. Stidham | efstidham@hollandhart.com | [X] E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] E-mail |

Ammon Bundy
4615 Harvest Lane
Emmett ID 83617-3601          [X] By mail

Ammon Bundy for Governor
c/o Ammon Bundy
4615 Harvest Lane
Emmett ID 83617-3601          [X] By mail

Peoples Rights Network
c/o Ammon Bundy
4615 Harvest Lane
Emmett ID 83617-3601          [X] By mail

Dated: 04/24/2023

Trent Tripple
Clerk of the Court

By: _Janine Korsen_
Deputy Clerk