# Exhibit C

Case 1:23-cv-00212-DCN   Document 12-5   Filed 05/12/23   Page 2 of 43

Filed: 4/24/2023 at 8:43 a.m.
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Janine Korsen   Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman<br>    Plaintiff,<br>vs.<br>Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC<br>    Defendant. | Case No. CV01-22-06789<br><br>Order Compelling Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network to Respond to Discovery and Notices of Deposition |

The Plaintiffs Motion for Sanctions for Failure to Appear and Motion to Compel against Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network on March 7, 2023, is granted.

IT IS HEREBY ORDERED that the Defendant Ammon Bundy must:

1) Answer Plaintiff St. Luke's Health System, Ltd's, Second Interrogatories, First Requests for Production to Defendant Ammon Bundy served on October 19, 2022 **no later than May 8, 2023; and**

2) Sit for a deposition **at the time and place noticed by Plaintiffs** and such deposition must be completed no later than May 24, 2023.

IT IS HEREBY ORDERED that Ammon Bundy for Governor must:

1) Make a designation under Rule 30(b)(6) of its designated representative to be deposed **no later than May 1, 2023**;

2) Answer Plaintiff St. Luke's Health System, Ltd's, First Interrogatories and Requests for Production to Defendant Ammon Bundy for Governor served on October 24, 2022 **no later than May 8, 2023**; and

3) Its designated representative that was designated under Rule 30(b)(6) must sit for a deposition **at the time and place noticed by Plaintiffs** and such deposition must be completed no later than May 24, 2023.



IT IS HEREBY ORDERED that People's Rights Network must:

1) Make a designation under Rule 30(b)(6) of its designated representative to be deposed **no later than May 1, 2023**;

2) Answer Plaintiff Plaintiff St. Luke's Health System, Ltd's, First Interrogatories and Requests for Production to Defendant People's Rights Network served on December 9, 2022 **no later than May 8, 2023**; and

3) Its designated representative that was designated under Rule 30(b)(6) must sit for a deposition **at the time and place noticed by Plaintiffs** and such deposition must be completed no later than May 24, 2023.

Failure to comply with this Order by Ammon Bundy, Ammon Bundy for Governor, and/or People's Rights Network will result in sanctions listed in Idaho Civil Rule of Procedure 37(b) which may include:

(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

(ii) prohibiting the disobedient party from opposing designated claims, including the claim for punitive damages, or from introducing designated matters in evidence;

(iii) staying further proceedings until the order is obeyed;

(iv) rendering a default judgment against the disobedient party; or

(v) treating as contempt of court the failure to obey any order and initiating contempt proceedings; and

(vi) an award of fees and costs against the disobedient party for failing to comply with the Order to Compel.

Dated: 4/24/2023

Lynn Norton
District Judge

**CERTIFICATE OF SERVICE**

I certify that on this day I served a copy of the attached to:

| Erik F. Stidham | efstidham@hollandhart.com | [X] E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] E-mail |

Ammon Bundy  
4615 Harvest Lane  
Emmett ID 83617-3601               [X] By mail

Ammon Bundy for Governor  
c/o Ammon Bundy  
4615 Harvest Lane  
Emmett ID 83617-3601               [X] By mail

Peoples Rights Network  
c/o Ammon Bundy  
4615 Harvest Lane  
Emmett ID 83617-3601               [X] By mail

Dated:   4/24/2023

Trent Tripple  
Clerk of the Court

By: *Janine Korsen*  
Deputy Clerk

