# Exhibit D

| | |
|---|---|
| From: | Erik Stidham |
| Sent: | Thursday, May 11, 2023 7:46 AM |
| To: | Freedom Man Press; Ammon Bundy |
| Subject: | Re: St. Luke's Bundy-Depositions, Spoliation of evidence, false statements at a town hall, |

Mr. Bundy and Mr. Rodriguez,

I won't repeat everything that was set out in my email below. But I ask again that you confirm, in writing, that you are refusing to testify and refusing to have a designated representative testify at the depositions that have been set pursuant to court order?
A two-day deposition of Mr. Rodriguez is set to start tomorrow. The Rule 30(b)(6) deposition of PRN is set to start on 5/16.  Others follow as noticed.
If you confirm that you are refusing to attend in writing, I can avoid the waste of time and money associated with having a court reporter show up.

Erik Stidham

Get Outlook for iOS

From: Freedom Man Press <freedommanpress@protonmail.com>
Sent: Thursday, May 11, 2023 00:20
To: Erik Stidham <EFStidham@hollandhart.com>
Subject: Re: St. Luke's Bundy-Depositions, Spoliation of evidence, false statements at a town hall,

**External Email**

Dear Dirty Erik He/Him/His Stidham -

You're a fag.  *I'm inclined to believe you are also a pedophile*.  And yes, the first amendment not only protects my right to say that, but my right to believe it.

And while I realize you're a gay little munchkin who can't think straight (because you oppose everything *straight*, both in law and in human affection), you should know that DEFAMATION only exists if what I am saying is BOTH a lie and if I know it to be a LIE and am saying it for some type of personal gain.

In this case, EVERYTHING I've ever said about St. Luke's is true. And I believed it to be true when I said it and I still believe it to be true.  So there is no defamation and if you weren't such a gay little fag, you'd also know and recognize it to be true.

And yeah, not only do I know you are a fag, I also know that you're *dirty*.  This is why you will forever be known as "Dirty Erik He/Him/His Stidham."

For your information, you should know that I am filing multiple bar grievances against you for several instances in which you perjured yourself in court filings.  I will also be filing multiple criminal complaints for violating Idaho Statute § 18-3005 which is INTIMIDATION BY FALSE ASSERTION OF AUTHORITY.  You broke the law.  You're a criminal.  You should go to jail.  But since you are part of the corrupt Ada County cabal, we both know you won't go to jail because your butt buddies will ensure you are protected.  But you will be bar grieved for your multiple counts of perjury and also for breaking Idaho Statute § 18-3005 when you threatened Garth Gaylord and Robert Jones with

1

"contempt of court."  Anyhow, thanks for doing that because now you will get criminal complaints filed against you.  Your own arrogance just gives us more tools to demonstrate your wickedness.  It's like they say, "If you give dirty fags enough rope they'll hang themselves."  And you have certainly proved that to be true.

So not only will you be bar grieved, but so will all 230+ partners in your law firm.  Most likely you will lose your job and you will be disbarred.  Of course, if there was justice in Ada County you'd go to jail.  You'd probably like it because you would enjoy the company of your He/Him/His buddies.

And after all is said and done, you will go down as the big loser who failed to accomplish anything with the Bundy/Rodriguez/St. Luke's case.  **Everyone will know that you used up all of St. Luke's funds and swindled them out of hundreds of thousands, if not millions of dollars, only for St. Lukes's evil to be more greatly highlighted in the community and for more people to recognize their wickedness and to shun them and their services.**  You will accomplish <u>nothing</u> other than further exposing your own wickedness along with that of your clients.  So congratulations to you for your impotence and incompetence.

And while I have no idea what "Pacer" is, I don't understand why you are so concerned about where I live—after all, *you know better than anybody where I live since I live rent free in your head!*

Diego Rodriguez
Freedom Man Press

------- Original Message -------
On Wednesday, May 10th, 2023 at 8:27 PM, Erik Stidham <EFStidham@hollandhart.com> wrote:

> Mr. Bundy and Mr. Rodriguez,
>
> Mr. Bundy again violated a Court order by failing to show up at his deposition noticed for today.  We will seek sanctions and fees.
>
> **Violation of Court Orders**
>
> There are several depositions that have been noticed for the coming days, including, but not limited to,  depositions for Mr. Rodriguez, PRN, and the Bundy Campaign.  If you fail to attend, we will seek sanctions and fees.  Regardless of whether you show up for the depositions, will be seeking sanctions and fees relating to your respective failures to meet the deadlines set by the Court for designating representatives and for providing discovery.  Nevertheless, you can limit the waste of time and money associated with having court reporters show up when you have no intention of doing so.  I ask that you put in writing, unequivocally, that you are refusing to comply with the Court's discovery orders and will not attend any depositions.  If you do that, I can stop having court reporters show up.
>
> **Spoliation of Evidence**
>
> You have an ongoing obligation to preserve evidence relevant to this dispute.  That would include, but is not limited to, all communications relating to this litigation, all statements you make relating to St. Luke's and the other plaintiffs, correspondence you have with other alternative media folks (like Mr. Peters and Mr. Freeman), announcements (public or not) to your followers regarding the litigation, revenues from PRN, and all transactions that you engage in to conceal assets from judgment.  This

2

includes all texts and emails.  We have also asked for your cell phone records.  We certainly expect you to preserve all records relating to your town hall tonight.

**Continuing Defamation**

You continue to make false and defamatory statements regarding my clients and to harass and intimidate people covered by the protective order.  We expect you are planning on dispensing a whole load of disinformation in the town hall, accompanied with misleadingly edited video.  You are on notice that my clients will seek damages for this continuing wrongful conduct.  You are warned to refrain from misrepresenting Dr. Thomas's statements regarding transport of the Infant and to cease making misleading statements regarding the medical records.  Dr. Thomas has certainly called you out as lying in her recently filed declaration.  Dr. Wheaton certainly had done so in his recent declaration.  Continuing to publish the lies at the town hall will certainly be presented in relation to punitive damages.  The First Amendment does not mean you are not liable for defamation and causing damages.

**Federal Case Sign on**

Mr. Rodriguez, you appear to have registered for Pacer using a virtual address.  I believe you are required to use your actual place of residence.

Regards,



**Erik Stidham**

H e  /  H i m  /  H i s      (What's this?)

**Partner**

**HOLLAND & HART LLP**

800 W. Main Street, Suite 1750, Boise, ID 83702

efstidham@hollandhart.com | **T:** (208) 383-3934   |   **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.