U.S. COURTS

MAY 15 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Ammon Bundy
4615 Harvest Lane
Emmett, Idaho 83617-3601
aebundy@bundyfarms.com

Defendant in Propria Persona

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, People's Rights Network, Freedom Man Press LLC,

Petitioners,

vs.

St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman,

Respondents.

CASE NO. 1:23-CV-212-DCN

ADDITIONAL MEMORANDUM IN SUPPORT OF PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT

COMES NOW Petitioner Ammon Bundy before this court to bring further awareness to matters of federal jurisdictions over this case.

**CAUSE FOR ACTION**

Not only is Jurisdiction and Venue proper before this Court because of the subject matters dealing with major civil right violations committed by the Plaintiffs and the state court. Title 28 Section 1446. Venue is proper also pursuant to U.S.C. Title 28 Section 1391 et. seq.

Not only does this court have jurisdiction over this case due to pending federal questions. Title 28 U.S.C. Section 31. and Title 28 U.S.C. Sections 1343(3) and (4).

Not only does this court have jurisdiction over this case because Defendant Diego Rodriguez is not a citizen of Idaho but is a citizen of Florida and has been since before the Plaintiffs files suit against him and the amount the Plaintiff are suing exceeds the sum or value of $75,000, excluding interest and costs. 28 U.S.C. Section 1441 (b)(2) and 28 U.S.C. Section 1332

Additionally, Jurisdiction and Venue is proper before this Court because the Plaintiffs have filed suit or complaint against the People Rights Network. The Peoples Rights Network is not a citizen of any state, it is not a living man or woman, it is not a person, nor a corporation, church, non-profit organization, political organization or any other legal entity. It is a network of people residing in many states.

Ammon Bundy is not the People's Right Network and the People's Rights Network is not Ammon Bundy. The People Rights Network is a communications network of currently 67,302 people all over the United States and into Canada. The People Rights Network has been accurately described as "a phone tree on steroids".

Plaintive St. Luke's CEO, Chris Roth, complained that the People Rights Network defamed him by posting a picture of him with the words "Child Trafficker". This posting was published by people from the state of Utah and has been used against Ammon Bundy since the beginning of this lawsuits. However, Ammon Bundy in Idaho had nothing to do with the posting in Utah.

Ammon Bundy, nor anyone else in Idaho has authority over what the people in the People Rights Network publish or do not publish outside of Idaho. Ammon Bundy was not aware of the posting about Chris Roth until he was sued for the actions of people in Utah.

Each Area in the People Rights Network functions completely autonomously from each other and any content published to an Area is authorized by Area Assistants with State Assistant in the respective State ensuring that the system is not misused or abused. Each Area and State are independent and autonomous from other Areas and States.

Ammon Bundy is an influential person throughout the People's Rights Network, but only as a figurehead. He does not have control over posting or content published in Areas other than in Idaho.

Plaintiffs have repeatedly tried to hold Ammon Bundy "accountable" for the free speech of people residing in the state of Utah. However, the People Rights Network in Idaho has approximately 5,702 people in the network, with 61,600 people part of the network domicile in many states outside of Idaho. Plaintiffs appear to be suing all 67,302 people residing in 41 states and 3 Canadian provinces, making this controversy jurisdiction of the United States Court and not the court of a single state.

The Idaho Court, Ada County, presiding Judge Lynn Norton, has continually allowed the Plaintiffs to sue the Peoples Rights Network as if it is Ammon Bundy. Intentionally avoiding the obvious questions of what the People's Rights Network legally is and does the state court have jurisdiction. This has essentially put Ammon Bundy in double jeopardy. Judge Lynn Norton on record has not in any form held a hearing or otherwise sought to identify what the People's Rights Network legally is. Giving the Plaintiffs further advantage to infringe upon Mr. Bundy's rights to Life, Liberty and the Pursuit of Happiness.

In a recent hearing where the People Rights Network was listed as a Defendant and facing contempt charges, more than 20 people, all part of the People's Rights Network, from multiple Areas and differing States came to appear. Judge Norton would not allow them to approach or appear anytime during the hearing and continued with the narrative that Ammon Bundy is the People's Rights Network. Judge Norton went as far as to put on record that the People's Rights Network did not appear in the hearing.

The question of jurisdiction of a network of people residing in many states appears to be a federal question. Plaintiffs have complained about the actions of people residing in a state other than Idaho and have incorrectly filed with the state court.

**CONCLUSION**

WHEREFORE, Petitioners pray this Court to ISSUE AN ORDER TRANSFERRING THIS CASE TO FEDERAL COURT; TO ISSUE AN ORDER DISMISSING THE CASE WITH PREJUDICE IN FAVOR OF PETITIONERS DUE TO THE GROSS WILLFUL AND WANTON UNLAWFUL BEHAVIOR OF RESPONDENTS AND THE STATE COURT OF LYNN NORTON PRESIDING; AND ANY OTHER RELIEF DEEMED JUST AND PROPER IN ACCORDANCE TO THE LAW.

**DATED THIS DAY,** the 15th of May, 2023.

*[signature]*

Ammon Bundy, Petitioner Pro Se

**VERIFICATION**

I, Ammon Bundy, do hereby verify that the contents contained herein are true and correct to the best of my belief and knowledge pursuant to the laws of the United States of America, this 15th day of May, 2023.

*[signature]*

Ammon Bundy, Petitioner Pro Se

**CERTIFICATE OF SERVICE**

That the original and one copy of the foregoing instrument titled ADDITIONAL MEMORANDUM IN SUPPORT OF PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT was filed with the United States District Court, for the District of Idaho, located at 550 West Front Street, Suite 400, Boise, Idaho, 83724.

Service time: _____ Service Date: _____ Server Initials: _____

That the original and one copy of the foregoing instrument titled ADDITIONAL MEMORANDUM IN SUPPORT OF PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT was served to the respondent's counsel Holland & Hart, Attn: Erik Stidham at 800 West Main Street, Suite 1750 Boise, ID 83702-5974.

Service time: _____ Service Date: _____ Server Initials: _____

That the original and one copy of the foregoing instrument titled ADDITIONAL MEMORANDUM IN SUPPORT OF PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT was served to the Clerk of the 4th Judicial District Court, County of Ada, State of Idaho, Attn: Judge Lynn Norton at 200 West Front Street, Boise ID, 83702.

Service time: _____ Service Date: _____ Server Initials: _____

DATED THIS 15th day of May, 2023.

*[signature]*

Ammon Bundy, Petitioner Pro Se