

# MERIDIAN POLICE DEPARTMENT
1401 E. Watertower • Meridian, ID 83642
Phone (208) 888-6678 • Fax (208) 846-7366
www.meridianpolice.org

Your request for records pursuant to the Idaho Public Records Act is enclosed or has been **DENIED OR PARTIALLY DENIED** for the following reasons.

- Total number of pages denied in their entirety: 1238, video and briefing notes

☐ 1. Based on the search criteria you provided, no responsive Meridian Police Department record has been found.

☐ 2. Your inquiry fails to provide sufficiently specific information to allow the Meridian Police Department to complete a search for the records requested. Please submit a new request and provide additional information such as dates, times, location, types of incidents, and/or specific names and dates of birth.

☐ 3. This case is still under investigation by the Meridian Police Department and/or in screening with the Boise City Prosecutor's Office/Ada County Prosecutor's Office, and disclosure of said record at this time would interfere with enforcement proceedings. Idaho Code §74-124(1)(a). Questions regarding screening should be directed to the prosecutor's office. Reference DR #

☐ 4. The record contains motor vehicle and driver record information. Idaho Code §74-106(15), applying Idaho Code §49-203(5),(6).

☒ 5. This record pertains to an active criminal court case and production of this information at this time would deprive a person of a right to a fair trial or impartial adjudication. Idaho Code §74-124(1)(b).

☐ 6. The record contains medical records or medical/mental health information. Idaho Code §74-106(13), as applied by Idaho Code §66-348. Medical records may be requested from

☐ 7. The record contains personal information and production of this information would constitute an unwarranted invasion of personal privacy. Idaho Code §74-124(1)(c).

☐ 8. The record contains instructions or statements which permit the functioning of a computer system in a manner designed to provide storage, retrieval and manipulation of data from the computer system, and any associated documentation and source material that explain how to operate the computer program. Idaho Code §74-107(15).

☐ 9. The record contains criminal history information. Idaho Code §74-104(1) (applying 28 CFR 20.33) and/or Idaho State Code §74-105(12).

☐ 10. The record contains information that may disclose the identity of a confidential source and/or



EXHIBIT A



# MERIDIAN POLICE DEPARTMENT

1401 E. Watertower • Meridian, ID  83642
Phone (208) 888-6678 • Fax (208) 846-7366
www.meridianpolice.org

confidential information furnished from a confidential source. Idaho Code §74-124(1)(d).

☐ 11. The record contains investigative techniques and procedures. Idaho Code §74-124(1)(e).

☐ 12. The record contains information that would endanger the life or physical safety of law enforcement personnel. Idaho Code §74-124(1)(f).

☐ 13. The record discloses the identity of a reporting party relating to the investigation of child abuse, neglect, or abandonment. Idaho Code §74-124(1)(g).

☐ 14. The record contains personnel information relating to a public employee or applicant including, but not limited to, information regarding sex, race, marital status, birth date, home address and telephone number, applications, testing and scoring materials, grievances, correspondence, and performance evaluations. Idaho Code §74-106(1).

☐ 15. Public records may not be disclosed for use as a mailing list or a telephone number list.
Idaho Code §74-120(1).

☐ 16. The record contains documents prepared by the Department of Health and Welfare pursuant to its statutory responsibilities. Idaho Code §74-105(7).

☐ 17. The request pertains to an active federal, civil, or administrative proceeding, and the Public Records Act is not available to supplement, augment, substitute, or supplant discovery procedures. Code §74-115(3).

☐ 18. Your request contains records received from another law enforcement agency that have been marked "Confidential" by that agency or were generated by that agency regarding a criminal investigation. You may request these records from _____ referencing Report Number _____.

☐ 19. The record you have requested is enclosed and has been marked "Confidential" as you are a qualified governmental agency. By accepting this confidential release, you agree that you will not release this record to the public without the express permission of our agency.

☐ 20. The record you have requested is enclosed as you are an evaluator listed on the Idaho Supreme Court Roster of Domestic Assault and Battery Evaluators, are conducting an evaluation and/or treatment and counseling of the defendant per Idaho Code §18-918(7), and are authorized by Idaho Criminal Rule 33.3 and Idaho Court Administrative Rule 75 to obtain the record without redactions. By accepting this release, you agree that you will maintain the records as confidential per Idaho Court 20.33 and/or
Idaho Code §74-105(12).





# MERIDIAN POLICE DEPARTMENT

1401 E. Watertower • Meridian, ID 83642
Phone (208) 888-6678 • Fax (208) 846-7366
www.meridianpolice.org

May 9, 2023

Kim Yanecko
13038 Skyview St
Nampa, ID 83686

Re: REQUEST FOR PUBLIC RECORD / DR 22-1535, 22-1545, Video and Briefing Logs

Dear Kim:

Your public records request has been completed. Please be mindful that law enforcement records often contain graphic or disturbing content.

As provided in Idaho Code § 74-103(4), an attorney for the Meridian Police Department has reviewed the request or the Public Records Staff has had an opportunity to consult with an attorney regarding the request. All record responses may be appealed by filing a petition in conformance with the provisions of the Idaho Code Title 74, Chapter 1. Your petition must be filed in the Fourth Judicial District Court of Idaho within one hundred and eighty (180) calendar days of the mailing of this notice.

If you are the defendant in the matter related to your requested record, you may request an unredacted copy of the same information from the prosecuting agency. If your request was denied based on the current status of the case (e.g. still under investigation or in screening with the prosecutor's office), the record may be available at a later time. You will need to submit a new public records request. Information regarding screening status may be obtained from the prosecuting agency.

Sincerely,

Kelly Herb

Kelly Herb
Meridian Records Custodian

MERIDIAN

PRR

## Anthony Whitnack

**From:** PRR@meridiancity.org
**Sent:** Friday, April 21, 2023 5:41 PM   4.24.23
**To:** PD Record Request
**Subject:** New PRR 23-3249 #receive

EXTENSION
NOTIFICATION
DATED 4.27.23

Request Date/Time: 4/21/2023 5:40:50 PM

PUBLIC RECORD REQUESTED BY:

Name: Kim Yanecko

Organization:

Address: 13038 Skyview St

Nampa ID 83686

Phone: 6619045704

E-Mail: kjcalderon@sbcglobal.net

Preference: EMAIL

Fax:

PUBLIC RECORD REQUESTED:

Request Dept: Police

Details: Any and all, but not limited to, reports, logs, briefings, regarding the protest at St. Luke's during March 2022, including possible standby requests and actual police deployment. Were resources charged for said services (LEO'S, vehicles, etc), if so to whom? Please include any invoices for said matter. Thank you! See also Public Records Act 74-102(10f)

4

RE: Meridian Police Department - Record Request - St. Lukes/Bundy - Mar 12-19, 2022

From: Kelly Herb (kherb@meridiancity.org)
To: kjcalderon@sbcglobal.net
Date: Tuesday, May 9, 2023 at 04:29 PM MDT

Kim,

The current court case is CV01-22-06789 and your request is denied under Idaho Code §74-124(1)(b), for fair trial.

**Kelly Herb**
**Community Services Division | Records Clerk**
Meridian Police Department
1401 E. Watertower St., Meridian, Idaho 83642
  Phone: 208-846-7301| Fax: 208-846-7366



*All e-mail messages sent to or received by City of Meridian e-mail accounts are subject to the Idaho law,*
*in regards to both release and retention, and may be released upon request, unless exempt from disclosure by law.*

**THIS TRANSACTION IS INTENED FOR THE SOLE USE OF THE INDIVIDUAL LISTED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRUBUTING OR DUPLICATION OF THIS TRANSMISSION BY SOMEONE OTHER THAT THE INTENDED ADDRESSEE OR THEIR DESIGNATED AGENT IS STRICTLY PROHIBITED.**

---

From: KIM CALDERON <kjcalderon@sbcglobal.net>
Sent: Tuesday, May 9, 2023 10:43 AM
To: Kelly Herb <kherb@meridiancity.org>
Cc: Erin Banks Rusby <erusby@idahopress.com>
Subject: Meridian Police Department - Record Request - St. Lukes/Bundy - Mar 12-19, 2022

External Sender - Please use caution with links or attachments.

Kelly,

Thank you for your response. As I believe there was an error by the attorney who advised you in your response, I respond as follows:

1. Unless recently filed, there is no active criminal court case in this matter.

2. If there is a criminal case pending, please provide the case number for which the attorney is refusing my public records request.

3. No citizen of Idaho should have file an appeal for simple records requests.

4. I again, submit my request and to simplify the process, please provide any and all, but not limited to, reports, logs, briefings, regarding the protest at St. Luke's from **March 12-19, 2022**, including possible police standby requests and actual police deployment to the protest at St. Luke's. Were resources charged for said services (LEOs, vehicles, etc.), if so to whom? Please include any invoices for said matter. See also Public Records Act 74-102(10f).

Thank you for your attention to this already delayed response to my request.

Kim

On Tuesday, May 9, 2023 at 09:13:04 AM MDT, Kelly Herb <kherb@meridiancity.org> wrote:

Kim,

Attached is our response to your request for records.

**Kelly Herb**

**Community Services Division | Records Clerk**

Meridian Police Department

1401 E. Watertower St., Meridian, Idaho 83642

Phone: 208-846-7301| Fax: 208-846-7366



*All e-mail messages sent to or received by City of Meridian e-mail accounts are subject to the Idaho law,*

*in regards to both release and retention, and may be released upon request, unless exempt from disclosure by law.*

**THIS TRANSACTION IS INTENED FOR THE SOLE USE OF THE INDIVIDUAL LISTED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRUBUTING OR DUPLICATION OF THIS TRANSMISSION BY SOMEONE OTHER THAT THE INTENDED ADDRESSEE OR THEIR DESIGNATED AGENT IS STRICTLY PROHIBITED.**

Re: Meridian Police Department - Record Request - St. Lukes/Bundy - Mar 12-19, 2022

From: KIM CALDERON (kjcalderon@sbcglobal.net)
To: kherb@meridiancity.org
Date: Monday, May 15, 2023 at 09:53 PM MDT

Hi Kelly,

I am reviewing documents received from the Gem County Sheriff regarding the case number you referenced as "criminal". Throughout the documentation it notes this matter is a civil matter and in fact had documentation on their service detail sheet that indicates "CIVIL PROCESS PAPER DETAIL". Please explain how the MPD had determined this matter to be criminal in nature, not civil and why I am being denied access to said records pursuant to my PRR.

Thank you!
Kim

On Tuesday, May 9, 2023 at 04:29:39 PM MDT, Kelly Herb <kherb@meridiancity.org> wrote:

Kim,

The current court case is CV01-22-06789 and your request is denied under Idaho Code §74-124(1)(b). for fair trial.

**Kelly Herb**

**Community Services Division | Records Clerk**

Meridian Police Department

1401 E. Watertower St., Meridian, Idaho 83642

Phone: 208-846-7301| Fax: 208-846-7366



*All e-mail messages sent to or received by City of Meridian e-mail accounts are subject to the Idaho law,*

 

**BOISE POLICE DEPARTMENT**
MAYOR: Lauren McLean | INTERIM CHIEF: Ron Winegar

May 4, 2023

Kim Yanecko
13038 Skyview Street
Nampa, ID 83687

RE: REQUEST FOR PUBLIC RECORD

Dear Kim Yanecko:

Your request to examine or copy public records was received on the 21 day of April 2023. The Boise Police Department cannot process your request within the statutory three (3) to ten (10) business days. A longer period of time is necessary to locate, retrieve, and review the records. Your patience in this matter is appreciated. We will be forwarding a response to your request in writing as quickly as possible.

Sincerely,


Boise Police Department
Public Records Unit
208-570-6000



EXHIBIT B

FW: The Form 'Public Records Request - Police' was submitted

From: BPD-Requests (bpd-requests@cityofboise.org)
To: kjcalderon@sbcglobal.net
Date: Thursday, May 4, 2023 at 08:40 AM MDT


Please see attachment reference the information you requested.

Thank you,
BPD Public Records Unit

 

Boise Police Department
Public Records Unit
333 N. Mark Stall Place
Boise, Idaho 83704
208-570-6000

*Creating a city for everyone.*


**From:** noreply@cityofboise.org <noreply@cityofboise.org>
**Sent:** Friday, April 21, 2023 5:30 PM
**To:** BPD-Requests <BPD-Requests@cityofboise.org>
**Subject:** The Form 'Public Records Request - Police' was submitted


The fields from the submitted form are below.

**Relationship to Incident**
    3rd Party
**First Name**
    Kim
**Last Name**
    Yanecko
**Business/Organization Name**

**Phone**
    6619045704
**Email**
    kjcalderon@sbcglobal.net
**Mailing Address**
    13038 Skyview St
**City**
    Nampa
**State**
    ID
**Zip Code**

83687
**Client Name**

**Select any of the following options that apply**
Police Reports filed in the Records Division
Other (please describe below)
**Police Report Number**

**Date of Incident**
**Time of Incident**

**Location of Incident**
St Luke's Meridian and Boise locations
**Names of additional involved parties**

**Additional notes or comments**
St. Luke's and Baby Cyrus incident during March 2022. Any and all, but not limited to, requests for police assistance and standby, notification for probable police presence or assistance, actual police deployment and response, and reports or logs with discussions on possible deployment and actual deployment for protest activity at St. Luke's Meridian and Boise. Additionally, total financial amount (LEO'S, vehicles, etc.) expended to utilize said resources for said activity.
See also Public Records Act 74-102(10f)

**I am not a robot**

 10 Day letter to Kim Yanecko.pdf
45.5kB

**ST. LUKES ET AL VS. BUNDY ET AL - SERVICE OF PROCESS BY GEM COUNTY SHERIFF'S DEPT**

| SERVICE ON: Ammon and/or Lisa Bundy | | ADDRESS: 4615 Harvest Ln | CASE NO: CV01-22-06789 | |
|---|---|---|---|---|
| **SERVE BY** | **ON BEHALF OF** | **DOCUMENT** | **PAPER ID** | **COST** |
| 7/15/2022 | Ammon Bundy | Summons & Complaint | 197112 | $ 50.00 |
| 7/31/2022 | People's Rights Network | Amended Summons & Complaint | 197120 | |
| 7/31/2022 | Bundy for Governor | 2nd Amended Summons & Complaint | 197116 | |
| 8/2/2022 | Bundy for Governor | Summons & Complaint | 202200384 | $ 50.00 |
| 8/2/2022 | People's Rights Network | Summons & Complaint | 202200385 | |
| 8/2/2022 | Ammon Bundy | Summons & Complaint | 202200383 | $ 50.00 |
| 10/14/2022 | Ammon Bundy | Order | 198684 | $ 50.00 |
| 10/14/2022 | Bundy for Governor | Order | 198685 | $ 50.00 |
| 10/14/2022 | People's Rights Network | Order | 198686 | $ 50.00 |
| 10/28/2022 | People's Rights Network | Order | 202200556 | |
| 10/28/2022 | Ammon Bundy | Order | 202200554 | |
| 10/28/2022 | Bundy for Governor | Order | 202200555 | $ 50.00 |
| 12/1/2022 | People's Rights Network | 2nd Amended Summons & Complaint | 196666 | |
| 12/1/2022 | Bundy for Governor | 2nd Amended Summons & Complaint | 196667 | |
| 12/1/2022 | People's Rights Network | 2nd Amended Summons & Complaint | 196668 | |
| 1/8/2023 | | Garnishment on Writ | 202200608 | $ 100.00 |
| 3/8/2023 | People's Rights Network | Summons & Complaint | 202300089 | $ 50.00 |
| 3/8/2023 | Bundy for Governor | Summons & Complaint | 202300088 | $ 50.00 |
| 3/8/2023 | Ammon Bundy | Summons & Complaint | 202300087 | $ 50.00 |
| 4/13/2023 | Ammon Bundy | Summons & Complaint | 202300192 | $ 50.00 |
| 4/13/2023 | People's Rights Network | Summons & Motion | 202079 | |
| 4/13/2023 | Ammon Bundy | Summons & Motion | 202080 | |
| 4/13/2023 | People's Rights Network | Summons | 202300191 | |
| 8/11/2023 | Bundy for Governor | 3rd Amended Summons & Complaint | 200997 | |
| 8/11/2023 | People's Rights Network | 3rd Amended Summons & Complaint | 200998 | |
| 8/11/2023 | Ammon Bundy | 3rd Amended Summons & Complaint | 200999 | |

Above information itemized pursuant to response received from my Public Records Request to the Gem County Sheriff's Department. Information received was incomplete.



EXHIBIT C

**Sheriff Records**

**From:** KIM CALDERON <kjcalderon@sbcglobal.net>
**Sent:** Friday, April 21, 2023 18:03
**To:** Sheriff Records
**Subject:** Public Records Request

I did not see an official public records request form on the website so hopefully I am doing this correctly.

Please provide copies of any and all, but not limited to, reports, briefings and logs related to any service of process on Ammon Bundy at his home address 1881 W South Slope Rd, Emmett from March 2022 to present. Please also provide any invoice and payment receipts for said services.

Email receipt is acceptable.

See also Public Records Act 74-102(f).

Thanks!
Kim Yanecko
13038 Skyview St
Nampa ID 83686
661.904.5704

Sent from AT&T Yahoo Mail on Android

1