Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>  Petitioners.<br><br>vs.<br><br>ST. LUKE'S HEALTH SYSTEM LTD, ST. LUKE'S REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, ,<br><br>  Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**MOTION TO EXPEDITE** |

COME NOW, Respondents St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman (collectively "St. Luke's Parties") and hereby move this Court to expedite consideration and resolution of St. Luke's Parties' Expedited Motion for Clarification and proceed without a hearing. This Motion is

**MOTION TO EXPEDITE - 1**

supported by the Declaration of Erik F. Stidham in Support of Motion to Expedite and Expedited Motion for Clarification, filed concurrently herewith.

DATED:  May 18, 2023

                        HOLLAND & HART LLP

                    By: */s/Erik F. Stidham*
                        Erik F. Stidham
                        Jennifer M. Jensen
                        Zachery J. McCraney

                        ATTORNEYS FOR RESPONDENTS

**MOTION TO EXPEDITE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 18, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

>Ammon Bundy
>Ammon Bundy for Governor
>People's Rights Network
>4615 Harvest Lane
>Emmett, ID 83617-3601
>
>Diego Rodriguez
>Freedom Man PAC
>Freedom Man Press LLC
>1317 Edgewater Dr. #5077
>Orlando, FL 32804

>/s/ Erik F. Stidham
>Erik F. Stidham
>of HOLLAND & HART LLP

21501042_v1

**MOTION TO EXPEDITE - 3**