Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC, | Case No. 1:23-cv-00212-DCN |
| Petitioners. | **DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND EXPEDITED MOTION FOR CLARIFICATION** |
| vs. | |
| ST. LUKE'S HEALTH SYSTEM LTD, ST. LUKE'S REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, , | |
| Respondents. | |

I, Erik F. Stidham, being first duly sworn upon oath, depose and state as follows:

1.      I am an attorney with the firm of Holland & Hart LLP ("Holland & Hart") and

serve as counsel for the Plaintiffs in this case.

2.      I make this declaration based on my personal knowledge.

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND EXPEDITED MOTION FOR CLARIFICATION - 1**

3.      Ammon Bundy violated deadlines of May 1 and May 8, 2023, set by a state court order. Attached hereto as **Exhibit A** is a true and correct copy of the April 24, 2023, Order Compelling Ammon Bundy, Ammon Bundy for Governor, and People's rights Network to Respond to Discovery and Notices of Deposition.

4.      Given the state court's April 24 order, which compelled Bundy to designate 30(b)(6) representatives for Ammon Bundy for Governor and People's Rights Network ("PRN") by May 1, 2023, Respondents St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman (collectively "St. Luke's Parties") scheduled and properly noticed the deposition of PRN for May 16 and 17, 2023 (see **Exhibit B** attached hereto**)**, and the deposition of Ammon Bundy for Governor for May 19, 2023 (attached hereto as **Exhibit C**).

5.      No designee showed on either May 16 or May 17, 2023 for the PRN deposition.

6.      St. Luke's Parties have also scheduled and properly noticed the 30(b)(6) depositions of two corporate entities Bundy owns and controls or owned and controlled—Dono Custos, Inc., for May 19, 2023 (see **Exhibit D** attached hereto), and Abish Husbondi, Inc., for May 24, 2023 (see **Exhibit E** attached hereto).

7.      On April 25, 2023, the state court issued an order granting St. Luke's Parties' motion for sanctions against Rodriguez (attached hereto as **Exhibit F)**.

8.      Rodriguez did not show for his deposition or produce any documents prior, which was scheduled and properly noticed for May 12 and 15, 2023.

9.      St. Luke's Parties have also scheduled and properly noticed the 30(b)(6) depositions of three entities Rodriguez founded and controls—Freedom Tabernacle Incorporated,

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND EXPEDITED MOTION FOR CLARIFICATION - 2**

for May 22, 2023 (see **Exhibit G** attached hereto), and Power Marketing Agency, LLC and Power Marketing Consultants, LLC, for May 23, 2023 (see **Exhibits H** and **I** attached hereto).

10.     On April 21, 2023, St. Luke's Parties served Rodriguez with their Second Requests for Admission, a response to which is due by May 22, 2023 (see **Exhibit J** attached hereto).

11.     Attached hereto as **Exhibit K** is a true and correct copy of the January 19, 2023 Protective Order.

12.     The adjudication of pending motions in the state court has been delayed due to Bundy's Petition. On May 12, 2023, the state court vacated a May 16th hearing on a motion for contempt against Defendant Diego Rodriguez. The hearing has been reset for May 23rd, which is also the date set for a status and scheduling conference in advance of the state court trial, which is slated to begin June 10th. Attached hereto as **Exhibit L** is a true and correct copy of May 12, 2023 Notice Vacating and Resetting Hearing.

13.     The deadline for written discovery is May 26, 2023, and the deadline for the completion of depositions is June 9, 2023.

14.     Bundy has been holding off the Gem County Sheriff from executing a warrant of attachment relating to contempt for harassing witnesses; Bundy has gathered armed members of his militia to his home to bar the sheriff. *See, e.g.,*  https://ktla.com/news/nexstar-media-wire/nationworld/headlines/for-far-right-activist-lawsuit-becomes-one-sided-standoff/.

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND EXPEDITED MOTION FOR CLARIFICATION - 3**

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of May, 2023.

/s/ Erik F. Stidham
Erik F. Stidham

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND EXPEDITED MOTION FOR CLARIFICATION - 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 18th, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

> Ammon Bundy
> Ammon Bundy for Governor
> People's Rights Network
> 4615 Harvest Lane
> Emmett, ID 83617-3601
>
> Diego Rodriguez
> Freedom Man PAC
> Freedom Man Press LLC
> 1317 Edgewater Dr. #5077
> Orlando, FL 32804

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

21498903_v1

**DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF MOTION TO EXPEDITE AND EXPEDITED MOTION FOR CLARIFICATION - 5**

# EXHIBIT A

Filed 4/24/2023 at 08:43 a.m.
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Janine Korsen   Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman<br><br>     Plaintiff,<br><br>vs.<br><br>Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC<br><br>     Defendant. | Case No. CV01-22-06789<br><br>Order Compelling Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network to Respond to Discovery and Notices of Deposition |

The Plaintiffs Motion for Sanctions for Failure to Appear and Motion to Compel against Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network on March 7, 2023, is granted.

IT IS HEREBY ORDERED that the Defendant Ammon Bundy must:

1) Answer Plaintiff St. Luke's Health System, Ltd's, Second Interrogatories, First Requests for Production to Defendant Ammon Bundy served on October 19, 2022 **no later than May 8, 2023; and**

2) Sit for a deposition **at the time and place noticed by Plaintiffs** and such deposition must be completed no later than May 24, 2023.

IT IS HEREBY ORDERED that Ammon Bundy for Governor must:

1) Make a designation under Rule 30(b)(6) of its designated representative to be deposed **no later than May 1, 2023**;

2) Answer Plaintiff St. Luke's Health System, Ltd's, First Interrogatories and Requests for Production to Defendant Ammon Bundy for Governor served on October 24, 2022 **no later than May 8, 2023**; and

3) Its designated representative that was designated under Rule 30(b)(6) must sit for a deposition **at the time and place noticed by Plaintiffs** and such deposition must be completed no later than May 24, 2023.



IT IS HEREBY ORDERED that People's Rights Network must:

1) Make a designation under Rule 30(b)(6) of its designated representative to be deposed **no later than May 1, 2023**;

2) Answer Plaintiff Plaintiff St. Luke's Health System, Ltd's, First Interrogatories and Requests for Production to Defendant People's Rights Network served on December 9, 2022 **no later than May 8, 2023**; and

3) Its designated representative that was designated under Rule 30(b)(6) must sit for a deposition **at the time and place noticed by Plaintiffs** and such deposition must be completed no later than May 24, 2023.

Failure to comply with this Order by Ammon Bundy, Ammon Bundy for Governor, and/or People's Rights Network will result in sanctions listed in Idaho Civil Rule of Procedure 37(b) which may include:

(i)  directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

(ii)  prohibiting the disobedient party from opposing designated claims, including the claim for punitive damages, or from introducing designated matters in evidence;

(iii)  staying further proceedings until the order is obeyed;

(iv)  rendering a default judgment against the disobedient party; or

(v) treating as contempt of court the failure to obey any order and initiating contempt proceedings; and

(vi) an award of fees and costs against the disobedient party for failing to comply with the Order to Compel.

Dated: ___4/24/2023_____          _____
                                        Lynn Norton
                                        District Judge

## CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

| | | |
|---|---|---|
| Erik F. Stidham | efstidham@hollandhart.com | [X] E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] E-mail |

Ammon Bundy                                    [X] By mail
4615 Harvest Lane
Emmett ID 83617-3601

Ammon Bundy for Governor                        [X] By mail
c/o Ammon Bundy
4615 Harvest Lane
Emmett ID 83617-3601

Peoples Rights Network                          [X] By mail
c/o Ammon Bundy
4615 Harvest Lane
Emmett ID 83617-3601


Trent Tripple
Clerk of the Court

Dated:    4/24/2023

By: *Janine Korsen*
Deputy Clerk



# EXHIBIT B

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
           jmjensen@hollandhart.com
           zjmccraney@hollandhart.com

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization,<br><br>        Defendants. | Case No. CV01-22-06789<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF PEOPLE'S RIGHTS NETWORK PURSUANT TO I.R.C.P. 30(b)(6)** |

**TO:    People's Rights Network**
**Attn: Ammon Bundy**
**4615 Harvest Ln.**
**Emmett, ID 83617-3601**

NOTICE OF VIDEOTAPED DEPOSITION OF PEOPLE'S RIGHTS NETWORK
PURSUANT TO I.R.C.P. 30(b)(6) - 1

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Idaho Rules of Civil Procedure, Plaintiffs, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd, Chris Roth, Natasha D. Erickson, MD, and Tracy W. Jungman, NP, will take the testimony and oral examination of **PEOPLE'S RIGHTS NETWORK** before an official Videographer, Court Reporter and Notary Public for the State of Idaho, on ***Tuesday, May 16, 2023, from 9:00 a.m.-1:30 p.m. MDT and Wednesday, May 17, from 9:00 a.m. to 5:00 p.m. MDT,*** at the following location:

> Holland & Hart LLP
> 800 W. Main Street, Ste. 1750
> Boise, Idaho 83702

at which time and place the deponent is notified to appear and take part in said examination.

Pursuant to Rule 30(b)(6), People's Rights Network is to designate and produce for its deposition one or more corporate officers, directors, or managing agents, or other persons who consent to testify on its behalf. **PEOPLE'S RIGHTS NETWORK is to make a designation under Rule 30(b)(6) of its designated representative to be deposed no later than *May 1, 2023***, as directed by the Court's Order Compelling Ammon Bundy, Ammon Bundy for Governor, and People's Rights Network to Respond to Discovery and Notices of Deposition, dated April 24, 2023.

DATED:  April 27, 2023.

HOLLAND & HART LLP


By:/s/Erik F. Stidham
    Erik F. Stidham
    Jennifer M. Jensen
    Zachery J. McCraney
    *Counsel for Plaintiffs*

NOTICE OF VIDEOTAPED DEPOSITION OF PEOPLE'S RIGHTS NETWORK
PURSUANT TO I.R.C.P. 30(b)(6) - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2023, I caused to be filed and served, via iCourt, a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Ammon Bundy for Governor     ☑ U.S. Mail
P.O. Box 370     ☑ Hand Delivered
Emmett, ID 83617     ☐ Overnight Mail
    ☐ Email/iCourt/eServe:

Ammon Bundy for Governor     ☑ U.S. Mail
c/o Ammon Bundy     ☑ Hand Delivered
4615 Harvest Ln.     ☐ Overnight Mail
Emmett, ID 83617-3601     ☐ Email/iCourt/eServe:

Ammon Bundy     ☑ U.S. Mail
4615 Harvest Ln.     ☑ Hand Delivered
Emmett, ID 83617-3601     ☐ Overnight Mail
    ☐ Email/iCourt/eServe:

People's Rights Network     ☑ U.S. Mail
c/o Ammon Bundy     ☑ Hand Delivered
4615 Harvest Ln.     ☐ Overnight Mail
Emmett, ID 83617-3601     ☐ Email/iCourt/eServe:

People's Rights Network     ☑ U.S. Mail
c/o Ammon Bundy     ☑ Hand Delivered
P.O. Box 370     ☐ Overnight Mail
Emmett, ID 83617     ☐ Email/iCourt/eServe:

Freedom Man Press LLC     ☑ U.S. Mail
c/o Diego Rodriguez     ☐ Hand Delivered
1317 Edgewater Dr. #5077     ☐ Overnight Mail
Orlando, FL 32804     ☐ Email/iCourt/eServe:

Freedom Man Press LLC     ☑ U.S. Mail
c/o Diego Rodriguez     ☐ Hand Delivered
9169 W. State St., Ste. 3177     ☐ Overnight Mail
Boise, ID 83714     ☐ Email/iCourt/eServe:

Freedom Man PAC     ☑ U.S. Mail
c/o Diego Rodriguez     ☐ Hand Delivered
1317 Edgewater Dr., #5077     ☐ Overnight Mail
Orlando, FL 32804     ☐ Email/iCourt/eServe:

Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☐  U.S. Mail
☐  Hand Delivered
☐  Overnight Mail
☑  Email/iCourt/eServe:
    freedommanpress@protonmail.com

Tucker & Associates Court Reporting          notice@etucker.net

/s/ *Erik F. Stidham*
Erik F. Stidham
OF HOLLAND & HART LLP

21375236_v1

NOTICE OF VIDEOTAPED DEPOSITION OF PEOPLE'S RIGHTS NETWORK
PURSUANT TO I.R.C.P. 30(b)(6) - 4

# EXHIBIT C

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
          jmjensen@hollandhart.com
          zjmccraney@hollandhart.com

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual, | Case No. CV01-22-06789 **NOTICE OF VIDEOTAPED DEPOSITION OF AMMON BUNDY FOR GOVERNOR PURSUANT TO I.R.C.P. 30(b)(6)** |
| Plaintiffs, | |
| vs. | |
| AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization, | |
| Defendants. | |

**TO:   Ammon Bundy for Governor**
**Attn: Ammon Bundy**
**4615 Harvest Ln.**
**Emmett, ID 83617-3601**

NOTICE OF VIDEOTAPED DEPOSITION OF AMMON BUNDY FOR GOVERNOR
PURSUANT TO I.R.C.P. 30(b)(6) - 1

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Idaho Rules of Civil

Procedure, Plaintiffs, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd,

Chris Roth, Natasha D. Erickson, MD, and Tracy W. Jungman, NP, will take the testimony and

oral examination of **AMMON BUNDY FOR GOVERNOR** before an official Videographer,

Court Reporter and Notary Public for the State of Idaho, on ***Friday, May 19, 2023, at 9:00 a.m.

MDT,*** at the following location:

> Holland & Hart LLP
> 800 W. Main Street, Ste. 1750
> Boise, Idaho 83702

at which time and place the deponent is notified to appear and take part in said examination.

Pursuant to Rule 30(b)(6), Ammon Bundy for Governor is to designate and produce for

its deposition one or more corporate officers, directors, or managing agents, or other persons

who consent to testify on its behalf.  **AMMON BUNDY FOR GOVERNOR is to make a

designation under Rule 30(b)(6) of its designated representative to be deposed no later than

*May 1, 2023*,** as directed by the Court's Order Compelling Ammon Bundy, Ammon Bundy for

Governor, and People's Rights Network to Respond to Discovery and Notices of Deposition,

dated April 24, 2023.

DATED:  April 27, 2023.

HOLLAND & HART LLP

By:/s/Erik F. Stidham
    Erik F. Stidham
    Jennifer M. Jensen
    Zachery J. McCraney
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2023, I caused to be filed and served, via iCourt, a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| Ammon Bundy for Governor<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
|---|---|
| Ammon Bundy for Governor<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| People's Rights Network<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| People's Rights Network<br>c/o Ammon Bundy<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man Press LLC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr. #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man Press LLC<br>c/o Diego Rodriguez<br>9169 W. State St., Ste. 3177<br>Boise, ID 83714 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man PAC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |

NOTICE OF VIDEOTAPED DEPOSITION OF AMMON BUNDY FOR GOVERNOR
PURSUANT TO I.R.C.P. 30(b)(6) - 3

Diego Rodriguez                              ☐   U.S. Mail
1317 Edgewater Dr., #5077                    ☐   Hand Delivered
Orlando, FL 32804                            ☐   Overnight Mail
                                             ☑   Email/iCourt/eServe:
                                                 freedommanpress@protonmail.com


Tucker & Associates Court Reporting          notice@etucker.net


                              /s/ *Erik F. Stidham*
                              _____
                              Erik F. Stidham
                              OF HOLLAND & HART LLP


21374924_v1


NOTICE OF VIDEOTAPED DEPOSITION OF AMMON BUNDY FOR GOVERNOR
PURSUANT TO I.R.C.P. 30(b)(6) - 4

# EXHIBIT D

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:  efstidham@hollandhart.com
            jmjensen@hollandhart.com


ATTORNEYS FOR PLAINTIFFS


| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
|---|---|---|
| | ) ss | |
| COUNTY OF LARAMIE | ) | FIRST JUDICIAL DISTRICT |


| | | |
|---|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; | ) | |
| ST. LUKE'S REGIONAL MEDICAL | ) | |
| CENTER, LTD; CHRIS ROTH, an | ) | Civil Action No. 2023-CV-0201129 |
| individual;  NATASHA D. ERICKSON, | ) | |
| MD, an individual; and TRACY W. | ) | |
| JUNGMAN, NP, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMMON BUNDY, an individual; | ) | |
| AMMON BUNDY FOR GOVERNOR, a | ) | |
| political organization; DIEGO | ) | |
| RODRIGUEZ, an individual; FREEDOM | ) | |
| MAN PRESS LLC, a limited liability | ) | |
| company; FREEDOM MAN PAC, a | ) | |
| registered political action committee; and | ) | |
| PEOPLE'S RIGHTS NETWORK, a | ) | |
| political organization and an unincorporated | ) | |
| association, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED DEPOSITION SUBPOENA DUCES TECUM

TO:    Dono Custos, Inc.
            c/o Capital Administrations LLC
            1712 Pioneer Ave Ste 115
            Cheyenne, WY 82001

YOU ARE HEREBY COMMANDED to appear at the offices of Holland & Hart LLP,

2020 Carey Ave., Suite 800, Cheyenne, Wyoming 82001 on May 19, 2023 at 9:30 a.m. to testify

at the taking of a videotaped deposition in the above case and produce the documents,

electronically stored information, or tangible things, and permit inspection, and copying, as set

forth in the attached **Exhibit A**.  Plaintiffs will reimburse reasonable costs of copying the

requested materials.

| ISSUING OFFICER'S SIGNATURE AND TITLE | DATE |
|---|---|
| *Deane Sanchez* | April 7, 2023 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
| Deputy Clerk District Court | |

| PROOF OF SERVICE | | |
|---|---|---|
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVICE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: _____, 202__.

                               _____
                                      Signature of Server

The following provisions of Wyo. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Rule 45, Wyoming Rules of Civil Procedure, Parts c, d and e:**

(c)   *Protection of persons subject to subpoenas.*

(1)   A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)   (A)   A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)   Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises - or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3)   (A)   On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it:

(i)   Fails to allow reasonable time for compliance;

(ii)   Requires a person who is not a party or an officer of a party to travel outside that person's county of residence or employment or a county where that person regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii)   Requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv)   Subjects a person to undue burden.

(B)   If a subpoena:

(i)   Requires disclosure of a trade secret or other confidential research, development, or commercial information; or

(ii)   Requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

(iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel to attend trial. The court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)   *Duties in responding to subpoena.*

(1)(A)     A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B)   If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C)   A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D)   A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2)(A)   When information or material subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things.

(B)   If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e)   *Contempt.* -- Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued.  An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by subparagraph (c)(3)(A)(ii).

(Per Rule 86, these rules take effect on March 1, 2017.  Amendments or additions to these rules shall take effect on dates to be fixed by the Supreme Court.)

## EXHIBIT A TO SUBPOENA DUCES TECUM TO
## DONO CUSTOS, INC.

In accordance with the definitions set forth below, you are required to produce at your deposition on May 19, 2023 at the offices of **Holland & Hart, 2020 Carey Avenue, Suite 800, Cheyenne, WY 82001,** any and all of the following documents in your possession or control (Holland & Hart will reimburse you for the cost of copying and/or arrange for the transfer of electronically stored information):

1.     Your organizational documents.

2.     Documents reflecting Your ownership and management.

3.     All documents and communications relating to any services, goods, or other benefit You have provided to any Defendant.

4.     All documents and communications reflecting or referring to any payment made by You to any Defendant.

5.     All documents and communications reflecting or referring to any payment made to You by any Defendant.

6.     All documents and communications reflecting or referring to any payment made by You to Abish-husbondi, Inc., Power Marketing Agency, LLC, Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

7.     All documents and communications reflecting or referring to any payment made to You by Abish-husbondi, Inc., Power Marketing Agency, LLC, Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

8.     All documents and communications relating to the relationship between You and each of the Defendants.

9.      All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

10.     All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.


For this Rule 30(b)(6) deposition duces tecum, Dono Custos, Inc. must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Dono Custos, Inc.'s behalf regarding the topics listed below, in accordance with the definitions set forth below. The person or persons designated must testify about information known or reasonably available to Dono Custos, Inc.

1.      The nature of Your business, including but not limited to, what services or goods it provides and where its revenue, capital, and assets come from.

2.      Your ownership and management.

3.      Any services, goods, or other benefit You have provided to any Defendant.

4.      Revenue You have received from any Defendant or provided to any Defendant.

5.      Revenue You have received from, or provided to, Abish-husbondi, Inc., Power Marketing Agency, LLC, Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

6.      Any benefit You received from any Defendant, Abish-husbondi, Inc., Power Marketing Agency, LLC, Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated, related to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

7.      The relationship between You and each of the Defendants.

8.      The relationships among the Defendants, including but not limited to their sharing

of leadership, networks, messaging, means of communication, and finances.

9.      The events surrounding the Idaho Department of Health and Welfare's

intervention involving Diego Rodriguez's infant grandson.

## **DEFINITIONS**

For purposes of the above requests, the following definitions apply and are incorporated

into each request as though fully stated therein:

Unless otherwise indicated, the following definitions shall apply to these
discovery requests:

A.      "You," "your," or "yours," shall mean Dono Custos, Inc., and any person acting
or purporting to act on its behalf, including without limitation, all present and former agents,
representatives, personnel, attorneys, accountants, consultants, experts, investigators or other
persons.

B.      "Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego
Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and
any person acting or purporting to act on their behalf, including without limitation, all present
and former officers, directors, employees, agents, representatives, personnel, attorneys,
accountants, consultants, experts, investigators or other persons.

C.      The words "and," "and/or," "or" shall each be deemed to refer to both their
conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of
the discovery request all information and documents which would otherwise be construed as
being outside the request.

D.      The term "communication" shall mean every manner of transmitting or receiving
facts, information, opinions, or thoughts from one person to another person, whether orally, by
documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any
method of voice recording.

E.      The term "document" or "documents" shall mean the original, all copies and
drafts of papers and writings of every kind, description and form, whether handwritten or typed,
and all mechanical, magnetic media and electronic recordings, records and data of every kind,
description and form, and all photographs of every kind, and including, without limiting the
generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files,
memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars,
datebooks, appointment books, day-timers, intra- or inter-office communications, canceled

checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents.  Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations.  Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

   F.  "Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

   G.  The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

# EXHIBIT E

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
          jmjensen@hollandhart.com
          zjmccraney@hollandhart.com

*Counsel for Plaintiffs*

**IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE**

**STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA**

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual, | Case No. CV01-22-06789 |
| Plaintiff, | |
| vs. | **SUBPOENA FOR VIDEOTAPED 30(B)(6) DEPOSITION DUCES TECUM OF ABISH-HUSBONDI, INC.** |
| AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization, | |
| Defendants. | |

**STATE OF IDAHO TO:**    Abish-husbondi, Inc., a Wyoming corporation
c/o Ammon Bundy (President / Director)
1881 W South Slope Rd
Emmett, ID 83617

**YOU ARE COMMANDED:**

☐    to appear in the Court at the place, date, and time specified below to testify in the above case.

☒    to appear at the place, date, and time specified below to testify at the taking of a <u>videotaped deposition</u> in the above case in-person at:

    **PLACE:**    Fleming & Welsh, Attorneys at Law
        1312 S. Washington Ave., Suite E
        Emmett, Idaho 83617

    **DATE/TIME:**  May 24, 2023, at 9:30 a.m. MST

☒    to produce or permit inspection and copying of the following documents or objects, including electronically stored information, at the place, date, and time specified below.

    **See Exhibit A**.

    **PLACE:**    Fleming & Welsh, Attorneys at Law,
        1312 S. Washington Ave., Suite E
        Emmett, Idaho 83617

    **DATE/TIME:**  On or before May 24, 2023, at 9:30 a.m. MST

☐    to permit inspection of the following premises at the date and time specified below.

    You are further notified that if you fail to appear at the place and time specified above, or to produce or permit copying or inspection as specified above, that you may be held in contempt of court and that the aggrieved party may recover from you the sum of $100 and all damages which the party may sustain by your failure to comply with this subpoena.

DATED:  April 20, 2023

                HOLLAND & HART LLP

                By:*/s/Erik F. Stidham*
                    Erik F. Stidham
                    Jennifer M. Jensen
                    Zachery J. McCraney
                    *Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of April, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ammon Bundy for Governor<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Ammon Bundy for Governor<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| People's Rights Network<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| People's Rights Network<br>c/o Ammon Bundy<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☒ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man Press LLC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr. #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man Press LLC<br>c/o Diego Rodriguez<br>9169 W. State St., Ste. 3177<br>Boise, ID 83714 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man PAC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |

Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☐   U.S. Mail
☐   Hand Delivered
☐   Overnight Mail
☑   Email/iCourt/eServe:
      freedommanpress@protonmail.com


/s/Erik F. Stidham
Erik F. Stidham
OF HOLLAND & HART LLP

**EXHIBIT A TO SUBPOENA DUCES TECUM TO
ABISH-HUSBONDI, INC.**

In accordance with the definitions set forth below, you are required to produce at your

deposition on **May 24, 2023** at the offices of **Fleming & Welsh, Attorneys at Law,**

**1312 S. Washington Ave., Suite E, Emmett, Idaho 83617**, any and all of the following

documents in your possession or control (Holland & Hart will reimburse you for the cost of

copying and/or arrange for the transfer of electronically stored information):

1.      Your organizational documents.

2.      Documents reflecting Your ownership and management.

3.      All documents and communications relating to any services, goods, or other

benefit You have provided to any Defendant.

4.      All documents and communications reflecting or referring to any payment made

by You to any Defendant.

5.      All documents and communications reflecting or referring to any payment made

to You by any Defendant.

6.      All documents and communications reflecting or referring to any payment made

by You to Dono Custos, Inc., Power Marketing Agency, LLC, Power Marketing Consultants

LLC, or Freedom Tabernacle, Incorporated.

7.      All documents and communications reflecting or referring to any payment made

to You by Dono Custos, Inc., Power Marketing Agency, LLC, Power Marketing Consultants

LLC, or Freedom Tabernacle, Incorporated.

8.      All documents and communications relating to the relationship between You and

each of the Defendants.

9. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

10. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

For this Rule 30(b)(6) deposition duces tecum, Abish-Husbondi, Inc. must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Abish-Husbondi, Inc.'s behalf regarding the topics listed below, in accordance with the definitions set forth below. The person or persons designated must testify about information known or reasonably available to Abish-Husbondi, Inc.

1. The nature of Your business, including but not limited to, what services or goods it provides and where its revenue, capital, and assets come from.

2. Your ownership and management.

3. Any services, goods, or other benefit You have provided to any Defendant.

4. Revenue You have received from any Defendant or provided to any Defendant.

5. Revenue You have received from, or provided to, Dono Custos, Inc., Power Marketing Agency, LLC, Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

6. Any benefit You received from any Defendant, Dono Custos, Inc., Power Marketing Agency, LLC, Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated, related to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

7. The relationship between You and each of the Defendants.

8.     The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9.     The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

## **DEFINITIONS**

For purposes of the above requests, the following definitions apply and are incorporated into each request as though fully stated therein:

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

A.     "You," "your," or "yours," shall mean Abish-Husbondi, Inc., and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

B.     "Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

C.     The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

D.     The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

E.     The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone

7

statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents.  Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations.  Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

F.      "Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

G.      The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

# EXHIBIT F

Filed 4/25/2023 at _ a _ .m.
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: *Janine Korsen* Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman<br>    Plaintiff,<br>vs.<br>Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC<br>    Defendant. | Case No. CV01-22-06789<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST RODRIGUEZ FOR FAILURE TO COMPLY WITH COURT ORDERS |

Plaintiffs filed a Motion for Sanctions Against Defendant Diego Rodriguez for Failure to Comply with Court Orders, filed March 7, 2023, that came before the Court for hearing on March 21, 2023.

Appearances:   Erik Stidham for Plaintiffs

Diego Rodriguez, a self-represented litigant, did not appear at this hearing

On March 7, 2023, Plaintiffs filed a Motion for Sanctions against Defendant Diego Rodriguez for Failure to Comply with Court Orders[1] with supporting memorandum[2] and Declaration from Erik Stidham.[3]

The Notice of Hearing for March 21, 2023 was served on Diego Rodriguez. Pursuant to Idaho Rule of Civil Procedure 7(b)(3)(B), any opposing memoranda or brief must be filed with the court and served so as to be received by the parties at least seven days before the hearing.

---

[1]    Motion for Sanctions Against Defendant Diego Rodriguez for Failure to Comply with Court Orders, filed Mar. 7, 2023.

[2]    Memorandum in Support of Plaintiffs' Motion for Sanctions Against Defendant Diego Rodriguez for Failure to Comply with Court Orders, ("Pl. Memo") filed Mar. 7, 2023.

[3]    Declaration of Erik Stidham in Support of Plaintiffs' Motion for Sanctions Against Defendant Diego Rodriguez for Failure to Comply with Court Orders, filed Mar. 7, 2023.



Diego Rodriguez is representing himself. "*Pro se* litigants are held to the same standards and rules as those represented by an attorney." *Twin Falls Cnty. v. Coates*, 139 Idaho 442, 445, 80 P.3d 1043, 1046 (2003). *Pro se* litigants are not accorded any special consideration simply because they are representing themselves and are not excused from adhering to procedural rules. *Nelson v. Nelson*, 144 Idaho 710, 170 P.3d 375, 383 (2007); *Sammis v. Magnetek, Inc.*, 130 Idaho 342, 346, 941 P.2d 314, 318 (1997); *Golay v. Loomis*, 118 Idaho 387, 392, 797 P.2d 95, 100 (1990), *quoting Golden Condor, Inc. v. Bell*, 112 Idaho 1086, 1089 n.5, 739 P.2d 385, 388 n.5 (1987).

Diego Rodriguez filed an untimely Motion for Dismissal of Plaintiff's Motion for Sanctions Against Defendant Diego Rodriguez for Failure to comply with Orders, filed March 21, 2023, and a Memorandum in Support, filed March 20, 2023. Although styled as a motion to dismiss, the Court considers the substance of the memorandum to be an opposition brief opposing the sanctions requested in Plaintiffs Motion for Sanctions against Defendant Diego Rodriguez.

Diego Rodriguez did not appear at the hearing on March 21, 2023. No motion to appear by videoconference was filed by Diego Rodriguez. All hearings at the District Court level, even in civil cases, are being held in person unless a party moves for an exception to appear by videoconference.

The Fourth Judicial District Local Rules provide the following when a party fails to appear at a civil hearing:

> 5.2. If the moving party or his or her attorney appears to argue the motion at the time set, if the opposing party or his or her attorney does not appear, and if the motion has been properly and timely noticed for hearing with proof of due service, the court may render a decision on the merits of the motion.

The Court considered the Plaintiffs' motion, memorandum and declaration filed. The Court also considered Rodriguez's motion to dismiss and memorandum as a response.

### FACTS AND PROCEDURAL BACKGROUND

This order addresses the latest motion in an ongoing discovery dispute that began with discovery requests served approximately a year ago. Specifically, on May 12, 2022, Plaintiffs moved this Court to permit expedited discovery requests for all defendants. The Court entered its Order Granting Motion for Expedited Discovery on



June 3, 2022 and then an Amended Order Granting Motion to Expedite Discovery on July 12, 2022.  The deadline for Diego Rodriguez to respond to the expedited interrogatories was August 4, 2022.  Rodriguez did not timely respond to those interrogatories so the Plaintiffs moved for sanctions.[4]  This Court entered its Order on Motions for Sanctions on September 8, 2022, requiring Diego Rodriguez to sit for a deposition to answer the questions posed in Interrogatories numbers 1, 2, 3, 4, and 5. The costs of that deposition were ordered at Rodriguez's expense since the deposition costs would not have been incurred but for Mr. Rodriguez's failure to respond to the Interrogatories proposed by Plaintiffs.[5]

Ultimately, that limited deposition was conducted by videoconference on October 5, 2022.[6] At that deposition, Diego Rodriguez testified that his residence is in Florida but would not specifically identify an address.[7] Following a Motion and Memorandum of Fees, and hearing on that motion on November 22, 2022,[8] this Court entered an Order Awarding Fees[9] requiring Rodriguez to pay $5,408.10 in deposition costs incurred by Plaintiffs when Plaintiffs counsel traveled to the place designated in the Notice of Deposition at the time designated in the Notice of Deposition.

Because of Rodriguez's efforts to encourage members of the public to join the October 5, 2022 video deposition, this Court entered an Order for Protection RE: Depositions, filed November 29, 2022, limiting attendance at future depositions in this

---

[4]      Memorandum in Support of Motion for Sanctions and For Contempt (Diego Rodriguez), filed Aug. 9, 2022; Decl. of Erik F. Stidham in Support of Mot. for Sanctions and for Contempt, filed Aug. 9, 2022 ("Despite being served with the Amended Order and having more than four weeks to comply with the Court's directive, Mr. Rodriguez has not responded to Plaintiffs' interrogatories in any way." ¶ 4.);  Decl. of Erik F. Stidham in Support of Mot. for Award of Attorneys' Fees Against Diego Rodriguez Pursuant to Court's September 8, 2022 Orders on Motions for Sanctions, filed Oct. 19, 2022 ("Although Rodriguez's email correspondence continued to obstruct any in-person deposition, as he refused to disclose his location so that St. Luke's counsel could hold the deposition where he claims to currently reside or be located, the deposition was scheduled to move forward via Zoom on October 5, 2022." ¶ 9.)

[5]      Order on Motions for Sanctions, filed Sept. 8, 2022,

[6]      Declaration of Erik F. Stidham in Support of Motion for Sanctions and Protective Order Relating to Limited Deposition of Diego Rodriguez Set for October 5, 2022, filed Oct. 4, 2022.

[7]      Dec of Erik Stidham in Support of Motion to Compel, filed Dec. 6, 2022, ¶8 and Ex. D, pp. 10-15.

[8]      Rodriguez did not file any written response to this motion and did not appear at the November 22, 2022 hearing.

[9]      Order Awarding Fees, filed Dec. 13, 2022.



case to legal counsel, the individual parties, and a single designated representative of the legal entity parties.

On December 6, 2022, the Plaintiffs filed a Motion to Compel Discovery from Rodriguez, with a memorandum and a declaration in support. The Court entered its Order Compelling Defendant Rodriguez to Respond to Discovery on February 8, 2023. This Order was for Rodriguez to supplement his deposition responses to Interrogatory Nos. 1, 2, 3, 4, 5 with full responses; fully respond to Interrogatory Nos. 6, 8, 11, 14, 15, 28, and 29-32; respond to Requests for Production No. 16, 19, 22, 23, 37, and 41; and to appear in-person for a deposition in December 2022.[10]

The motion currently before the Court requests this Court to sanction Diego Rodriguez under Idaho Rule of Civil Procedure 37 for (1) his refusal to pay $5,408.10 in deposition costs incurred to obtain answers to expedited discovery requests within the timeframe in the Order Awarding Fees entered December 13, 2022; and also sanction Rodriguez for (2) violating the Order Compelling Rodriguez to Respond to Discovery entered February 8, 2023 by (a) failing to provide viable dates and for attempting to designate Brazil for a deposition and (b) failing to supplement his written discovery responses as ordered.[11]

Defendant Rodriguez's response contests the legality of the Order Awarding Fees for reasons stated in his motion to cancel or reconsider the Order on motions for Sanctions.[12]  Related to failing to attend the December deposition, Rodriguez states he provided dates for deposition and offered to attend the deposition by Zoom/video conference from outside the United States.[13]  His response did not address the failure to supplement his responses to the interrogatories and requests for production.

The trial in this case is set for July 10, 2023.

## LEGAL STANDARD

The pertinent rules regarding obtaining discovery have previously been set forth in this Court's orders on the Plaintiffs'  motions to compel and will not be reiterated here.

---

[10]     Order Compelling Defendant Rodriguez to Respond to Discovery, filed Feb. 8, 2023.

[11]     Pl. Memo, p. 2.

[12]     Response, p. 2.

[13]     Id. pp. 3-4.



Idaho Rule of Civil Procedure 26(b)(1) addressed the scope of discovery in general and states:

> Unless otherwise limited by order of the court in accordance with these rules, the scope of discovery is as follows: (1) Parties may obtain discovery **regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action**, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party, including the existence, description, nature, custody, condition and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. **It is not grounds for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence.**

(emphasis added).

Then, Idaho Rule of Civil Procedure 26(b)(5)(A) more specifically provides:

> **Privileged information withheld.** When a party withholds information otherwise discoverable under these rules by claiming it is privileged or subject to protection as trial preparation material, the party shall make the claim expressly and shall describe the nature of the documents, communications, or things not produced or disclosed in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the applicability of the privilege or protection.

(emphasis in original).

Rule 37(a)(3) states that for purposes of sanctions for violation of orders on motions for orders compelling discovery, the court is to treat evasive or incomplete answers as a failure to answer.

Idaho Rule of Civil Procedure 11 provides in pertinent part that:

> [t]he signature of an attorney or party constitutes a certificate that the attorney or party has read the pleading, motion or other paper; that to the best of the signer's knowledge, information, and belief after reasonable inquiry it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.
> . . .
> If a pleading, motion or other paper is signed in violation of this rule, the court, upon motion or upon its own initiative, shall impose upon the person who signed it, a represented party, or both, an appropriate sanction, which may include an order to pay the other party or parties the amount of the



reasonable expenses incurred because of the filing of the pleading, motion, or other paper, including a reasonable attorney's fee.

Idaho Rule of Civil Procedure 37(d)(2) provides that if a party fails, after being served with proper notice, to appear for that person's deposition; or after being properly served with interrogatories or a request for production or inspection, fails to serve its answers, objections, or written response, then the Court may order sanctions which may include those listed in Rule 37(b)(2)(A)(i) through (vi).

(i)   directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

(ii)  prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

(iii) striking pleadings in whole or in part;

(iv)  staying further proceedings until the order is obeyed;

(v)   dismissing the action or proceeding in whole or in part;

(vi)  rendering a default judgment against the disobedient party; or

(vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination and initiating contempt proceedings.

Instead of or in addition to these sanctions, Idaho Rule of Civil Procedure 37(d)(3) provides the court must require the party failing to act pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust.

The Court of Appeals of Idaho has also set forth the circumstances under which a court may impose the more severe sanctions including dismissing an action with prejudice or entering a default judgment as a sanction:

[F]or a trial court to properly dismiss a case with prejudice for failure to comply with procedural rules, several circumstances must be shown: (1) a clear record of delay; (2) ineffective lesser sanctions; and (3) at least one aggravating factor of (a) delay from intentional conduct, (b) delay by the [party] personally; or (c) delay causing prejudice to the [opposing party]. These factors must appear in the record in order to facilitate appellate review.



*Peterson v. McCawley,* 135 Idaho 282, 16 P.3d 958 (Ct. App. 2000) (citing *Ashby v. Western Council, Lumber Production and Industrial Workers*, 117 Idaho 684, 687 791 P.2d 434, 437 (1990)). The Idaho Supreme Court has held "[a]n award of costs and explicit warnings are among the appropriate preliminary measures which a trial court may take to force compliance with procedural rules before taking the drastic measure of dismissal with prejudice." *Ashby*, 117 Idaho at 688, 791 P.2d at 438.

### ANALYSIS

Once again, this Court is to determine whether Defendant Rodriguez should be sanctioned—this time for failing to fully supplement his discovery responses and failing to provide deposition dates in a reasonable location for a deposition as required in the February 8, 2023 Order.

1. **The request to sanction Rodriguez for refusing to pay deposition costs and also for violating the Order Compelling Rodriguez to Respond to Discovery, entered February 8, 2023, by failing to provide viable dates and for attempting to designate Brazil for a deposition**

Defendant Rodriguez's response contests the legality of the Order Awarding Fees for reasons stated in his motion to cancel or reconsider the order on motions for sanctions. Rodriguez's response essentially states that he was not obligated to sit for the deposition noticed in a Notice of Deposition because it was inconvenient since he was out of the country. Mr. Rodriguez is a party to this litigation and has filed an Answer. While the Court required the parties to try to find a mutual date, time and place for the deposition, Mr. Rodriguez was not reasonable in designating Brazil as the place for the deposition or in providing reasonable deposition dates complying with the Order Compelling Rodriguez to Respond to Discovery. Therefore, Plaintiffs noticed a deposition according to the Idaho Rules of Civil Procedure and Defendant Rodriguez was required by the rules to attend that deposition. Defendant Rodriguez did not file a motion with the court for a protective order requesting the Court change the date, time or place of the noticed deposition. Rather, he unnecessarily caused expense for the Plaintiffs.

The Court will enter a sanction for failing to pay the deposition costs ordered in the Order Awarding Fees entered December 13, 2022 and also for violating the Order

Compelling Rodriguez to Respond to Discovery, entered February 8, 2023, by failing to provide viable dates and for attempting to designate Brazil for a deposition.

The Court will appoint a Discovery Referee or Discovery Master, pursuant to Idaho Rule 53. The Plaintiffs are to notice a deposition of Defendant Diego Rodriguez in Boise, Idaho, before May 24, 2023. The Defendant Rodriguez is required to travel to Boise, Idaho, to attend. Since the Defendant is unwilling to pay Plaintiffs costs for trying to conduct the deposition at the address where Rodriguez testifies that he resides, and the Defendant attempted to have others attend his videoconferenced deposition, the Court will require the travel costs for Diego Rodriguez to attend the deposition in Boise, Idaho, to be born by Rodriguez.

This deposition is to be conducted no later than May 24, 2023.

2. **The request to sanction Rodriguez for violating the Order Compelling Rodriguez to Respond to Discovery, entered February 8, 2023, by failing to supplement his written discovery responses**

As stated above, Rule 37(a)(3) states that for purposes of sanctions for violation of orders on motions for orders compelling discovery, the court is to treat evasive or incomplete answers as a failure to answer.

The Court determined in its Memorandum Decision on Motion to Compel Diego Rodriguez to Respond to Discovery, entered February 8, 2023, how Rodriguez's responses were deficient and how he needed to supplement those responses to comply with providing full responses as required by Rule 37.

Again, the Defendant could have responded with a privilege log to certain requests or seek a protective order from the Court. He did neither. The Court does not find Rodriguez's continuing objection to the court's previous orders and this motion substantially justified. Therefore, this Court finds that Defendant Rodriguez's incomplete answers, which have not been supplemented as required by the Order Compelling Rodriguez to Respond to Discovery, is a failure to answer those interrogatories and requests for production.

Since supplemental responses to interrogatories and responsive documents to the requests for production were not produced complying with the Court's previous order, the Plaintiffs Motion for Sanctions Against Defendant Diego Rodriguez for Failure to Comply with Court Orders, filed March 7, 2023, is GRANTED.



### 3.   Order for sanctions

Rule 37(b)(2) provides in pertinent part that if a party fails to obey an order to provide discovery, then the court may make such orders in regard to the failure as are just.  The Court enters an Order directing a Discovery Referee or Discovery Master to be available to resolve discovery disputes between Plaintiffs and Rodriguez during the deposition in Boise, Idaho, and that during this deposition Diego Rodriguez must answer opposing counsel's questions asking him to:

1) supplement his earlier deposition responses and now fully respond to Interrogatories 1, 2, 3, 4 and 5 for expedited discovery;

2) provide the phone number and address for every person identified in his response to Interrogatory 6 except Dr. Natasha Erickson, Tracy Jungman, and Chris Roth;

3) respond fully to Interrogatory 8;

4) respond fully to Interrogatory 11 with "admission against interest" defined as "A person's statement acknowledging a fact that is harmful to the person's position, esp[ecially] as a litigant" and further provides that "An admission against interest must be made either by a litigant or by one in privity with or occupying the same legal position as the litigant." BLACK'S LAW DICTIONARY, *Admission* (11th ed. 2019);

5) supplement the response Interrogatory 14 to respond fully to all details requested of all conversations and/or discussions;

6) supplement his response to Interrogatory 15 to fully include "all forms, methods, apps, or types of communication you used to communicate with any person about any issue involved in this lawsuit.";

7) supplement his response to Interrogatory 28 to answer whether any immediate family member(s) or business entity owned or controlled by Diego Rodriguez or any immediate family member of Diego Rodriguez received any money or other things of value as requested in Interrogatory 28;

8) supplement responses to Interrogatories 29 through 32 to include any information related to donations to Rodriguez, his businesses, the People's Rights Network, or donations on behalf of the infant's family, and must include



any information that Diego Rodriguez has knowledge of related to public assistance or insurance coverage for Baby Cyrus' care. Defendant Rodriguez must respond fully to each aspect of Interrogatories 29 through 32 based upon his own knowledge and belief;

And he must provide to Plaintiffs before the deposition, or at the latest bring with him to the deposition:

9) all emails and text messages between Diego Rodriguez and Ammon Bundy that relate to this lawsuit or the underlying subject matter in this case as requested in Request for Production 16;

10) supplement Request for Production 19 to provide the requested types of documents Power Marketing LLC and also to include any other responsive documents for businesses, whether incorporated or not, or entity that holds itself out as a business in addition to Power Marketing LLC;

11) supplement Request for Production 22 to produce all contracts and business relationships between the parties in this case including those specifically named in Request for Production 22 or others that exist;

12) produce tax returns responsive to Request for Production 23 but subject to a confidentiality order that restricts the disclosure of any tax returns marked confidential to being viewed only by the attorneys assigned to this case and filed as a sealed exhibit subject to Idaho Court Administrative Rule 32;

13) supplement Request for Production 37 to include all exchanges of money or funds between the people and entities identified Request for Production 37;

14) must fully respond to Request for Production 41 because the writings are relevant and are not privileged.

This Court ORDERS Defendant Rodriguez to attend the deposition in Boise, Idaho, that will be noticed by the Plaintiffs no later than May 24, 2023 and answer these questions fully and provide in advance of the deposition or, at the latest, bring with him all responsive documents to disclose to Plaintiffs.

While the Plaintiffs request the Court enter a default judgment against Defendant Rodriguez at this point, the Court finds that while Rodriguez's lack of responses delays the discovery in this case, and may eventually delay the trial of this matter, the Court



still must impose lesser sanction than a default judgment at this point and provide Defendant Rodriguez with another opportunity to fully respond to comply with this Court's Order Compelling Rodriguez to Respond to Discovery, entered February 8, 2023, by attending a deposition and providing the required information.

Further, this Court GRANTS Plaintiffs' request for a Discovery Referee to preside over discovery disputes between Rodriguez and the Plaintiffs, as was requested at the hearing on April 18, 2023. Since the discovery referee is an experienced Senior Judge, she will be permitted to rule on discovery motions, including future motions for sanctions, if any, and the Discovery Referee or Discovery Master may determine sanctions if Rodriguez fails to provide the documents responsive to the requests for production or fails to fully answer the interrogatories ordered in this decision.

## CONCLUSION

The Court GRANTS Plaintiffs' Motion for Sanctions against Defendant Diego Rodriguez for Failure to Comply with Court Orders, filed March 7, 2023.

The Court also awards costs to the Plaintiffs for the filing of this motion and the Plaintiffs must file a memorandum of costs within fourteen days of the date this order is filed.

IT IS SO ORDERED

Dated    4/24/2023 9:46:58 PM

_____
Lynn G. Norton
District Judge



**CERTIFICATE OF SERVICE**

I certify that on this day I served a copy of the attached to:

| | | |
|---|---|---|
| Erik F. Stidham | efstidham@hollandhart.com | [X] E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] E-mail |

Freedom Man PAC
C/O Diego Rodriguez
1317 Edgewater DR  #5077
Orlando, FL  32804

[ ] By E-mail    [X] By mail
[ ] By fax (number)
[ ] By overnight delivery / FedEx
[ ] By personal delivery

Freedom Man Press LLC
C/O Diego Rodriguez
1317 Edgewater DR  #5077
Orlando, FL  32804

[ ] By E-mail    [X] By mail
[ ] By fax (number)
[ ] By overnight delivery / FedEx
[ ] By personal delivery

Trent Tripple
Clerk of the Court

Dated: 04/25/2023

By: *Janine Korsen*
     Deputy Clerk

ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST RODRIGUEZ FOR FAILURE TO
COMPLY WITH COURT ORDERS                                                    Page 12 of 12

# EXHIBIT G

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
          jmjensen@hollandhart.com
          zjmccraney@hollandhart.com

*Counsel for Plaintiffs*

**IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE**

**STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA**

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual, | Case No. CV01-22-06789 **AMENDED SUBPOENA FOR DEPOSITION DUCES TECUM OF FREEDOM TABERNACLE, INCORPORATED** |
| Plaintiffs, | |
| vs. | |
| AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization, | |
| Defendants. | |

**STATE OF IDAHO TO:**   Freedom Tabernacle, Incorporated
                          Attn: Diego Rodriguez, Registered Agent
                          1317 Edgewater Dr., #5077
                          Orlando, FL 32804

AMENDED SUBPOENA FOR DEPOSITION DUCES TECUM OF FREEDOM TABERNACLE, INCORPORATED - 1

Freedom Tabernacle, Incorporated
Attn: Diego Rodriguez, Registered Agent
Email: freedommanpress@protonmail.com

**YOU ARE COMMANDED:**

☐   to appear in the Court at the place, date, and time specified below to testify in the above case.

☒   to appear at the place, date, and time specified below to testify at the taking of a videotaped deposition in the above case.

**PLACE:**   Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID  83702

**DATE/TIME:**   May 22, 2023, at 9:00 a.m.

☒   to produce or permit inspection and copying of the following documents or objects, including electronically stored information, at the place, date, and time specified below.

**PLACE:**   Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID  83702

**DATE/TIME:**   On or before May 22, 2023, at 9:00 a.m.

☐   to permit inspection of the following premises at the date and time specified below.

### [SEE ATTACHMENT A]

You are further notified that if you fail to appear at the place and time specified above, or to produce or permit copying or inspection as specified above, that you may be held in contempt of court and that the aggrieved party may recover from you the sum of $100 and all damages which the party may sustain by your failure to comply with this subpoena.

DATED:  May 5, 2023

HOLLAND & HART LLP

By:/s/Erik F. Stidham
Erik F. Stidham
Jennifer M. Jensen
Zachery J. McCraney
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Ammon Bundy for Governor
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy for Governor
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
1317 Edgewater Dr. #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
9169 W. State St., Ste. 3177
Boise, ID 83714

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man PAC
c/o Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

AMENDED SUBPOENA FOR DEPOSITION DUCES TECUM OF FREEDOM TABERNACLE, INCORPORATED - 3

Diego Rodriguez                              ☐   U.S. Mail
1317 Edgewater Dr., #5077                     ☐   Hand Delivered
Orlando, FL 32804                             ☐   Overnight Mail
                                              ☑   Email/iCourt/eServe:
                                                  freedommanpress@protonmail.com

Tucker & Associates Court Reporting          notice@etucker.net


                          /s/ *Erik F. Stidham*
                          Erik F. Stidham
                          OF HOLLAND & HART LLP


21375429_v1


AMENDED SUBPOENA FOR DEPOSITION DUCES TECUM OF FREEDOM TABERNACLE,
INCORPORATED - 4

**EXHIBIT A**

**Freedom Tabernacle Incorporated**

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

"You," "your," or "yours," shall mean Freedom Tabernacle Incorporated, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken

as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents.  Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations.  Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7.  The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

Please produce the following documents. The definitions provided above apply to these

document requests:

**Documents:**

1.  All documents and communications relating to any service You have provided to any Defendant.

2.  All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3.  All documents and communications reflecting or referring to any payment made by You to any Defendant.

4.  All documents and communications reflecting or referring to any payment made to You by any Defendant.

5.  All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

6.  All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

7.  All documents and communications relating to the relationship between You and each of the Defendants.

8.  All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9.  All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

20587606_v1

3

2023-CA-11926

**IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA**

ST. LUKE'S HEALTH SYSTEM, LTD; ST.
LUKE'S REGIONAL MEDICAL CENTER,
LTD; CHRIS ROTH, an individual;
NATASHA D. ERICKSON, MD, an
individual; and TRACY W. JUNGMAN, NP,
an individual,

        Plaintiffs,

vs.

AMMON BUNDY, an individual; AMMON
BUNDY FOR GOVERNOR, a political
organization; DIEGO RODRIGUEZ, an
individual; FREEDOM MAN PRESS LLC, a
limited liability company; FREEDOM MAN
PAC, a registered political action committee;
and PEOPLE'S RIGHTS NETWORK, a
political organization,

        Defendants.

In the District Court of the Fourth Judicial District of
the State of Idaho, in and for the County of Ada, Case
No. CV01-22-06789

_____/

## SUBPOENA FOR VIDEOTAPED DEPOSITION DUCES TECUM

**THE STATE OF FLORIDA SENDS GREETINGS TO:**

Freedom Tabernacle, Incorporated
Attn: Diego Rodriguez, Registered Agent
1317 Edgewater Dr., #5077
Orlando, FL 32804

      **YOU ARE HEREBY COMMANDED** that all singular, business and excuses set aside,
you appear and attend a videotaped deposition on the **22ⁿᵈ day of May, 2023, at the hour of
9:00 a.m.** at the offices of **Holland & Hart LLP, 800 W. Main Street, Ste. 1750, Boise, Idaho
83702**. Your attendance is required to give testimony and/or to produce and permit inspection
and copying of documents or tangible things in your possession, custody or control.

/ / /

/ / /

If you fail to attend, you may be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear. Please see **Exhibit "A"** attached hereto for the topics and documents you are requested to bring to the deposition.

DATED this _____ day of May, 2023.

MAY 0 5 2023

TIFFANY MOORE RUSSELL

CLERK OF COURT

By: _____
Deputy

Submitted by:

By: /s/Erik F. Stidham
_____
Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:      efstidham@hollandhart.com
             jmjensen@hollandhart.com
             zjmccraney@hollandhart.com
                          Counsel for Plaintiffs

**EXHIBIT A**

**Freedom Tabernacle, Incorporated**

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

"You," "your," or "yours," shall mean Freedom Tabernacle Incorporated, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents.  Documents are also to include all electronically stored information

("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7. The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

Please produce the following documents. The definitions provided above apply to these document requests:

**Documents:**

1. All documents and communications relating to any service You have provided to any Defendant.

2. All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. All documents and communications reflecting or referring to any payment made by You to any Defendant.

4. All documents and communications reflecting or referring to any payment made to You by any Defendant.

5. All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

6. All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

7. All documents and communications relating to the relationship between You and each of the Defendants.

8. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

ST. LUKE'S HEALTH SYSTEM, LTD; ST.
LUKE'S REGIONAL MEDICAL CENTER,
LTD; CHRIS ROTH, an individual;
NATASHA D. ERICKSON, MD, an
individual; and TRACY W. JUNGMAN, NP,
an individual,

       Plaintiffs,

vs.

AMMON BUNDY, an individual; AMMON
BUNDY FOR GOVERNOR, a political
organization; DIEGO RODRIGUEZ, an
individual; FREEDOM MAN PRESS LLC, a
limited liability company; FREEDOM MAN
PAC, a registered political action committee;
and PEOPLE'S RIGHTS NETWORK, a
political organization,

       Defendants.

In the District Court of the Fourth Judicial District of
the State of Idaho, in and for the County of Ada, Case
No. CV01-22-06789

_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM
## OF NON-PARTY WITNESS IN OUT-OF-STATE CASE

TO:    Freedom Tabernacle, Incorporated
          Attn: Diego Rodriguez, Registered Agent
          1317 Edgewater Dr., #5077
          Orlando, FL 32804

          Freedom Tabernacle, Incorporated
          Attn: Diego Rodriguez, Registered Agent
          Email: freedommanpress@protonmail.com

    Plaintiffs, by and through their undersigned counsel, hereby give notice of taking the

deposition of FREEDOM TABERNACLE, INCORPORATED  on **May 22, 2023, at 9:00 a.m.**

**at Holland & Hart LLP, 800 W. Main Street, Ste. 1750, Boise, Idaho 83702.**  Freedom

Tabernacle, Incorporated shall designate an officer, director, or managing agent, or other person who consents to do so (the "Representative"), to testify on its behalf as to matters known or reasonably available to the organization with the areas of inquiry listed on the attached **Exhibit A**.

The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules. The deposition will continue from day-to-day until completed and will be videotaped.

The Representative shall also produce at his deposition the documents listed on the attached Exhibit A.

Dated:  May 5, 2023.

By: */s/Erik F. Stidham*
        Erik F. Stidham (ISB #5483)
        Jennifer M. Jensen (ISB #9275)
        Zachery J. McCraney (ISB #11552)
        HOLLAND & HART LLP
        800 W. Main Street, Suite 1750
        Boise, ID 83702-5974
        Telephone:  208.342.5000
        Facsimile:  208.343.8869
        E-mail:     efstidham@hollandhart.com
                   jmjensen@hollandhart.com
                   zjmccraney@hollandhart.com
        *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Ammon Bundy for Governor
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy for Governor
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
1317 Edgewater Dr. #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
9169 W. State St., Ste. 3177
Boise, ID 83714

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man PAC
c/o Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☐   U.S. Mail
☐   Hand Delivered
☐   Overnight Mail
☑   Email/iCourt/eServe:
    freedommanpress@protonmail.com

Tucker & Associates Court Reporting

notice@etucker.net

    */s/ Erik F. Stidham*
    Erik F. Stidham
    OF HOLLAND & HART LLP

## EXHIBIT A

### Freedom Tabernacle, Incorporated

### DEFINITIONS AND INSTRUCTIONS

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

"You," "your," or "yours," shall mean Freedom Tabernacle Incorporated, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken

1

as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents.  Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations.  Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7. The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

Please produce the following documents. The definitions provided above apply to these document requests:

**Documents:**

1. All documents and communications relating to any service You have provided to any Defendant.

2. All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. All documents and communications reflecting or referring to any payment made by You to any Defendant.

4. All documents and communications reflecting or referring to any payment made to You by any Defendant.

5. All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

6. All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Power Marketing Consultants LLC.

7. All documents and communications relating to the relationship between You and each of the Defendants.

8. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

21400563_v1

3

# EXHIBIT H

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
          jmjensen@hollandhart.com
          zjmccraney@hollandhart.com

*Counsel for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization,<br><br>    Defendants. | Case No. CV01-22-06789<br><br>**AMENDED SUBPOENA DUCES TECUM OF POWER MARKETING AGENCY, LLC** |

**STATE OF IDAHO TO:**   Power Marketing Agency, LLC
                        Attn: Miranda Chavoya, Registered Agent
                        9169 W. State St., Ste. 3177
                        Boise, ID 83714

**AMENDED SUBPOENA DUCES TECUM OF POWER MARKETING AGENCY, LLC** - 1

**YOU ARE COMMANDED:**

☐   to appear in the Court at the place, date, and time specified below to testify in the above case.

☒   to appear at the place, date, and time specified below to testify at the taking of a videotaped deposition in the above case. **See Exhibit A.**

PLACE:   Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID  83702

DATE/TIME:  May 23, 2023, from 1:00 p.m. to 5:00 p.m.

☒   to produce or permit inspection and copying of the following documents or objects, including electronically stored information, at the place, date, and time specified below. **See Exhibit A.**

PLACE:   Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID  83702

DATE/TIME:  On or before May 23, 2023, at 1:00 p.m.

☐   to permit inspection of the following premises at the date and time specified below.

You are further notified that if you fail to appear at the place and time specified above, or to produce or permit copying or inspection as specified above, that you may be held in contempt of court and that the aggrieved party may recover from you the sum of $100 and all damages which the party may sustain by your failure to comply with this subpoena.

DATED:  April 27, 2023.

HOLLAND & HART LLP


By:/s/ Erik F. Stidham
Erik F. Stidham
Erik F. Stidham
Jennifer M. Jensen
Zachery J. McCraney
*Counsel for Plaintiffs*

**AMENDED SUBPOENA DUCES TECUM OF POWER MARKETING AGENCY, LLC - 2**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Ammon Bundy for Governor
P.O. Box 370
Emmett, ID 83617

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy for Governor
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
P.O. Box 370
Emmett, ID 83617

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
1317 Edgewater Dr. #5077
Orlando, FL 32804

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
9169 W. State St., Ste. 3177
Boise, ID 83714

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man PAC
c/o Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☒ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

**AMENDED SUBPOENA DUCES TECUM OF POWER MARKETING AGENCY, LLC - 3**

Diego Rodriguez                          ☐   U.S. Mail
1317 Edgewater Dr., #5077                ☐   Hand Delivered
Orlando, FL 32804                        ☐   Overnight Mail
                                         ☑   Email/iCourt/eServe:
                                             freedommanpress@protonmail.com


Tucker & Associates Court Reporting          notice@etucker.net


                              /s/  *Erik F. Stidham*
                              Erik F. Stidham
                              OF HOLLAND & HART LLP


21375586_v1

**AMENDED SUBPOENA DUCES TECUM OF POWER MARKETING AGENCY, LLC - 4**

**EXHIBIT A**

**Power Marketing Agency, LLC**

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

A.　　"You," "your," or "yours," shall mean Power Marketing Agency, LLC, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

B.　　"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

C.　　The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

D.　　The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

E.　　The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken

as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents.  Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations.  Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

F.      "Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

G.      The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

## TOPICS AND DOCUMENTS

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7. The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

Please produce the following documents. The definitions provided above apply to these document requests:

**Documents:**

1. All documents and communications relating to any service You have provided to any Defendant.

2. All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. All documents and communications reflecting or referring to any payment made by You to any Defendant.

4. All documents and communications reflecting or referring to any payment made to You by any Defendant.

5. All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

6. All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Consultants LLC, or Freedom Tabernacle, Incorporated.

7. All documents and communications relating to the relationship between You and each of the Defendants.

8. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

20587609_v1

# EXHIBIT I

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
          jmjensen@hollandhart.com
          zjmccraney@hollandhart.com

*Counsel for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization,<br><br>Defendants. | Case No. CV01-22-06789<br><br>**AMENDED SUBPOENA FOR DEPOSITION DUCES TECUM OF POWER MARKETING CONSULTANTS LLC** |

**STATE OF IDAHO TO:**   Power Marketing Consultants LLC
Attn: Diego Rodriguez, Registered Agent
1317 Edgewater Dr., #5077
Orlando, FL 32804

Power Marketing Consultants LLC
Attn: Diego Rodriguez, Registered Agent
Email: freedommanpress@protonmail.com

**YOU ARE COMMANDED:**

☐   to appear in the Court at the place, date, and time specified below to testify in the above case.

☒   to appear at the place, date, and time specified below to testify at the taking of a videotaped deposition in the above case. **See Exhibit A.**

**PLACE:**   Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID  83702

**DATE/TIME**:  May 23, 2023, from 9:00 a.m. to noon

☒   to produce or permit inspection and copying of the following documents or objects, including electronically stored information, at the place, date, and time specified below. **See Exhibit A.**

**PLACE:**   Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID  83702

**DATE/TIME:**   On or before May 23, 2023, at 9:00 a.m.

☐   to permit inspection of the following premises at the date and time specified below.

You are further notified that if you fail to appear at the place and time specified above, or to produce or permit copying or inspection as specified above, that you may be held in contempt of court and that the aggrieved party may recover from you the sum of $100 and all damages which the party may sustain by your failure to comply with this subpoena.

DATED:  May 5, 2023.

HOLLAND & HART LLP

By:_/s/Erik F. Stidham_____
    Erik F. Stidham
    Jennifer M. Jensen
    Zachery J. McCraney
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ammon Bundy for Governor<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Ammon Bundy for Governor<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| People's Rights Network<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| People's Rights Network<br>c/o Ammon Bundy<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man Press LLC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr. #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man Press LLC<br>c/o Diego Rodriguez<br>9169 W. State St., Ste. 3177<br>Boise, ID 83714 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man PAC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |

Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☑ Email/iCourt/eServe:
    freedommanpress@protonmail.com

Tucker & Associates Court Reporting      notice@etucker.net

/s/ *Erik F. Stidham*
Erik F. Stidham
OF HOLLAND & HART LLP

21375507_v1

**EXHIBIT A**

**Power Marketing Consultants LLC**

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

"You," "your," or "yours," shall mean Power Marketing Consultants LLC, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or

refer to such documents.  Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations.  Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7. The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

2

Please produce the following documents. The definitions provided above apply to these document requests:

**Documents:**

1. All documents and communications relating to any service You have provided to any Defendant.

2. All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. All documents and communications reflecting or referring to any payment made by You to any Defendant.

4. All documents and communications reflecting or referring to any payment made to You by any Defendant.

5. All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

6. All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

7. All documents and communications relating to the relationship between You and each of the Defendants.

8. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

20587607_v1

3

2023-CA-11922

**IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA**

ST. LUKE'S HEALTH SYSTEM, LTD; ST.
LUKE'S REGIONAL MEDICAL CENTER,
LTD; CHRIS ROTH, an individual;
NATASHA D. ERICKSON, MD, an
individual; and TRACY W. JUNGMAN, NP,
an individual,

        Plaintiffs,

vs.

AMMON BUNDY, an individual; AMMON
BUNDY FOR GOVERNOR, a political
organization; DIEGO RODRIGUEZ, an
individual; FREEDOM MAN PRESS LLC, a
limited liability company; FREEDOM MAN
PAC, a registered political action committee;
and PEOPLE'S RIGHTS NETWORK, a
political organization,

        Defendants.

_____/

In the District Court of the Fourth Judicial District of
the State of Idaho, in and for the County of Ada, Case
No. CV01-22-06789

## SUBPOENA FOR VIDEOTAPED DEPOSITION DUCES TECUM

**THE STATE OF FLORIDA SENDS GREETINGS TO:**

Power Marketing Consultants LLC
Attn: Diego Rodriguez, Registered Agent
1317 Edgewater Dr., #5077
Orlando, FL 32804

      **YOU ARE HEREBY COMMANDED** that all singular, business and excuses set aside,

you appear and attend a videotaped deposition on the **23rd day of May, 2023, at the hour of**

**9:00 a.m.** at the offices of **Holland & Hart LLP, 800 W. Main Street, Ste. 1750, Boise, Idaho**

**83702**. Your attendance is required to give testimony and/or to produce and permit inspection

and copying of documents or tangible things in your possession, custody or control.

/ / /

/ / /

If you fail to attend, you may be deemed guilty of contempt of Court and liable to pay all losses and damages caused by your failure to appear. Please see **Exhibit "A"** attached hereto for the topics and documents you are requested to bring to the deposition.

DATED this _____ day of May, 2023.

MAY 0 5 2023

TIFFANY MOORE RUSSELL

CLERK OF COURT

By: _____

Deputy

Submitted by:

By:/s/Erik F. Stidham_____
Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:        efstidham@hollandhart.com
                   jmjensen@hollandhart.com
                   zjmccraney@hollandhart.com
                              Counsel for Plaintiffs

## EXHIBIT A

### Power Marketing Consultants LLC

### DEFINITIONS AND INSTRUCTIONS

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

"You," "your," or "yours," shall mean Power Marketing Consultants LLC, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information. Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents. Documents are also to include all electronically stored information

("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7. The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

Please produce the following documents. The definitions provided above apply to these document requests:

**Documents:**

1. All documents and communications relating to any service You have provided to any Defendant.

2. All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. All documents and communications reflecting or referring to any payment made by You to any Defendant.

4. All documents and communications reflecting or referring to any payment made to You by any Defendant.

5. All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

6. All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

7. All documents and communications relating to the relationship between You and each of the Defendants.

8. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

21415761_v1

**IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA**

ST. LUKE'S HEALTH SYSTEM, LTD; ST.
LUKE'S REGIONAL MEDICAL CENTER,
LTD; CHRIS ROTH, an individual;
NATASHA D. ERICKSON, MD, an
individual; and TRACY W. JUNGMAN, NP,
an individual,

        Plaintiffs,

vs.

AMMON BUNDY, an individual; AMMON
BUNDY FOR GOVERNOR, a political
organization; DIEGO RODRIGUEZ, an
individual; FREEDOM MAN PRESS LLC, a
limited liability company; FREEDOM MAN
PAC, a registered political action committee;
and PEOPLE'S RIGHTS NETWORK, a
political organization,

        Defendants.

_____/

In the District Court of the Fourth Judicial District of
the State of Idaho, in and for the County of Ada, Case
No. CV01-22-06789

**NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM
OF NON-PARTY WITNESS IN OUT-OF-STATE CASE**

TO:    Power Marketing Consultants LLC
        Attn: Diego Rodriguez, Registered Agent
        1317 Edgewater Dr., #5077
        Orlando, FL 32804

        Power Marketing Consultants LLC
        Attn: Diego Rodriguez, Registered Agent
        Email: freedommanpress@protonmail.com

Plaintiffs, by and through their undersigned counsel, hereby gives notice of taking the

deposition of POWER MARKETING CONSULTANTS LLC on **May 23, 2023, at 9:00 a.m. at**

**Holland & Hart LLP, 800 W. Main Street, Ste. 1750, Boise, Idaho 83702.** Power Marketing

1

Consultants LLC shall designate an officer, director, or managing agent, or other person who consents to do so (the "Representative"), to testify on its behalf as to matters known or reasonably available to the organization with the areas of inquiry listed on the attached **Exhibit A**.

The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules. The deposition will continue from day-to-day until completed and will be videotaped.

The Representative shall also produce at his deposition the documents listed on the attached Exhibit A.

Dated:  May 5, 2023.

HOLLAND & HART LLP

By:/s/Erik F. Stidham
    Erik F. Stidham
    Jennifer M. Jensen
    Zachery J. McCraney
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Ammon Bundy for Governor
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy for Governor
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

People's Rights Network
c/o Ammon Bundy
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
1317 Edgewater Dr. #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man Press LLC
c/o Diego Rodriguez
9169 W. State St., Ste. 3177
Boise, ID 83714

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man PAC
c/o Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Diego Rodriguez                              ☐   U.S. Mail
1317 Edgewater Dr., #5077                    ☐   Hand Delivered
Orlando, FL 32804                            ☐   Overnight Mail
                                             ☑   Email/iCourt/eServe:
                                                 freedommanpress@protonmail.com

Tucker & Associates Court Reporting          notice@etucker.net


                         /s/ Erik F. Stidham
                         Erik F. Stidham
                         OF HOLLAND & HART LLP

**EXHIBIT A**

**Power Marketing Consultants LLC**

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the following definitions shall apply to these discovery requests:

"You," "your," or "yours," shall mean Power Marketing Consultants LLC, and any person acting or purporting to act on its behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

"Defendants" shall mean Ammon Bundy; Ammon Bundy for Governor; Diego Rodriguez; Freedom Man Press LLC; Freedom Man PAC; and People's Rights Network; and any person acting or purporting to act on their behalf, including without limitation, all present and former officers, directors, employees, agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators or other persons.

The words "and," "and/or," "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

The term "communication" shall mean every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, email, or copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

The term "document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information.  Documents are to be taken

as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents. Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

The words "relate to" or "relating to" means concerning, referring to, pertaining to, consisting of, containing, describing, involving, comparing, correlating, comparing, mentioning, discussing, evidencing, or having any logical or factual connection with the subject matter dealt with or alluded to the subparagraphs of these Requests.

Pursuant to Idaho Rule of Civil Procedure 30(b)(6), You are required to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on Your behalf, regarding the topics described below. The person or persons designated must testify about information known or reasonably available to the organization. The definitions provided above apply to the deposition topics.

**Topics:**

1. The services You have provided to any Defendant.

2. The services You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. Revenue you have received from any Defendant or provided to any Defendant.

4. Revenue You have received from, or provided to, Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

5. The relationship between You and each of the Defendants.

6. The relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

7. The events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

Please produce the following documents. The definitions provided above apply to these document requests:

**Documents:**

1. All documents and communications relating to any service You have provided to any Defendant.

2. All documents and communications relating to any service You offer or provide, or have offered or provided, relating to child protective services or so-called medical kidnapping or child trafficking.

3. All documents and communications reflecting or referring to any payment made by You to any Defendant.

4. All documents and communications reflecting or referring to any payment made to You by any Defendant.

5. All documents and communications reflecting or referring to any payment made by You to Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

6. All documents and communications reflecting or referring to any payment made to You by Abish-husbondi Inc., Dono Custos, Inc., Power Marketing Agency, LLC, or Freedom Tabernacle, Incorporated.

7. All documents and communications relating to the relationship between You and each of the Defendants.

8. All documents and communications relating to the relationships among the Defendants, including but not limited to their sharing of leadership, networks, messaging, means of communication, and finances.

9. All documents or communications relating to the events surrounding the Idaho Department of Health and Welfare's intervention involving Diego Rodriguez's infant grandson.

21400547_v1

# EXHIBIT J

Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:   efstidham@hollandhart.com
          jmjensen@hollandhart.com
          zjmccraney@hollandhart.com

*Counsel for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization,<br><br>        Defendants. | Case No. CV01-22-06789<br><br>**PLAINTIFF ST. LUKE'S HEALTH SYTEM, LTD'S SECOND REQUESTS FOR ADMISSION TO DEFENDANT DIEGO RODRIGUEZ** |

        Plaintiff St. Luke's Health System, LTD ("Plaintiff"), by and through its attorney of

record, hereby requests Defendant Diego Rodriguez ("Rodriguez") respond to all requests for

admission in accordance with the Instructions and Definitions set forth below within thirty (30)

PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD'S SECOND REQUESTS FOR
ADMISSION TO DEFENDANT DIEGO RODRIGUEZ - 1

days from the date of service hereof, unless otherwise instructed by Court order or by the parties'
mutual agreement.

## I.    INSTRUCTIONS REGARDING REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Idaho Rules of Civil Procedure, the requests for admission set
forth below must be answered within thirty (30) days or such time as the Court directs.  They
must be answered fully and separately in writing, under oath, and in accordance with the Idaho
Rules of Civil Procedure.  Your answers must draw upon not only information in your personal
knowledge and possession, but also any and all information available to you, including
information in the possession of any of your agents, employees, or attorneys.  If a claim of
privilege is made as to any such information, you must specify the basis for the claim of
privilege and describe the information claimed to be privileged.

Pursuant to Rule 36(a), each matter for which an admission is requested shall be
separately set forth.  For each request for admission which includes subparts, your answer to
each subpart should be separately set forth wherever appropriate or necessary to distinguish your
answer from another subpart or request for admission.

Each matter shall be deemed admitted unless, within such time as the Court directs, you
serve upon the undersigned a written answer in conformance with the requirements of Rule
36(a).  You are hereby advised that a failure to specifically answer any request for admission or
matter contained therein, or an evasive answer to any request for admission or matter contained
therein, may be deemed an admission of the truth of such request or matter contained therein.

## II.    DEFINITIONS

Unless otherwise indicated, the following definitions shall apply to these discovery
requests:

a.      "You," "Your," and "Yours," shall mean Defendant Diego Rodriguez, and any person acting or purporting to act on his behalf, including without limitation, all present and former agents, representatives, personnel, attorneys, accountants, consultants, experts, investigators, or other persons.

b.      "Plaintiffs" shall mean St. Luke's Health System, LTD; St. Luke's Regional Medical Center, LTD; Chris Roth; Natasha D. Erickson, M.D.; and Tracy W. Jungman, and any person acting or purporting to act on their behalf.

c.      "St. Luke's" shall mean Plaintiffs St. Luke's Health System, LTD and St. Luke's Regional Medical Center.

d.      "St. Luke's Boise" shall mean the hospital located in Boise where the Infant received treatment between March 1, 2022, to March 4, 2022, and between March 12, 2022, to March 15, 2022.

e.      "St. Luke's Meridian" shall mean the hospital in Meridian where the Infant received treatment on March 12, 2022.

f.      "Defendants" refers to all named Defendants in the lawsuit, including Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network.

g.      "Complaint" refers to the Complaint filed by Plaintiffs on May 11, 2022, Ada County Case No. CV01-22-06789, and includes the Amended Complaint filed on June 2, 2022, as well as any other amended versions of the same.

h.      "Answer" refers to any answer to any Complaint filed by Defendants in connection with this lawsuit.

i.        The term "evidence" includes the identification of all persons with knowledge, testimony, witnesses, witness statements, documents, electronically stored information, and other information or facts tending to support a particular conclusion.

j.        The words "and," "and/or," and "or" shall each be deemed to refer to both their conjunctive and disjunctive meanings, being construed as necessary to bring within the scope of the discovery request all information and documents which would otherwise be construed as being outside the request.

k.        "Describe" shall mean to set forth all facts that exhaust Your information, knowledge, and belief with respect to the subject matter of the discovery request.

l.        "Document" or "documents" shall mean the original, all copies and drafts of papers and writings of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, including, without limiting the generality of the foregoing, the following: correspondence, letters, notes, e-mails, text messages, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, contracts, agreements, assignments, instruments, charges, opinions,

PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD'S SECOND REQUESTS FOR
ADMISSION TO DEFENDANT DIEGO RODRIGUEZ - 4

official statements, prospectuses, appraisals, feasibility studies, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information. Documents are to be taken as including all attachments, enclosures, and other documents that are attached to, relate to, or refer to such documents. Documents are also to include all electronically stored information ("ESI") made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, blog posts, online articles, interviews, images, data, and data compilations. Documents shall also include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones, Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

     m.    "Identify" when used with respect to a document, item, or thing shall mean to provide the following information relating to such document, item, or thing:

         i.    A description of the nature and contents of the document in such a manner that the custodian of the document would be able to locate it in response to a subpoena or request for production;

         ii.    The date the document was made or entered into and the name, address, telephone number, occupation, job title, and employer of each person whose testimony could be used to authenticate such document and lay the foundation for its introduction into evidence;

         iii.    The name, address, telephone number, occupation, job title, and employer of the author(s) or person(s) who prepared the document;

      iv.     The identity of the person(s) to whom the document was sent, and who received each and every copy of the document; and

      v.     The name, address, telephone number, occupation, job title, and employer of the present custodian thereof.

    n.     "Identify" when used with respect to a natural person shall mean that You provide the following information with respect to the person:

      i.     The name;

      ii.     The business address and telephone number;

      iii.     The residence address and telephone number; and

      iv.     The name of the employer or business with whom the person was associated and the person's title and position at the time relevant to the identification.

    o.     "Identify" when used with respect to a person that is not a natural person shall mean, to the extent applicable, to provide the same information required as though the entity were a natural person.

    p.     "Knowledge" shall mean firsthand knowledge and information derived from any other source, including but not limited to, hearsay knowledge.

    q.     "Person" shall mean any natural person and any other cognizable entity, including but not limited to corporations, proprietorships, partnerships, joint ventures, consortiums, clubs, associations, foundations, governmental agencies or instrumentalities, societies and orders, as well as any agents and employees thereof.

r.      The words "relate to" or "relating to" shall mean and include the following terms: regards, describes, involves, compares, correlates, mentions, connected to, refers to, pertains to, contradicts, or comprises.

s.      "Infant" shall mean Defendant Diego Rodriguez's infant grandson, as described in the Complaint.

t.      "Infant's Parents" shall mean the natural parents of the Infant.

u.      "PCP" shall mean the Infant's primary care provider whose services are or were provided at Functional Medicine of Idaho.

v.      "Immediate Families" shall include the person's spouse, children, children's spouses, and grandchildren.

w.      "DHW" shall mean the Idaho Department of Health and Welfare.

### III.    REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 230:**  Admit that the Infant was dehydrated on March 1, 2022.

**REQUEST FOR ADMISSION NO. 231:**  Admit that the Infant's Parents took the Infant to St. Luke's on March 1, 2022.

**REQUEST FOR ADMISSION NO. 232:**  Admit that the Infant had been vomiting for weeks before the Infant's Parents took him to St. Luke's on March 1, 2022.

**REQUEST FOR ADMISSION NO. 233:**  Admit that the Infant was approximately 10 months old on March 1, 2022.

**REQUEST FOR ADMISSION NO. 234:**  Admit that the Infant had lost several pounds between November 1, 2021 and March 1, 2022.

**REQUEST FOR ADMISSION NO. 235:**  Admit that on March 2, 2022, the Infant was diagnosed with severe malnutrition.

**REQUEST FOR ADMISSION NO. 236:**  Admit that the Infant's Parents agreed to admit the Infant to St. Luke's Boise on March 1, 2022.

**REQUEST FOR ADMISSION NO. 237:**  Admit that the Infant's Parents were told to take the Infant to his PCP for follow-up monitoring after discharge from St. Luke's Boise on March 4, 2022.

**REQUEST FOR ADMISSION NO. 238:**  Admit that the Infant attended a follow-up monitoring appointment on March 7, 2022, which revealed that the Infant had lost weight since being discharged from St. Luke's on March 4, 2022.

**REQUEST FOR ADMISSION NO. 239:**  Admit that the Infant attended a follow-up monitoring appointment on March 10, 2022, which revealed that the Infant had lost weight since the Infant's March 7, 2022, medical appointment.

**REQUEST FOR ADMISSION NO. 240:**  Admit that on March 11, 2022, the Infant's father told a DHW social worker that the Infant's Parents would bring the Infant in for a weight check on March 11, 2022.

**REQUEST FOR ADMISSION NO. 241:**  Admit that the Infant's Parents did not bring the Infant in for a weight check on March 11, 2022.

**REQUEST FOR ADMISSION NO. 242:**  Admit that the Infant's Parents were contacted more than once regarding the expected weight check on March 11, 2022.

**REQUEST FOR ADMISSION NO. 243:**  Admit that Meridian police went to the Infant's family's residence to check on the Infant's safety on March 11, 2022.

**REQUEST FOR ADMISSION NO. 244:**  Admit that the Infant's Parents refused to cooperate, provide information, or let the officers see the Infant when Meridian police went to the Infant's family's residence.

**REQUEST FOR ADMISSION NO. 245:**  Admit that You refused to cooperate, provide information, or let the officers see the Infant when Meridian police went to the Infant's family's residence.

**REQUEST FOR ADMISSION NO. 246:**  Admit that the Infant was taken to another location after Meridian police left the Infant's family's residence.

**REQUEST FOR ADMISSION NO. 247:**  Admit that You knew the Infant was severely malnourished during the period March 1 through March 11, 2022.

**REQUEST FOR ADMISSION NO. 248:**  Admit that on March 11, 2022, You knew the Infant was severely malnourished.

**REQUEST FOR ADMISSION NO. 249:**  Admit that DHW had temporary custody of the Infant beginning late on March 11, 2022.

**REQUEST FOR ADMISSION NO. 250:**  Admit that St. Luke's did not have custody of the Infant at any time.

**REQUEST FOR ADMISSION NO. 251:**  Admit that the Infant was admitted for medical care at St. Luke's Boise from March 12, 2022 through March 15, 2022.

**REQUEST FOR ADMISSION NO. 252:**  Admit that St. Luke's updated the Infant's Parents on the Infant's condition during the time the Infant was admitted at St. Luke's Boise from March 12, 2022 through March 15, 2022.

**REQUEST FOR ADMISSION NO. 253:**  Admit that St. Luke's updated the Infant's Parents on the Infant's plan of care during the time the Infant was admitted at St. Luke's Boise from March 12, 2022 through March 15, 2022.

**REQUEST FOR ADMISSION NO. 254:**  Admit that You entered St. Luke's property on March 15, 2022 to protest.

**REQUEST FOR ADMISSION NO. 255:**  Admit that You did not enter St. Luke's property on March 15, 2022 to seek medical care.

**REQUEST FOR ADMISSION NO. 256:**  Admit that You solicited payments from third-parties through GiveSendGo.

**REQUEST FOR ADMISSION NO. 257:**  Admit that You solicited payments from third-parties through GiveSendGo in connection with Your narrative about the Infant.

**REQUEST FOR ADMISSION NO. 258:**  Admit that the Infants' Parents did not owe any money to St. Luke's for any of the medical care of the Infant in March 2022.

**REQUEST FOR ADMISSION NO. 259:**  Admit that You knew that the Infants' Parents were receiving government benefits to cover any medical care from St. Luke's for the Infant in March 2022.

**REQUEST FOR ADMISSION NO. 260:**  Admit that You knew that the Infants' Parents would owe no money to St. Luke's for any medical care for the Infant in March 2022.

**REQUEST FOR ADMISSION NO. 261:**  Admit that St. Luke's did not undertake any medical care of the Infant that the Infant's Parents did not approve.

**REQUEST FOR ADMISSION NO. 262:**  Admit that You coordinated with Ammon Bundy to plan the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 263:**  Admit that You coordinated with the People's Rights Network to plan the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 264:**  Admit that You coordinated with Ammon Bundy for Governor to plan the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 265:**  Admit that You coordinated with Freedom Man PAC to plan the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 266:**  Admit that You coordinated with Freedom Man Press LLC to plan the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 267:**  Admit that You coordinated with Ammon Bundy to carry out the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 268:**  Admit that You coordinated with the People's Rights Network to carry out the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 269:**  Admit that You coordinated with Ammon Bundy for Governor to carry out the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 270:**  Admit that You coordinated with Freedom Man PAC to carry out the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 271:**  Admit that You coordinated with Freedom Man Press LLC to carry out the disruption at St. Luke's during the period March 11 through March 18, 2022.

**REQUEST FOR ADMISSION NO. 272:**  Admit that You coordinated with Ammon Bundy to prepare messaging to the public relating to the Infant.

**REQUEST FOR ADMISSION NO. 273:**  Admit that You coordinated with the People's Rights Network to prepare messaging to the public relating to the Infant.

**REQUEST FOR ADMISSION NO. 274:**  Admit that You coordinated with Ammon Bundy for Governor to prepare messaging to the public relating to the Infant.

**REQUEST FOR ADMISSION NO. 275:**  Admit that You coordinated with Freedom Man PAC to prepare messaging to the public relating to the Infant.

**REQUEST FOR ADMISSION NO. 276:**  Admit that You coordinated with Freedom Man Press LLC to prepare messaging to the public relating to the Infant.

**REQUEST FOR ADMISSION NO. 277:**  Admit that St. Luke's did not abuse the Infant.

**REQUEST FOR ADMISSION NO. 278:**  Admit that no one at St. Luke's abused the Infant.

**REQUEST FOR ADMISSION NO. 279:**  Admit that St. Luke's did not vaccinate the Infant.

PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD'S SECOND REQUESTS FOR ADMISSION TO DEFENDANT DIEGO RODRIGUEZ - 12

**REQUEST FOR ADMISSION NO. 280:**  Admit that no one at St. Luke's vaccinated the Infant.

**REQUEST FOR ADMISSION NO. 281:**  Admit that no one at St. Luke's harmed the Infant.

**REQUEST FOR ADMISSION NO. 282:**  Admit that St. Luke's did not misdiagnose the Infant.

**REQUEST FOR ADMISSION NO. 283:**  Admit that Natasha Erickson did not misdiagnose the Infant.

**REQUEST FOR ADMISSION NO. 284:**  Admit that no one at St. Luke's harmed the Infant.

**REQUEST FOR ADMISSION NO. 285:**  Admit that the Infant's health improved while under St. Luke's care.

**REQUEST FOR ADMISSION NO. 286:**  Admit that the Infant gained weight while under St. Luke's care.

**REQUEST FOR ADMISSION NO. 287:**  Admit that You have disclosed the Infant's personal health information publicly online.

**REQUEST FOR ADMISSION NO. 288:**  Admit that You know that St. Luke's cannot disclose personal health information publicly.

**REQUEST FOR ADMISSION NO. 289:**  Admit that St. Luke's did not kidnap the Infant.

**REQUEST FOR ADMISSION NO. 290:**  Admit that Chris Roth did not kidnap the Infant.

**REQUEST FOR ADMISSION NO. 291:**  Admit that Natasha Erickson did not kidnap the Infant.

**REQUEST FOR ADMISSION NO. 292:**  Admit that Tracy Jungman did not kidnap the Infant.

**REQUEST FOR ADMISSION NO. 293:**  Admit that St. Luke's does not kidnap children.

**REQUEST FOR ADMISSION NO. 294:**  Admit that Chris Roth does not kidnap children.

**REQUEST FOR ADMISSION NO. 295:**  Admit that Natasha Erickson does not kidnap children.

**REQUEST FOR ADMISSION NO. 296:**  Admit that Tracy Jungman does not kidnap children.

**REQUEST FOR ADMISSION NO. 297:**  Admit that St. Luke's does not profit from kidnapping children.

**REQUEST FOR ADMISSION NO. 298:**  Admit that Chris Roth does not profit from kidnapping children.

**REQUEST FOR ADMISSION NO. 299:**  Admit that Natasha Erickson does not profit from kidnapping children.

**REQUEST FOR ADMISSION NO. 300:**  Admit that Tracy Jungman does not profit from kidnapping children.

**REQUEST FOR ADMISSION NO. 301:**  Admit that St. Luke's did not traffick the Infant.

**REQUEST FOR ADMISSION NO. 302:**  Admit that Chris Roth did not traffick the Infant.

**REQUEST FOR ADMISSION NO. 303:**  Admit that Natasha Erickson did not traffick the Infant.

**REQUEST FOR ADMISSION NO. 304:**  Admit that Tracy Jungman did not traffick the Infant.

**REQUEST FOR ADMISSION NO. 305:**  Admit that St. Luke's does not participate in child trafficking.

**REQUEST FOR ADMISSION NO. 306:**  Admit that Chris Roth does not participate in child trafficking.

**REQUEST FOR ADMISSION NO. 307:**  Admit that Natasha Erickson does not participate in child trafficking.

**REQUEST FOR ADMISSION NO. 308:**  Admit that Tracy Jungman does not participate in child trafficking.

**REQUEST FOR ADMISSION NO. 309:**  Admit that St. Luke's does not profit from child trafficking.

**REQUEST FOR ADMISSION NO. 310:**  Admit that Chris Roth does not profit from child trafficking.

**REQUEST FOR ADMISSION NO. 311:**  Admit that Natasha Erickson does not profit from child trafficking.

**REQUEST FOR ADMISSION NO. 312:**  Admit that Tracy Jungman does not profit from child trafficking.

**REQUEST FOR ADMISSION NO. 313:**  Admit that Tracy Jungman did not commit medical malpractice when evaluating the Infant.

**REQUEST FOR ADMISSION NO. 314:**  Admit that You know that Tracy Jungman did not commit medical malpractice when evaluating the Infant.

**REQUEST FOR ADMISSION NO. 315:**  Admit that You know that the following statement is false: "St. Luke's is world famous for being the worst, for, you know, for mistreating people, for killing people—literally I'm not being hyperbolic there—for this type of issue, stealing babies from parents."

**REQUEST FOR ADMISSION NO. 316:**  Admit that You know that the following statement is false: St. Luke's forced the Infant to take toxic poison.

**REQUEST FOR ADMISSION NO. 317:**  Admit that You know that the following statement is false: St. Luke's has a reputation for taking horrible service and treatment to children.

**REQUEST FOR ADMISSION NO. 318:**  Admit that You know that the following statement is false: St. Luke's is corrupt top to bottom.

**REQUEST FOR ADMISSION NO. 319:**  Admit that You know that the following statement is false: Dr. Natasha Erickson called CPS.

**REQUEST FOR ADMISSION NO. 320:**  Admit that You know that the following statement is false: St. Luke's is just a huge cartel.

**REQUEST FOR ADMISSION NO. 321:**  Admit that You know that the following statement is false: All St. Luke's does is harm people.

**REQUEST FOR ADMISSION NO. 322:**  Admit that You know that the following statement is false: The Infant was perfectly healthy on March 11, 2022.

PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD'S SECOND REQUESTS FOR
ADMISSION TO DEFENDANT DIEGO RODRIGUEZ - 16

**REQUEST FOR ADMISSION NO. 323:**  Admit that You know that the following statement is false: The Infant was taken into custody solely because the Infant's Parents missed one medical appointment.

**REQUEST FOR ADMISSION NO. 324:**  Admit that You know that the following statement is false: St. Luke's has no interest in actually helping anybody.

**REQUEST FOR ADMISSION NO. 325:**  Admit that You know that the following statement is false: The Infant's condition worsened while admitted at St. Luke's Boise.

**REQUEST FOR ADMISSION NO. 326:**  Admit that You have a net worth of over $10 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 327:**  Admit that the fair market value of the Power Marketing Consultants LLC is more than $10 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 328:**  Admit that You have a net worth of over $5 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 329:**  Admit that You have a net worth of over $15 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 330:**  Admit that the fair market value of the Power Marketing Agency LLC is more than $10 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 331:**  Admit that the fair market value of the Power Marketing Agency LLC is more than $5 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 332:**  Admit that the fair market value of the Power Marketing Consultants LLC is more than $1 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 333:**  Admit that the fair market value of the Power Marketing Agency LLC is more than $1 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 334:**  Admit that the fair market value of the Power Marketing Agency LLC is more than $15 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 335:**  Admit that the fair market value of the Power Marketing Agency LLC is more than $5 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 336:**  Admit that the fair market value of Freedom Tabernacle, Incorporated is more than $15 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 337:**  Admit that the fair market value of Freedom Tabernacle, Incorporated is more than $10 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 338:**  Admit that the fair market value of Freedom Tabernacle, Incorporated is more than $5 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 339:**  Admit that the fair market value of Freedom Tabernacle, Incorporated is more than $15 million dollars as of the date of this request.

**REQUEST FOR ADMISSION NO. 340:**  Admit that You received more than $2 million dollars in taxable income from Freedom Tabernacle, Incorporated in 2022.

**REQUEST FOR ADMISSION NO. 341:**  Admit You received more than $2 million dollars in taxable income from Power Marketing Agency LLC in 2022.

**REQUEST FOR ADMISSION NO. 342:**  Admit You received more than $2 million dollars in taxable income from Power Marketing Consultants LLC in 2022.

**REQUEST FOR ADMISSION NO. 343:**  Admit that You received more than $2 million dollars in taxable income from Freedom Tabernacle, Incorporated in 2022.

**REQUEST FOR ADMISSION NO. 344:**  Admit You received more than $1 million dollars in taxable income from Power Marketing Agency LLC in 2022.

**REQUEST FOR ADMISSION NO. 345:**  Admit You received more than $2 million

dollars in taxable income from Power Marketing Consultants LLC in 2022.

DATED:  April 21, 2023.

HOLLAND & HART LLP


By:*/s/ Erik F. Stidham*
    Erik F. Stidham
    Jennifer M. Jensen
    Zachery J. McCraney
    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2023, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Ammon Bundy for Governor | ☑ | U.S. Mail |
| P.O. Box 370 | ☐ | Hand Delivered |
| Emmett, ID 83617 | ☐ | Overnight Mail |
| | ☐ | Email/iCourt/eServe: |
| | | |
| Ammon Bundy for Governor | ☑ | U.S. Mail |
| c/o Ammon Bundy | ☐ | Hand Delivered |
| 4615 Harvest Ln. | ☐ | Overnight Mail |
| Emmett, ID 83617-3601 | ☐ | Email/iCourt/eServe: |
| | | |
| Ammon Bundy | ☑ | U.S. Mail |
| 4615 Harvest Ln. | ☐ | Hand Delivered |
| Emmett, ID 83617-3601 | ☐ | Overnight Mail |
| | ☐ | Email/iCourt/eServe: |
| | | |
| People's Rights Network | ☑ | U.S. Mail |
| c/o Ammon Bundy | ☐ | Hand Delivered |
| 4615 Harvest Ln. | ☐ | Overnight Mail |
| Emmett, ID 83617-3601 | ☐ | Email/iCourt/eServe: |
| | | |
| People's Rights Network | ☑ | U.S. Mail |
| c/o Ammon Bundy | ☐ | Hand Delivered |
| P.O. Box 370 | ☐ | Overnight Mail |
| Emmett, ID 83617 | ☐ | Email/iCourt/eServe: |
| | | |
| Freedom Man Press LLC | ☑ | U.S. Mail |
| c/o Diego Rodriguez | ☐ | Hand Delivered |
| 1317 Edgewater Dr. #5077 | ☐ | Overnight Mail |
| Orlando, FL 32804 | ☐ | Email/iCourt/eServe: |
| | | |
| Freedom Man Press LLC | ☑ | U.S. Mail |
| c/o Diego Rodriguez | ☐ | Hand Delivered |
| 9169 W. State St., Ste. 3177 | ☐ | Overnight Mail |
| Boise, ID 83714 | ☐ | Email/iCourt/eServe: |
| | | |
| Freedom Man PAC | ☑ | U.S. Mail |
| c/o Diego Rodriguez | ☐ | Hand Delivered |
| 1317 Edgewater Dr., #5077 | ☐ | Overnight Mail |
| Orlando, FL 32804 | ☐ | Email/iCourt/eServe: |

PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD'S SECOND REQUESTS FOR
ADMISSION TO DEFENDANT DIEGO RODRIGUEZ - 20

Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☑ Email/iCourt/eServe: dr238412@me.com;
freedommanpress@protonmail.com

*/s/ Erik F. Stidham*
Erik F. Stidham
OF HOLLAND & HART LLP

21349082_v1

PLAINTIFF ST. LUKE'S HEALTH SYSTEM, LTD'S SECOND REQUESTS FOR
ADMISSION TO DEFENDANT DIEGO RODRIGUEZ - 21

# EXHIBIT K

Filed: 12/23/2022 4:10:55 a .m.
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: *Janine Korsen* Deputy Clerk

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
# THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman<br><br>    Plaintiff,<br><br>vs.<br><br>Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC<br><br>    Defendant. | Case No. CV01-22-06789<br><br>Protective Order |

THIS MATTER, having come before the Court on December 20, 2022 for hearing on Plaintiffs' Motion for Protective Order filed May 11, 2022, the Court finds good cause to grant such motion.[1]

IT IS HEREBY ORDERED that any person, including all Defendants and any agent of any Defendant served with this Order, are prohibited from engaging in the following actions related to this case:

(1)  Any person who, by direct or indirect force, or by any threats to a person or property, or by any manner wilfully[2] intimidates, threatens or harasses any person because such person has testified or because he[3] believes that such person has testified in this lawsuit may be held in contempt of court.

---

[1]    For reasons stated at the hearing, the Court determined it would  prepare its own Protection Order rather than signing the proposed order lodged by the Plaintiffs on May 11, 2022.

[2]    For purposes of this Order, this Court will apply the definition of "willfully" in Idaho Criminal Jury Instruction 340.  An act is done "willfully" when done on purpose.  One can act willfully without intending to violate the law or this order, to injure another, or to acquire any advantage.

[3]    The Court uses the term "he" in this Order, as the Legislature does in statutes. But the entirety of this Order applies to any person, regardless of gender.



(2) Any person who, by direct or indirect force, or by any threats to a person or property, or by any manner wilfully[4] intimidates, influences, impedes, deters, threatens, harasses, obstructs or prevents a witness, or any person who may be called as a witness, or any person he believes may be called as a witness in this lawsuit from testifying freely, fully and truthfully in this civil proceeding may be held in contempt of court.

The fact that a person was not actually prevented from testifying shall not be a defense to a charge of contempt for the actions in subsections (1) and/or (2) of this Order.

Those that have filed testimony in this matter to date include Chris Roth, Dr. Natasha Erickson, Tracy Jungman, Dr. Jeffrey Erickson, Dr. Jamie Price, Dr. Camille LaCroix, David Barton, William T. Teninty, Jenna Balvin, Sara Berry, Jessica Flynn, John Coggins, Dennis Mesaros, Donna English, William Woods, Abby Abbondandolo, Katy Alexander, Marle Hoff, and Erik Stidham or any associated attorney at HOLLAND & HART LLP. Those who have been identified as a person who may be called as a witness to date include those listed above and also includes Eron Sanchez, Aaron Dykstra, Nice Loufoua, Meridian Police Detective Steve Hanson, Meridian Police Detective Jeff Fuller, Meridian Police Sergeant Christopher McGilvery, Meridian Police Officer Sean King, Judge Laurie Fortier, Kelly Shoplock, Joseph Robert Shoplock, Kristen Nate, Roaxanne, Printz, and Kyle Bringhurst.  This protection order also applies to any subsequently-disclosed witness(es) as part of the formal discovery process in this case.

This Order is binding upon Diego Rodriguez and Ammon Bundy, and also any officers, agents, and/or employees of Ammon Bundy for Governor, Freedom Man PAC, Peoples Rights Network, and/or Freedom Man Press LLC, and any other person who receives actual notice of this order by personal service or in any manner allowed for service of a complaint or summons in the Idaho Rules of Civil Procedure.

IT IS ORDERED: 1/18/2023 5:55:18 PM

Lynn Norton
District Judge

---

[4] *Id.*



## CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

| | | |
|---|---|---|
| Erik F. Stidham | efstidham@hollandhart.com | [X] E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] E-mail |

St Lukes Health System LTD       Through counsel Erik Stidham

St Lukes Regional Medical Center LTD       Through counsel Erik Stidham

Chris Roth       Through counsel Erik Stidham

Natasha D Erickson MD       Through counsel Erik Stidham

Ammon Bundy
4615 Harvest Lane       [ ] By E-mail    [X] By mail
Emmett, ID 83617

Ammon Bundy for Governor
P.O. Box 37       [ ] By E-mail    [X] By mail
Emmett, ID 83617

Peoples Rights Network
4615 Harvest Lane       [ ] By E-mail    [X] By mail
Emmett, ID 83617

Freedom Man PAC
C/O Diego Rodriguez       [ ] By E-mail    [X] By mail
9169 W. State Street, Ste. 3177
Boise ID 83714

Freedom Man Press LLC
C/O Diego Rodriguez       [ ] By E-mail    [X] By mail
1317 Edgewater Dr. #507
Orlando, FL 32804

Trent Tripple
Clerk of the Court

By: *Janine Korsen*
Deputy Clerk

Dated: 01/19/2023



# EXHIBIT L

Filed: 05/12/2023 9:43:26 AM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: *Janine Korsen*, Deputy Clerk

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman <br>  Plaintiff, <br> vs. <br> Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC <br>  Defendant. | Case No. CV01-22-06789 <br><br> Notice Vacating and Resetting Hearing |

**NOTICE IS GIVEN** That the hearing on the Motion for Contempt against Rodriguez (filed May 2, 2023) that was set for May 16, 2023 at 3:15 p.m. is hereby VACATED.  The hearing on the Motion for Contempt against Rodriguez is RESET to May 23, 2023 at 2:30 p.m.

| Hearing Type | Date | Time | Judge |
|---|---|---|---|
| Status/Scheduling Conference | 05/23/2023 | 2:30 PM | Lynn G. Norton |
| Pre-trial Conference | 06/06/2023 | 2:30 PM | Lynn G. Norton |
| Jury Trial | 07/10/2023 | 8:30 AM | Lynn G. Norton |

at the:

Ada County Courthouse
200 W. Front Street
Boise ID  83702

All parties are required to be present.

A Notice of Removal to Federal Court was filed with this Court on May 8, 2023. If this case is not remanded to the state District Court before May 23, 2023, then the Court will send a new notice further resetting matters properly noticed for hearing that day.

Dated: 05/11/2023

Lynn Norton
District Judge

**CERTIFICATE OF SERVICE**

| Erik F. Stidham | efstidham@hollandhart.com | [X] By E-mail |
| Diego Rodriguez | freedommanpress@protonmail.com | [X] By E-mail |

Trent Tripple
Clerk of the Court

Dated: <u>05/11/2023</u>

By: *Janine Korsen*
Deputy Clerk