Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKE'S HEALTH SYSTEM LTD, ST. LUKE'S REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, ,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**EXPEDITED MOTION FOR CLARIFICATION** |

COME NOW, Respondents St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman (collectively "St. Luke's Parties") and hereby move this Court for an expedited order of clarification of the application of the federal removal statute, 28 U.S.C. § 1450, on state court orders and discovery issued and

**EXPEDITED MOTION FOR CLARIFICATION - 1**

served prior to removal. This Motion is supported by a Motion to Expedite, Memorandum in Support, and Declaration of Erik F. Stidham in Support of Motion to Expedite and Expedited Motion for Clarification; all are filed concurrently herewith.

DATED:  May 18, 2023

                HOLLAND & HART LLP

                By: */s/Erik F. Stidham*
                    Erik F. Stidham
                    Jennifer M. Jensen
                    Zachery J. McCraney

                    ATTORNEYS FOR RESPONDENTS

**EXPEDITED MOTION FOR CLARIFICATION - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on May 18, 2023 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

    Ammon Bundy
    Ammon Bundy for Governor
    People's Rights Network
    4615 Harvest Lane
    Emmett, ID 83617-3601

    Diego Rodriguez
    Freedom Man PAC
    Freedom Man Press LLC
    1317 Edgewater Dr. #5077
    Orlando, FL 32804

                                                      */s/ Erik F. Stidham*
                                                      Erik F. Stidham
                                                      of HOLLAND & HART LLP

21492604_v1

**EXPEDITED MOTION FOR CLARIFICATION - 3**