IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Ammon Bundy Case No. 1:23-CV-212-DCN

Plaintiff,

vs

St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman Defendants.

U.S. COURTS

MAY 19 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

---

AFFIDAVIT

(SWORN STATEMENT)

Date: May 15, 2023

My legal name is Frances Collicott ("Affiant") and acknowledge I am:

a.) Age: 60

b.) Address: 3311 W Parda Dr, Coeur d'Alene, ID 83815

c.) Residency: Idaho

Being duly sworn, hereby swear under oath that:

1. Defendants, filed as Plaintiffs in the Ada County Court, have filed suit or complaint against the People's Rights Network.

2. The People's Rights Network (PRN) is not a citizen of any state, it is not a living man, not a living woman, it is not a person, nor a corporation, church, non-profit organization, political organization, or any other legal entity.

3. People residing in many states make up the PRN and use the network to communicate with one another.

4. Ammon Bundy is not the People's Right Network and the People's Rights Network is not Ammon Bundy.

5. PRN is simply a communications network of nearly 68,000 people all over the United States and Canada.

6. St. Luke's CEO, Chris Roth, complained that PRN defamed him by posting a picture of him with the words "Child Trafficker." This was published by someone from the state of Utah.

7. This post has been used against Ammon Bundy since the beginning of the State lawsuit.

8. Ammon Bundy, in Idaho, did not post the article in Utah.

9. NO ONE in PRN has authority over what anyone else in the network publishes or does not publish.

10. Each Area in PRN functions completely autonomously from each other and any content published to an area is authorized by Area Assistants with State Assistants in the respective state.

11. Each area and state are independent and autonomous from other areas and states.

12. Ammon Bundy is an influential person throughout PRN, but he has no control over what any one in PRN puts into print or any actions they take.

13. Ammon does not have control over posting or content published in areas other than in Idaho.

14. Defendants, as the Plaintiffs in the State case, have repeatedly tried to hold Mr. Bundy accountable for the free speech of people residing in the state of Utah and elsewhere.

15. Defendants appear to be suing all 67,302 people residing in 41 states and 3 Canadian provinces, making this controversy jurisdiction of the United States Court according to 28 U.S.C. Section 1441 (b) (2) and 28 U.S.C. Section 1332, as this case involves controversies between citizens of different states, where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

16. The Ada County Idaho Court presiding Judge Lynn Norton, has allowed the Defendants to pursue the lawsuit against People's Rights Network as if it is Ammon Bundy, intentionally avoiding the obvious questions of what PRN legally is and does the state court have jurisdiction.

17. When twenty+ people of the PRN, which was listed as a Defendant in the case, attended the court hearing on February 21, 2023 Judge Norton would not allow them to speak.

18. Several people tried to speak in court that day and Judge Norton ordered them to not speak, and even threatened them with arrest. This is in direct violation of Idaho Rules of Judicial Conduct Rule 2.6 Ensuring the right to be heard.

19. Judge Norton even put on record that PRN did not appear at the hearing.

20. The question of jurisdiction of a network of people residing in many states appears to be a federal question. Defendants have complained about the actions of people residing in a state other than Idaho and have incorrectly filed with the state court.

21. As a part of People's Rights Network, I, Frances Collicott, respectfully request that this case be heard in the United States District Court for the District of Idaho.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: *Frances Collicott* Date: 5-15-23



Frances Collicott
3311 W. Parda Dr.
Coeur D Alene, ID 83815-5305

SPOKANE WA 990
16 MAY 2023 PM 4 L

UNITED STATES COURTS
FOR THE DISTRICT OF IDAHO
550 W Fort St Suite 400
Boise, ID 83724

