U.S. COURTS

Rcvd_____ Filed_____Time_____
MAY 19 2023
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Ammon Bundy Case No. 1:23-CV-212-DCN

Plaintiff,

vs

St. Luke's Health System LTD, St. Luke's Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman; Defendants.

AFFIDAVIT

(SWORN STATEMENT)

Date: 10 MAY, 20 23

My legal name is Rhonda K Stoker ("Affiant") and acknowledge I am:

a.) Age: 63

b.) Address: 20411 4th St. Rupert

c.) Residency: Idaho

Being duly sworn, hereby swear under oath that:

1. Defendants, filed as Plaintiffs in the Ada County Court, have filed suit or complaint against the People's Rights Network.

2. The People's Rights Network (PRN) is not a citizen of any state, it is not a living man, not a living woman, it is not a person, nor a corporation, church, non-profit organization, political organization, or any other legal entity.

3. People residing in many states make up the PRN and use the network to communicate with one another.

4. Ammon Bundy is not the People's Right Network and the People's Rights Network is not Ammon Bundy.

5. PRN is simply a communications network of nearly 68,000 people all over the United States and Canada

7. This post has been used against Ammon Bundy since the beginning of the State lawsuit.

8. Ammon Bundy, in Idaho, did not post the article in Utah.

9. NO ONE in PRN has authority over what anyone else in the network publishes or does not publish.

10. Each Area in PRN functions completely autonomously from each other and any content published to an area is authorized by Area Assistants with State Assistants in the respective state.

11. Each area and state are independent and autonomous from other areas and states.

12. Ammon Bundy is an influential person throughout PRN, but he has no control over what any one in PRN puts into print or any actions they take.

13. Ammon does not have control over posting or content published in areas other than in Idaho.

14. Defendants, as the Plaintiffs in the State case, have repeatedly tried to hold Mr. Bundy accountable for the free speech of people residing in the state of Utah and elsewhere.

15. Defendants appear to be suing all 67,302 people residing in 41 states and 3 Canadian provinces, making this controversy jurisdiction of the United States Court according to 28 U.S.C. Section 1441 (b) (2) and 28 U.S.C. Section 1332, as this case involves controversies between citizens of different states, where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

16. The Ada County Idaho Court presiding Judge Lynn Norton, has allowed the Defendants to pursue the lawsuit against People's Rights Network as if it is Ammon Bundy, intentionally avoiding the obvious questions of what PRN legally is and does the state court have jurisdiction.

17. When twenty+ people of the PRN, which was listed as a Defendant in the case, attended the court Wendy Kay, [5/15/2023 3:43 PM] hearing on February 21, 2023 Judge Norton would not allow them to speak.

18. Several people tried to speak in court that day and Judge Norton ordered them to not speak, and even threatened them with arrest. This is in direct violation of Idaho Rules of Judicial Conduct Rule 2.6 Ensuring the right to be heard.

20. The question of jurisdiction of a network of people residing in many states appears to be a federal question. Defendants have complained about the actions of people residing in a state other than Idaho and have incorrectly filed with the state court.

21. As a part of People's Rights Network, I, Rhonda K Stoker respectfully request that this case be heard in the United States District Court for the District of Idaho.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _Rhonda Stoker_   Date: _16 May 2023_

NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _Idaho_

County of _Minidoka_

On _May 16_, 2023, before me, _Mary Frances Small_, personally appeared Rhonda K Stoker who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _Idaho_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Affiant's Signature: _Mary Frances Small_

20411 4th St
83350

BOISE ID 837
17 MAY 2023 PM 2 L

U.S. MARSHALS
District of Idaho
MAY 19 2023
EXAMINED

Court
550 W. Fort St Ste 400
Boise, ID
83724

83724-