# UNITED STATES DISTRICT & BANKRUPTCY COURTS
## DISTRICT OF IDAHO

Stephen W. Kenyon
CLERK OF COURT
208.334.1976



JEFF SEVERSON
DEPUTY CLERK OF COURT
208-334-9464

May 19, 2023

To:     Clerk, Ada County Fourth Judicial District Court
        200 W. Front Steet
        Boise, ID 83702

From:   U.S. District Court
        550 W. Fort Street, Suite 400
        Boise, ID 83724

Re:     U.S. District Court Case No. 1:23-cv-00212-DCN
        Ada County Fourth Judicial District Court Case No. CV01-22-06789
Case Name: Bundy et al v. St. Lukes Health Systems et al

Clerk of Ada County Fourth Judicial District Court:

        This case has been transferred to your District per the enclosed Memorandum Decision
and Order

        Please acknowledge receipt of the above and return the acknowledgment to the U.S.
District Court in Boise.

Received by:

Date received:

                        Acknowledgment can be returned to:
                Clerk, U.S. District Court, District of Idaho
                    Attn: Jocelyn Dunnegan, Deputy Clerk
                        550 West Fort Street, Suite 400
                            Boise ID 83724

Enclosures as stated

---

JAMES A. MCCLURE FEDERAL BUILDING & U.S. COURTHOUSE ◆ 550 WEST FORT STREET, 4TH FLOOR, BOISE, ID 83724
COEUR D'ALENE U.S. COURTHOUSE ◆ 6450 N. MINERAL DRIVE ◆ COEUR D'ALENE, ID 83815
POCATELLO U.S. COURTHOUSE ◆ 801 E. SHERMAN ◆ POCATELLO, ID 83201