Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**EXPEDITED MOTION TO DISMISS PETITION OR REMAND TO STATE COURT [DKT. 29]** |

COME NOW, Respondents St. Luke's Health System LTD, St. Luke's Regional Medical

Center LTD, Chris Roth, Natasha Erickson, MD and Tracy Jungman (collectively St. Luke's

Parties" or "Respondents") and hereby move this Court for expedited consideration and the

resolution without a hearing of St. Luke's Parties' Expedited Motion to Dismiss Petition or

EXPEDITED MOTION TO DISMISS PETITION OR REMAND TO STATE COURT - 1

Remand to State Court. This Motion is supported by a Memorandum and the Declaration of Erik F. Stidham, filed concurrently herewith.

DATED: May 23, 2023

                              HOLLAND & HART LLP

                              By: */s/Erik F. Stidham*
                                   Erik F. Stidham
                                   Jennifer M. Jensen
                                   Zachery J. McCraney

                              ATTORNEYS FOR RESPONDENTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on the 23rd day of May, 2023, I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Ammon Bundy
Ammon Bundy for Governor
People's Rights Network
4615 Harvest Lane
Emmett, ID 83617-3601

Diego Rodriguez
Freedom Man PAC
Freedom Man Press LLC
1317 Edgewater Dr. #5077
Orlando, FL 32804

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

21524086_v1