UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY; AMMON BUNDY FOR GOVERNOR; DIEGO RODRIGUEZ; FREEDOM MAN PAC; PEOPLE'S RIGHTS NETWORK; and FREEDOM MAN PRESS LLC, | Case No. 1:23-cv-00212-DCN |
| Plaintiffs, | **ORDER** |
| v. | |
| ST. LUKE'S HEALTH SYSTEM LTD.; ST. LUKE'S REGIONAL MEDICAL CENTER LTD.; CHRIS ROTH; NATASHA ERICKSON, MD; and TRACY JUNGMAN, | |
| Defendants. | |

On May 19, 2023, the Court entered an Order remanding this case back to state court due to a lack of subject matter jurisdiction and other procedural defects. Dkt. 26. Despite the Court's Order remanding this case, Plaintiff Diego Rodriguez filed a "Notice of Removal" on May 23, 2023. Dkt. 29.

Although styled as a notice of removal, based on the language in the "Notice," the Court construes it as a Motion to Reconsider. For example, in his "Notice," Rodriguez states that the Court "overlooked, ignored, and considered 'moot'" his previous petition. *Id*. at 2. Further, he argues that the undersigned's ruling was "spurious and specious." *Id*.

ORDER - 1

at 4. Rodriguez is mistaken. The Court considered his petition in its previous Order[1] and explained why it was required to remand the case.[2] Dkt. 26, at 1 n.1; 2, 6, 8.

Generally, an order to remand is "not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d). The narrow exceptions to this rule do not apply to Rodriguez's Motion, as explained in the previous Order, because nothing in the underlying case implicates 28 U.S.C. §§ 1442 or 1443. Additionally, motions to reconsider are disfavored. *See, e.g.*, *Hajro v. Sullivan*, 2022 WL 17362060, at *2 (D. Idaho Dec. 1, 2022) (cleaned up). For these reasons, the Court will DISMISS Rodriguez's "Notice" as MOOT.[3]

On May 23, 2023, St. Luke's filed a Motion to Remand. Dkt. 30. Given that the Court already remanded this case (Dkt. 26) and is dismissing Rodriguez's Motion as MOOT, the Court will do the same with Defendants' Motion.

[remainder of this page left intentionally blank]

---

[1] Rodriguez "joined" Bundy's Petition, so the Court has already ruled on removal as to all Plaintiffs, including Rodriguez, in its previous Order.

[2] Even were the Court to consider Rodriguez's filing as a true Notice of Removal, it would still fail for the reasons outlined in the Court's prior decision. *See* Dkt. 26. The Court lacks diversity jurisdiction and federal question jurisdiction over the claims at issue, Rodriguez's notice is extremely untimely, and his "removal" does not comply with local rules.

[3] Again, whether a "Notice of Removal" is filed by Rodriguez or any other "Plaintiff," complete diversity is lacking, so the case must be remanded.

ORDER - 2

**The Court HEREBY ORDERS:**

1. Plaintiff Diego Rodriguez's "Notice of Removal" (Dkt. 29) is DISMISSED as MOOT.

2. Defendants' Motion to Remand (Dkt. 30) is DISMISSED as MOOT.

DATED: May 26, 2023

David C. Nye
Chief U.S. District Court Judge