**Diego Rodriguez**
1317 Edgewater Dr.
Suite No. 5077
Orlando, FL 32804
Telephone: (208) 891-7728
Email: freedommanpress@protonmail.com

*pro se*

U.S. COURTS

JUN 0 2 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Diego Rodriguez,<br><br>    Petitioner,<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>    Respondents. | ) **CASE NO. 1:23-cv-00212-DCN**<br>)<br>)<br>) MOTION TO ALLOW FOR E-FILING<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW, Petitioner Diego Rodriguez and hereby submits my motion to allow me to E-file for this case. I do not live in Idaho and it is both cumbersome, untimely, and disadvantageous for me to have to send any filed documents via standard mail.

    DATED this 31st day of May, 2023.

                                    By: /s/ Diego Rodriguez
                                             Diego Rodriguez
                                             Petitioner