Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
Facsimile:  208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>　　　　Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>　　　　Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**RESPONDENTS' MOTION FOR ATTORNEY FEES** |

Respondents, by and through their attorneys, Holland & Hart LLP, move this Court for an award of reasonable attorneys' fees incurred in this matter pursuant to 28 U.S.C. § 1447(c), Fed. R. Civ. P. 54, and Dist. Local R. 54.2.

RESPONDENTS' MOTION FOR ATTORNEY FEES - 1

This motion is supported by the accompanying memorandum and the declaration of Erik F. Stidham.

DATED: June 20, 2023

        HOLLAND & HART LLP

        By: */s/Erik F. Stidham*
            Erik F. Stidham
            Jennifer M. Jensen
            Zachery J. McCraney

        ATTORNEYS FOR RESPONDENTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

n/a

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail (6/21/23), postage prepaid addressed as follows:

> Ammon Bundy
> Ammon Bundy for Governor
> People's Rights Network
> 4615 Harvest Lane
> Emmett, ID 83617-3601
>
> Diego Rodriguez
> Freedom Man PAC
> Freedom Man Press LLC
> 1317 Edgewater Dr. #5077
> Orlando, FL 32804

Via email (6/20/23):

> Ammon Bundy – aebundy@bundyfarms.com
> Diego Rodriguez - freedommanpress@protonmail.com

/s/ Erik F. Stidham
Erik F. Stidham
of HOLLAND & HART LLP

21642813_v1

RESPONDENTS' MOTION FOR ATTORNEY FEES - 3