Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>　　　　Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>　　　　Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**MOTION TO HOLD AMMON BUNDY AND DIEGO RODRIGUEZ IN CONTEMPT** |

Respondents, by and through their attorneys, Holland & Hart LLP, move this Court, pursuant to Federal Rule of Civil Procedure 70 and relevant law, for an Order holding Petitioners Ammon Bundy and Diego Rodriguez in contempt for failure to comply with this Court's

MOTION TO HOLD AMMON BUNDY AND DIEGO RODRIGUEZ IN CONTEMPT - 1

Memorandum and Decision Order (Dkt. 37) and Amended Judgment (Dkt. 38) issued November 2, 2023.

This motion is supported by the accompanying Memorandum and the Affidavit of Jennifer M. Jensen.

DATED: March 6, 2024

        HOLLAND & HART LLP

By: */s/Jennifer M. Jensen*
    Erik F. Stidham
    Jennifer M. Jensen
    Zachery J. McCraney

ATTORNEYS FOR RESPONDENTS