Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Respondents

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMMON BUNDY, AMMON BUNDY FOR GOVERNOR, DIEGO RODRIGUEZ, FREEDOM MAN PAC, PEOPLES RIGHTS NETWORK, and FREEDOM MAN PRESS LLC,<br><br>Petitioners.<br><br>vs.<br><br>ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN,<br><br>Respondents. | Case No. 1:23-cv-00212-DCN<br><br>**AFFIDAVIT OF JENNIFER M. JENSEN IN SUPPORT OF MOTION TO HOLD PETITIONERS IN CONTEMPT** |

STATE OF IDAHO          )
                                        :ss
County of ADA           )

I, Jennifer M. Jensen, being first duly sworn upon oath, depose and state as follows:

AFFIDAVIT OF JENNIFER M. JENSEN IN SUPPORT OF MOTION TO HOLD
PETITIONERS IN CONTEMPT - 1

1.      I am an attorney with the firm of Holland & Hart LLP ("Holland & Hart") and serve as counsel for the Respondents in this case. I have personal knowledge of the facts regarding Holland & Hart's representation of Respondents in this lawsuit.

2.      As of the date of this declaration, neither Ammon Bundy ("Bundy") nor Diego Rodriguez ("Rodriguez") have paid any of the fees awarded to Respondents by the Court in its order at Docket No. 37 dated November 2, 2023 ("Fees Order"), and have failed to comply with the Amended Judgment ("Judgment") at Docket No. 38 also issued on November 2, 2023.

3.      On July 24, 2023, an Idaho jury in the case captioned, *St. Luke's Health System, Ltd., et al. v. Ammon Bundy, et al.*, Case No. CV01-22-06789, Fourth Judicial District, State of Idaho, County of Ada ("Ada County Case") returned a $52 million verdict for damages caused to St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, MD, and Tracy Jungman, NP ("St. Luke's Parties") (who are the same parties as Respondents here) by an ongoing campaign of defamation led by Bundy and Rodriguez. Holland & Hart represents the St. Luke's Parties in the Ada County Case.

4.      In August 2023, the court in the Ada County Case entered a Permanent Injunction and Default Judgment requiring the defendants, including Bundy and Rodriguez, to cease making defamatory statements perpetuating the false narrative that St. Luke's Parties participated in a conspiracy to kidnap, traffic, and harm children and to remove existing defamatory statements from online. True and correct copies of the Permanent Injunction and Default Judgment entered in the Ada County Case are attached hereto as **Exhibit A**.

5.      Bundy has defied and continues to defy the Permanent Injunction and Default Judgment entered in the Ada County Case. Such actions include moving the website for People's Rights Network that contains defamatory content violative of the Permanent Injunction to new

webhosts to frustrate St. Luke's Parties' efforts to have the defamatory content taken down. Attached hereto as **Exhibit B**, are true and correct copies of screenshots and videos taken or downloaded at my direction that show Bundy's ongoing defamation of the St. Luke's Parties and violations of the Permanent Injunction. As of the time of this filing, the content included in Exhibit B was available at the following website links:

- a) https://twitter.com/RealABundy/status/1720131414790693013
- b) https://www.facebook.com/photo?fbid=664681822515650&set=a.161344339516070
- c) https://fb.watch/qEw58IamNd/
- d) https://fb.watch/qEw8N5Iby2/
- e) https://www.peoplesrights.ws/
- f) https://www.peoplesrights.ws/news_view?/under-attack-the-peoples-rights-system-is-alive-strong-and-well&id=eb1b3248-e7eb-4fc6-9bd0-86e52a925fee

6. Bundy has not paid any funds to satisfy the Ada County Case Default Judgment.

7. Rodriguez continues to defy the Permanent Injunction and Default Judgment entered in the Ada County Case. His violations of the Permanent Injunction include moving the websites he controls that contain the defamatory content to new webhosts in attempts to frustrate St. Luke's Parties' efforts to have the defamatory content taken down. Attached hereto as **Exhibit C**, are true and correct copies of screenshots taken at my direction that show Rodriguez's ongoing defamation of the St. Luke's Parties and violations of the Permanent Injunction. As of the time of this filing, the content included in Exhibit C was available at the following website links:

- a) https://freedomman.ws/
- b) https://freedomman.ws/cyrus/story/
- c) https://freedomman.ws/cyrus/
- d) https://freedomman.ws/cyrus/lies/
- e) https://stlukesexposed.ws/
- f) https://stlukesexposed.ws/lawsuit/
- g) https://stlukesexposed.ws/lawsuit/wicked-people/
- h) https://stlukesexposed.ws/lawsuit/diego-files-appeal/

AFFIDAVIT OF JENNIFER M. JENSEN IN SUPPORT OF MOTION TO HOLD PETITIONERS IN CONTEMPT - 3

8. Rodriguez has not paid any funds to satisfy the Ada County Case Default Judgment.

9. In the Ada County Case, St. Luke's Parties have had to move for contempt against Bundy five times for his ongoing refusal to submit to the rule of law. The contempt actions in the Ada County Case were for violations of discovery orders, violation of the protective order issued there prohibiting witness intimidation, and violations of the Permanent Injunction.

10. In the Ada County Case, St. Luke's Parties have moved for contempt against Rodriguez two times for his ongoing refusal to submit to the rule of law. The contempt actions in the Ada County case were for discovery violations, and for violations of the protective order issued there prohibiting his ongoing intimidation of witnesses, the Court, and counsel in the case.

11. Bundy has defied and obstructed efforts to collect on the Default Judgment, including but not limited to his actions in the course of a case filed in Gem County, Idaho related to the fraudulent transfer of his ranch property and other material assets. Holland & Hart represents the St. Luke's Parties in that case, which is captioned *St. Luke's Health System, Ltd., et al. v. Ammon Bundy, et al.*, Case No. CV23-23-0551, Third Judicial District, State of Idaho, County of Gem ("Gem County Case"). Attached hereto as **Exhibit D** is a true and correct copy of the Complaint filed in the Gem County Case on August 11, 2023.

12. St. Luke's Parties have moved for contempt against Bundy in the Gem County Case for his ongoing refusal to submit to the rule of law. A hearing is set on the contempt motion on April 1, 2024.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March, 2024.

_____
Jennifer M. Jensen

SUBSCRIBED AND SWORN TO before me this 6th day of March, 2024.

_____
(Signature of notarial officer)

[Notary Seal: MORGAN BURR, NOTARY PUBLIC, Comm No. 20191557, Commission Expires 8/5/2025, STATE OF IDAHO]

AFFIDAVIT OF JENNIFER M. JENSEN IN SUPPORT OF MOTION TO HOLD PETITIONERS IN CONTEMPT - 5