# EXHIBIT A

Filed: 08/29/2023 09:37:22
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Nelson, Ric

# IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual, <br><br>    Plaintiffs, <br><br> vs. <br><br> AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization and an unincorporated association, <br><br>    Defendants. | Case No. CV01-22-06789 <br><br> **DEFAULT JUDGMENT** |

JUDGMENT IS ENTERED AS FOLLOWS:

1. Judgment is entered in favor of Plaintiffs St. Luke's Health System, Ltd.; St. Luke's Regional Medical Center, Ltd.; Chris Roth, Natasha D. Erickson, M.D.; and Tracy W. Jungman, N.P. against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network.

DEFAULT JUDGMENT - 1

Exhibit A, Page 1

2. St. Luke's Health System, Ltd.'s and St. Luke's Regional Medical Center, Ltd.'s damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Nineteen Million One Hundred Twenty-Five Thousand Dollars** [**Fourteen Million One Hundred Twenty-Five Thousand ($14,125,000)** in compensatory damages and **Five Million Dollars ($5,000,000)** in punitive damages].

3. Previously Court-ordered and unpaid attorneys' fees and costs of St. Luke's Health System, Ltd. and St. Luke's Regional Medical Center, Ltd. are awarded against:

   a. Defendant Ammon Bundy in the amount of **Thirteen Thousand Four Hundred Forty-Three Dollars and Twenty-One Cents ($13,443.21)**;

   b. Defendant Ammon Bundy for Governor in the amount of **Six Thousand Eight Hundred Ninety-Five Dollars and Eighty-Six Cents ($6,895.86)**;

   c. Defendant Diego Rodriguez in the amount of **Twenty-Two Thousand Eight Hundred Fifty Dollars and Seventy-Seven Cents ($22,850.77)**;

   d. Defendant Freedom Man Press LLC in the amount of **Eight Hundred Ninety-Two Dollars and Twenty Cents ($892.20)**;

   e. Defendant Freedom Man PAC in the amount of **Eight Hundred Ninety-Two Dollars and Twenty Cents ($892.20)**; and

   f. Defendant People's Rights Network in the amount of **Eight Thousand Three Hundred Thirty-One Dollars and Ninety-Six Cents ($8,331.96)**.

4. Chris Roth's damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Eight Million Five Hundred Thousand Dollars ($8,500,000)** [**Two Million One Hundred Twenty-Five Thousand Dollars**

($2,125,000) in compensatory damages and **Six Million Three Hundred Seventy-Five Dollars ($6,375,000)** in punitive damages].

5.     Natasha Erickson's damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Twelve Million One Hundred Twenty-Five Thousand Dollars ($12,125,000)** [**Five Million One Hundred Twenty-Five Thousand Dollars ($5,125,000)** in compensatory damages and **Seven Million Dollars ($7,000,000)** in punitive damages].

6.     Tracy Jungman's damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Twelve Million One Hundred Twenty-Five Thousand Dollars ($12,125,000)** [**Five Million One Hundred Twenty-Five Thousand Dollars ($5,125,000)** in compensatory damages and **Seven Million Dollars ($7,000,000)** in punitive damages].

7.     Interest shall accrue on all awarded damages bearing the statutory rate of 10.250% per annum until paid in full.

8.     Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network are PERMANENTLY ENJOINED as follows:

   a. Defendants must cease posting and disseminating defamatory statements against all Plaintiffs. Defamatory statements include:

      i. The Infant was perfectly healthy when taken by Child Protective Services.

      ii. St. Luke's made the Infant sick and infected the Infant with disease.

    iii.    The Infant was kidnapped or unlawfully taken by law enforcement or St. Luke's.

    iv.    St. Luke's, St. Luke's management, law enforcement, Idaho Department of Health and Welfare, the courts, and medical practitioners are all involved in a conspiracy to engage in criminal child trafficking, kidnapping children and stealing children to make money.

    v.    The medical providers are pedophiles who want to abuse children and engage in child trafficking.

    vi.    Idaho Department of Health and Welfare makes more money for every child it takes into Child Protective Services custody and that is why the Idaho Department of Health and Welfare kidnaps and traffics children and only allows certain people with a specific sexual orientation to adopt children.

    vii.    St. Luke's and the medical practitioners intentionally or negligently harmed or injured the Infant, committed medical malpractice and/or misdiagnosed the Infant.

    viii.    St. Luke's reported the parents to Child Protective Services.

    ix.    Dr. Erickson threatened to file a report with Child Protective Services if the parents did not agree to the treatment plan between March 1-4, 2022.

    x.    St. Luke's intentionally kept the Infant longer than necessary in the hospital because the parents did not want the Infant vaccinated.

      xi.    The family was discriminated against because the Infant was not vaccinated.

      xii.    The parents have thousands of dollars in medical bills they have to pay based on the care provided by St. Luke's or any medical provider.

      xiii.    The parents did not consent to the medical treatment provided to the Infant.

      xiv.    The Infant was released from the St. Luke's Children's Hospital and returned directly to the family due to the protestors' or Defendants' actions.

b.    Defendants must cease making statements that any of the Plaintiffs are criminals and/or are participating in unlawful child kidnapping, child trafficking, child sexual or any other child abuse, and/or killing of children.

c.    Defendants must remove from all online locations or websites Defendants have authority to do so any and all statements that the Plaintiffs are criminals and/or participating in the child kidnapping, child trafficking, child sexual or any other child abuse, and/or killing of children. The online locations include, but are not limited to, the following websites including their sub-pages:

https://www.peoplesrights.org, https://www.votebundy.com, https://www.freedomman.org, https://stlukesexposed.com, https://www.facebook.com/SaveBabyCyrus/, https://www.youtube.com/@RealAmmonBundy, https://twitter.com (handle @RealABundy), https://x.com (handle @RealABundy),

      https://www.givesendgo.com/GAZAG?utm_source=sharelink&utm_medium=copy_link&utm_campaign=GAZAG.

d.   Defendants must cease disseminating and encouraging others to disseminate the contact information, personal information, and images of Mr. Roth, Dr. Erickson, and NP Jungman.

e.   Defendants must remove from all online locations and websites Defendants have authority to do so the contact information, personal information, and/or images of Mr. Roth, Dr. Erickson, and NP Jungman. The online locations include, but are not limited to, the following websites including their sub-pages:

https://www.peoplesrights.org, https://www.votebundy.com, https://www.freedomman.org, https://stlukesexposed.com, https://www.facebook.com/SaveBabyCyrus/, https://www.youtube.com/@RealAmmonBundy, https://twitter.com (handle @RealABundy), https://x.com (handle @RealABundy), https://www.givesendgo.com/GAZAG?utm_source=sharelink&utm_medium=copy_link&utm_campaign=GAZAG.

f.   Defendants must deactivate links to defamatory statements or statements that invade the privacy of the Plaintiffs by portraying them in a false light.

IT IS SO ORDERED.

DATED: 8/29/2023

_____
NANCY A. BASKIN
District Court Judge

DEFAULT JUDGMENT - 6

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on _____8/29/23_____, I caused a true and correct copy of the foregoing **Default Judgment** to be forwarded with all requires charges prepaid, by the method(s) indicated below, in accordance with the Rules of Civil Procedure, to the following persons:

| | |
|---|---|
| Ammon Bundy for Governor<br>People's Rights Network<br>c/o Ammon Bundy<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Ammon Bundy<br>Ammon Bundy for Governor<br>People's Rights Network<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man PAC<br>Freedom Man Press LLC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Email/iCourt/eServe:<br>freedommanpress@protonmail.com |
| Erik F. Stidham<br>Jennifer M. Jensen<br>Alexandra S. Grande<br>Zachery J. McCraney<br>Anne E. Henderson<br>HOLLAND & HART LLP<br>800 W. Main Street, Suite 1750<br>Boise, ID 83702-7714 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Email/iCourt/eServe:<br>efstidham@hollandhart.com<br>jmjensen@hollandhart.com<br>asgrande@hollandhart.com<br>zjmccraney@hollandhart.com<br>aehenderson@hollandhart.com |

DATED: _8/29/23_

_____
Clerk of the Court

DEFAULT JUDGMENT - 7

Exhibit A, Page 7