# EXHIBIT B

Exhibit B, Page 1









People's Rights    Your Rights    Maintaining Rights    Resources    Newsroom    Join    Login

*"Nothing is more powerful than an idea whose time has come."*

Welcome to PeoplesRights       --- Long live the truth.

Alternate Website Access: **185.191.124.118**     Learn More

## Newsroom

  Back



### UNDER ATTACK, the Peoples Rights System is Alive, Strong and Well!

The People's Rights System (the website) has been under fierce "legal" attack during the last few months by those who do not like their actions being brought into view of the public eye. However, the system is still alive, strong and well. Please use www.PeoplesRights.WS to access the site. Your login and the functionality is all still the same as it was before. Read below for the gory details.

Info    Jan 26, 2024                                                                                        516   43

Idaho 1N, Idaho 2, Idaho 4NE, Idaho 4NW, Idaho 4SE, Idaho 4SW, Idaho 5, Idaho 6, Idaho 7, Idaho 8, Idaho 9, Idaho 10, Idaho 11, Idaho 12, Idaho 13, Idaho 14, Idaho 15              Share (Alt)

Dear Neighbor,

First, as always, thank you for the good you do in your personal life, and your effort to serve the folks in your area! We hope you have caught a vision of how liberty can be restored and secured: by uniting neighbors in defense of their rights!

Second, the People's Rights System (the website) has been under fierce "legal" attack during the last few months by those who do not like their actions being brought into view of the public eye. These powerful people have colluded with state governments and "law enforcement" (formerly known as "peace officers") to suppress the truth from coming to light about their grotesque, immoral and illegal actions - all of which directly violated the rights of several individuals. The details of their actions can be easily discovered on the People's Rights Newsroom.

https://www.peoplesrights.ws/news

These recent attacks were first aimed at a US-based company that hosted our servers. An order from a corrupt judge was thrown at them. In turn, they folded and immediately (and without any notice) shut our servers down and locked them. Thanks to daily backups, we were able to completely restore the website within a few hours; this time to an off-shore hosting company that is outside their legal reach. (Yes, they still tried to intimidate them, too, but we were promptly notified by the host that they ignored their demands!)

Then, in anticipation of the next attack that would likely come, we secured additional domain names, and reconfigured the People's Rights website and communication systems to fully function using them. So, in addition to PeoplesRights.ORG, the following were added to the mix: peoplesrights.NET, .UK, .NL, .US, and .WS. And, just to be certain that you and others in the People's Rights Network would continue to be able to access the website, regardless of the domain names, we even made it possible for you to pull it up via the web server's Public IP address (https://www.peoplesrights.ws).  And, sure enough, these same bad guys went after our domain names next, waiving their skid-marked court order like a Golden Ticket to the domain registrars.  Unfortunately, the top-level .ORG and .NET (and somehow the .UK, too?) domains are governed by US-based entities that promptly dropped their pants; disabling the domains without even so much as a whimper of effort to protect us, their paying customer.  Why? Because in the good ol' U.S. of A. (remember, that little "land of the free, home of the brave" ditty?), the people fear their government AND the attorneys and corporations that control it. This is the very definition of "tyranny".

The remaining, functioning domains are called Country Code Top-Level Domains (aka "ccTLD"s) and should remain standing for some time, as it will likely take successfully litigating the case again in a foreign court before the current registrars will bend.  The .NL domain is governed by Dutch law (The Netherlands), and the .WS domain by Western Samoa - do they even have email clear out there?  (Surprisingly, the .US domain still works; we thought it would promptly go down with the others.)

So contrary to what some may think (and WISH - looking at you, you rotten lawyers), the People's Rights Network and System is still alive and well. Please use www.PeoplesRights.WS (think "Web Site", or "Web Service") to access the site.  Your login and the functionality is all still the same as it was before.  Just a different means to access it, going forward.  While you're reading this, please write down the website's Public IP address mentioned above... "185.191.124.118"... right now. If they ever do find a way (aside from a long boat or plane ride) to take them down, you'll still be able to access the website, receive further status updates, and communicate with folks in your area.

www.peoplesrights.ws

Also, to address the concern that some may have about the server and their contact information through all of this: we have no reason to believe that anything has been compromised in any way. The previous (poor) host turned the servers off, then promptly deleted them after we told them their services were no longer desired.  As well, and as always, when your local web browser accesses the website, the connection created is encrypted, end-to-end (known

Exhibit B, Page 6

as "E2EE"), using the same techniques deployed by banks and other institutions that allow you to access information on their web-facing systems.

We apologize for the delay in communication on this important matter. However, we (like you) are just volunteers with day jobs, working to keep the "bad man" and "wolves in fine clothing" at bay.  We appreciate all that you do for liberty's sake.  We are confident that as you put forth effort in your local area that you will be blessed to make some of the sweetest and most rewarding relationships you have ever had, as you serve your neighbors by uniting them in defense of their rights.  Together we may even help this entire country - hopefully restoring it, with God's help, to a land of righteousness, freedom and opportunity it once was.

Thank you, and best wishes.



## Spread It!

Copy Link

**Alternate Link**

COPY

Click a button above to copy the address (URL) of this page to your system clipboard.



Back to Newsroom

Exhibit B, Page 7