# EXHIBIT C

freedomman.ws/cyrus/story/



Exhibit C, Page 1



## The Entire Baby Cyrus Kidnapping Story

>>> Click here for Baby Cyrus Menu/Navigation <<<

### If you have 90 minutes and you want to truly understand the ENTIRE STORY, then watch the presentation below:

(If not, scroll down to watch the 8 minute video and then the 10 minute long article after it)



This is the 90 minute presentation given by Diego Rodriguez (Baby Cyrus's grandfather) on May 10th, 2023, about **Government Subsidized Child Trafficking** that not only describes the entire Baby Cyrus Story, but explains the reasons WHY Baby Cyrus was kidnapped in the first place. This EYE-OPENING video presentation can change your paradigm completely and can save you and or a loved family member from every suffering the pain and anguish of having your child kidnapped by CPS! *(The presentation begins at the 4:10 mark, if you'd like to skip the introduction.)*

*Click here to access the links/documents mentioned in the presentation above.*

---

### For a shorter overview, you can START WITH THIS VIDEO (Video 1) - The 8 Minute Video that shows what happened when Baby Cyrus was kidnapped:



If you are like most Americans, you are shocked and enraged by what you saw in this video. *(Additional videos related to the Baby Cyrus case can be seen here.)* The details of what led up to this kidnapping and what happened after Baby Cyrus was kidnapped can be read below:

---

### THEN READ THIS—Overview of the Baby



Exhibit C, Page 2

## Cyrus Kidnapping and Government Subsidized Child Trafficking Case:

**This is the original story for those who want an overview of "What Happened?"**
*(Approximate 10 minute read.)*

May 5th, 2022 | by Diego Rodriguez

My grandson, Baby Cyrus was kidnapped by police officers from Meridian, Idaho at the behest of the Idaho Department of Health and Welfare for no reason other than financial gain. The story and the actions of all bad actors, including police officers, politicians, St. Luke's hospital, nurses, doctors, the prosecutor, the judge, and other bureaucrats have been so egregious, tyrannical, and demonstratively ILLEGAL, that the story has made national and even international news, and has been featured by news outlets all over the country—with some believing that this is now the highest profile CPS kidnapping case in American history.

In this article, I am going to summarize everything that happened so you can see what the force of government, when wickedly exercised with malice and evil intent, is capable of. I will share with you never before seen documents and video evidence that I've received from whistleblowers from within the system, and you will be shocked, horrified, and terrified for your own family's safety. Believe me, if they can do it to my family, they can do it to yours, no matter how law-abiding and compliant you are.

Before I share with you the overview of Baby Cyrus's kidnapping, along with specific and some never before seen evidence, you must understand something very clearly or NOTHING at all that I share will make any sense. You see, if you are like most Americans, you are probably under the false impression that *Child Protective Services*, or *CPS*, exists to protect children from abusive parents, and that the *foster care system* exists to take abused children out of dangerous homes into safe homes. I likewise used to be under that false impression. As a Pastor of an inner city church for nearly a decade in Central California, I even have contacted CPS when I learned of instances of sexual molestation. So I understand that is the assumption that people have regarding CPS—that only abusive families or drug addicts get their children taken away by CPS. What I have learned is that *nothing could be further from the truth.*

The truth is that since Bill and Hillary Clinton gave America the ASFA law in 1997, all 50 states are now financially incentivized to kidnap children for any reason whatsoever. The federal government literally pays state governments to kidnap children under the guise of protecting them. They have indiscriminate power and authority to kidnap any child at any time for any reason, without due process, and they literally get paid to do so.

This is, by definition, *child trafficking*, and while it is very difficult to ascertain exactly how much money is doled out to states, experts say that it is currently an $80 billion industry in America. And this money that is paid by the federal government to all 50 states comes from the Social Security Fund Title 4. In other words, the Federal Government is robbing senior citizens of their social security funds and instead giving that money to state governments so they can kidnap babies and destroy families.

Senator Nancy Schaefer of Georgia was the first prominent national figure to bring this to light in public. She spent countless hours investigated CPS, following the money trail, uncovering their corruption and evil, and ultimately wrote the report, "The Corrupt Business of Child Protective Services." Nancy declared unabashedly that CPS was essentially a child trafficking organization that kidnapped children for profit.

Nancy had made speeches around the country in national forums and was completing a video exposing the lack of oversight in Georgia's Department of Family and Child Services (DFCS) as well as Child Protective Services (CPS) nationally; and started to receive lots of death threats. Unfortunately her video was never published as her and her husband were murdered, being found shot to death in March 2010.

Listen, if people on the streets will murder someone else for a $100 pair of Air Jordan's, you better believe that they will murder a Senator who threatens an $80 billion child trafficking cash machine.

Until you understand this, you will never understand what happened to baby Cyrus. You will foolishly believe that there has to be more to the story, or that I am not sharing additional details with you. But I will share all the facts with you and the additional details that are too long to cover here in this article can be found on Baby Cyrus's website at freedomman.org/cyrus.

Now, I am about to show you empirical evidence that my Grandson, Baby Cyrus, was violently kidnapped by Meridian police, without cause and without evidence, that Baby Cyrus was falsely declared to be in "imminent danger," even though CPS and St. Luke's hospital admitted that he was not, and that my daughter and son-in-law were illegally prosecuted in secret, without due process, and in violation of their Constitutional rights and in violation of multiple Idaho State statutes.

I will then share with you what you can do about it and how you can join the fight to stop child trafficking forever in Idaho and in America.

On March 11th, 2022 after my daughter Marissa and my Son-in-law Levi had spent over 2 months of their lives, and thousands of dollars out-of-pocket, going to medical specialists trying to determine the cause of their son, Baby Cyrus's cyclical vomiting syndrome, they canceled one single weigh-in appointment with Nurse Aaron Dykstra of Functional Medicine of Idaho.

The appointment was at 10:00 am that morning, but Marissa woke up feeling under the weather and called to cancel her appointment. Nobody answered so she left a message and went back to sleep. At 10:20 am, just 20 minutes after the originally scheduled appointment, Nurse Aaron Dykstra called CPS and started a chain of events that ultimately ended in violence and abduction.

A few hours later, CPS social worker Nice Loufoux sent Marissa a text message, and about an hour after that Meridian police showed up to my house looking for Baby Cyrus and Levi who were not at my house.

Later that evening after Marissa was feeling better, we left as a family to have dinner at a friend's house who himself is a former police officer. Apparently, local law enforcement had put out a BOLO, which means "Be on the Look out" for Levi's truck—so the entire local area law enforcement were looking for Levi, all because they canceled a single weigh-in appointment.

We later learned that Meridian Police illegally traced Levi's cell phone by demanding that his cell phone provider turn over location data from pings to his cell phone. They found out where Levi



**Don't Miss Out on Important Information!**

**SUBSCRIBE**



Baby Cyrus Facebook Page

**Baby Cyrus Quick Links:**
- Original Story of What Happened
- Archive of All Updates
- Child Trafficking Resources
- Laws That Were Broken
- Lies the Media Has Told
- P.A.C.T. Rally
- People Responsible for Baby Cyrus's Kidnapping
- Pictures of Baby Cyrus
- Press Conferences
- The Timeline
- Videos

**Isaiah 44:28** *"That saith of Cyrus, He is my shepherd, and shall perform all my pleasure:'*

**Isaiah 45:1-3** *"Thus saith the LORD to his anointed, to Cyrus, whose right hand I have holden, to subdue nations before him; and I will loose the loins of kings...I will go before thee, and make the crooked places straight...that thou mayest know that I, the LORD, which call thee by thy name, am the God of Israel."*

**Exhibit C, Page 3**

and the rest of us were, along behind of a friend's house, and loaded his fourth until we left and then proceeded to pull Levi over at a Chevron gas station in Garden City on Chinden Blvd.

At that point around 15 to 20 police officers showed up and began acting like tyrants and thugs, abusing my family with excessive force. Belligerent tyrant Sargent Christopher McGilvery pulled Levi out of the truck without cause or reason, slammed him up against the truck and then put him in handcuffs.

Then he began to bark orders for my other daughter, Miranda, who is not Baby Cyrus's mother, to stop recording and to get out of the truck. Miranda repeatedly asked, "Why, what crime did I commit," but this belligerent thug, just yelled at her to get her "ass out of the car" and began to yank her out of the window, along with corrupt cop Kenneth Caygle. After being assaulted by these two belligerent thugs, Miranda complied and when she was told by corrupt cop Kenneth Caygle that she was being put under arrest for felony injury to a child, she said, "Felony injury to a child, that's not my child."

Corrupt cop Kenneth Caygle, in an unbelievable demonstration of incompetence then stated, "Now you're under arrest for false information as well" because she said Baby Cyrus was not her baby, which he is not.

Belligerent and tyrannical thug Sergeant Christopher McGilvery then when on to mock Miranda and stated sarcastically, "If that's not your child then you don't need to be going into handcuffs..." Of course, nobody needed to be going into handcuffs because no crime had ever been committed, nor was their any evidence for any crime, especially for the alleged crime of "felony injury to a child." But these two ignorant and incompetent criminals with a badge, had put Miranda under false arrest twice, and could care less about law and order.

Corrupt cop Kenneth Caygle, after double locking Miranda's handcuffs, which serves no purpose other than to demonstrate force and aggression, then put Miranda in the back of a squad car.

Then belligerent tyrant Sergeant Christopher McGilvery proceeded to the back of the truck where he opened the door and saw Marissa with baby Cyrus, where he began to try to coax her out of the truck so he could get her into the ambulance and kidnap Baby Cyrus out of the sight and view of the cameras of onlookers and the rest of our family.

Remarkably, after violently assaulting Marissa's husband and her sister in front of her face, belligerent tyrant Sargent Christopher McGilvery proceeded to talk to Marissa with a voice like he is a young mother talking to a baby—basically acting like a sadistic schizophrenic. He proceeded to lie repeatedly to Marissa promising her that she would not be separated from Baby Cyrus and that she could go with Baby Cyrus to the hospital.

But once they had coaxed Marissa into the ambulance, the entire story changed as clinical sociopath Detective Steve Hansen, Badge #3534, demanded that Marissa give up Baby Cyrus or go to jail. He even threatened that harm would come to Baby Cyrus if she did not let him go, and in a demonstration of textbook sociopathy, which is described as *"a mental disorder in which a person consistently shows no regard for right and wrong and ignores the rights and feelings of others. People with antisocial personality disorder tend to antagonize, manipulate or treat others harshly or with callous indifference. They show no guilt or remorse for their behavior."* Detective Hanson actually tells Marissa, who is a grieving breastfeeding mother who is being threatened unlawfully without reason, evidence, or due process, to "Give the baby to the EMT and you can go on your merry way." He is a textbook example of a clinical sociopath.

Of course, the entire kidnapping is only deemed lawful according to Idaho State Statute 16-1608 if a police officer declares that a child is in "imminent danger." That should be a very high bar to cross as it essentially means that a law enforcement officer is saying that unless Baby Cyrus is immediately removed from his parents custody, he will die or face "serious physical or mental injury."

The officer in charge was child trafficker Jeff Fuller. He himself made the declaration of "imminent danger" with zero evidence. He claimed to be using "what the doctors" have said, though there was not a single doctor who had made any such claim regarding Baby Cyrus. In fact, in his own police report, Child Trafficker Jeff Fuller admits that he based his declaration of "imminent danger" on the words of Nurse Tracy Jungman, who is not a doctor, and who had never even seen Baby Cyrus. To make a life-altering diagnosis on a patient without ever having seen them is medical malpractice. Yet, that is exactly what happened here, and Child Trafficker Jeff Fuller was happy to do so.

Baby Cyrus was then taken forcefully from Marissa's arms where he was traumatized and has PTSD from this moment to this day. Marissa was then publicly humiliated as perverted Meridian police officer, Sean King, who resigned from his previous position at the Caldwell police department in the midst of an FBI investigation regarding sexual misconduct against citizens by Caldwell police officers, proceeded to grope Marissa, put his hand up her shirt and down her pants and around her waist. This was a male police officer groping a female citizen for no reason, other than he could. A female officer was not called, and there was no need for it as Marissa had already been patted down and checked for weapons previously when she stepped out of the truck. Had anybody else done this to a citizen, they would be thrown in jail, but perverted officer Sean King roams the streets today harassing untold numbers of citizens on a daily basis.

Baby Cyrus was then taken in the ambulance from the Chevron Gas station to Meridian St. Luke's hospital. At that point, I personally drove to the Ada County Jail to bail my two daughters out of jail who had both been falsely arrested for no legitimate reason. Since there was no legitimate reason to arrest them, Meridian cops just gave them both the charge of *Resisting and Obstruction*, also called, "R & O," which is the charge corrupt police officers use nationwide to arrest any body at any time without reason.

At the same time, my friend, Ammon Bundy, left his home in Emmett, Idaho and drove nearly an hour straight to the Meridian St. Luke's hospital where he gathered out front with a small group of others to protest the illegal, corrupt, and immoral kidnapping of Baby Cyrus.

Without telling him he had to leave and without Ammon ever refusing to leave, the same belligerent tyrant, Sergeant Christopher McGilvery walks up to Ammon and arrests him for "trespassing," which of course, is an illegal trespass, because a private property owner must demand that you leave their property before you can be trespassed. This never happened, but belligerent tyrant Sergeant Christopher McGilvery has already demonstrated that he does not care about the law because Meridian officials and citizens have let him get away with criminal activity for years.

According to hospital records, the Idaho Department of Health and Welfare, at that point tacitly admitted that Baby Cyrus was never in imminent danger as the medical records state that *"He [Baby Cyrus] was brought to the Meridian ED [emergency department] for evaluation. Health and*

case, it was felt that discharge with the family foster family from the emergency department was unsafe for all involved."



and declared immediately. He was brought to the Meridian ED for evaluation. Health and welfare identified a foster family but due to protesters surrounding the hospital regarding this case, it was felt that discharge with the foster family from the ED was unsafe for all involved. For this reason, the patient was transferred to Boise for further care.

This is a tacit admission that CPS knew that Baby Cyrus was not in imminent danger as they had already planned on dumping him off with a complete stranger that very night, demonstrating that he did not need to be with a doctor and was not about to die or in danger of "serious physical or mental injury." The claim of "imminent danger" was, by their own admission, a complete and total lie!

Further evidence of this is the fact that the attending physician at St Luke's Meridian reviewed Baby Cyrus and the medical records indicate she said the following:



*The sending physician handed us the pt [i.e. patient] secured in his car seat. She indicated the patient was in stable condition and requested that we leave promptly. She stated, "just go! This is a healthy baby with no interventions"...no acute life threats noted.*

So CPS admitted Baby Cyrus was not in imminent danger, and the St. Luke's physician likewise admitted that Baby Cyrus was not in imminent danger but was a "healthy baby with no interventions," and even though imminent danger means that your life is threatened and you are about to die, the physician stated clearly that there were "no acute life threats noted."

The proof is clear and simple—Baby Cyrus was never in "imminent danger"—it was all a lie and the authorities knew it! Yet they kidnapped him anyway. Now, if you didn't previously know or understand what Nancy Schaefer declared to the whole world about the Corrupt Business of Child Protective Services, then none of this would make sense. But we now know that the state of Idaho, along with an endless amount of bureaucrats, make money off of these kidnappings. Nancy Schaefer lost her life for exposing this truth.

Four days later, Marissa and Levi went to their Shelter Care hearing where dishonorable Judge Laurie Fortier, in clear violation of the 6th amendment which guarantees us a right to a public trial with an impartial jury of your peers, ruled as judge, jury, and executioner--basically acting like God and reserving and executing all power over Levi, Marissa, and Baby Cyrus, including forcibly keeping Baby Cyrus away from Levi and Marissa, still without evidence, and still without due process, and, completely in secret! She even subjected Levi and Marissa to a gag order, preventing them from speaking about any part of the court proceedings, or they would be arrested.

Fortunately, I have obtained copies of court documents from whistleblowers who sent them to me on our secure whistleblower email at freedommanpress@protonmail.com.

At the court hearing, depraved prosecutor Kyle Bringhurst brought his case against Marissa and Levi along with CPS worker Roxanne Printz. *He had no evidence.*

For your knowledge, Idaho state statute 16-1602 requires that in order for a child to be forcibly removed from his parents, there must not only be actual evidence that the child is in imminent danger, but that the parents are the ones who caused through "conduct or omission" Baby Cyrus to be in "imminent danger."

Depraved prosecutor Kyle Bringhurst did not produce a single solitary shred of evidence to the court. And you must remember that Roxane Printz who was the representative from CPS

which makes money off of Baby Cyrus kidnapping. In any other environment this would be called a "conflict of interest" and in most industries it is illegal and prosecutable with jail time.

In this case, Roxanne Printz wrote the affidavit submitted to the court which is supposed to be a document written by someone who was a witness to events that transpired. But Roxanne had never seen Baby Cyrus nor Marissa or Levi. This makes her an *illegal witness*. She is also a compromised witness since her organization gets paid when babies like Cyrus are kidnapped.

Furthermore her affidavit was full of demonstrable lies, falsehoods, mischaracterizations, and incorrect information including simple things like wrong dates, etc. It also was based 100% on hearsay, where she *repeatedly* states, "it was reported that…", "it was reported that…", and "it was reported that…", which is the textbook definition of hearsay and is not supposed to be allowed in a court of law. But dishonorable Judge Laurie Fortier accepted all hearsay, without evidence, and without witnesses in her ruling against Levi and Marissa.

Additionally, the State of Idaho requires in State Statute 16-1610 subsection i-3, that *"reasonable efforts be made prior to the placement of the child in care to prevent the removal of the child from his home."* In other words, it is required in the state of Idaho that CPS demonstrate that it made "reasonable efforts" to ensure that a child is not forcibly removed from its parents when it is not necessary. The proof of these "reasonable efforts" must be attested to in the affidavit. But the only thing Roxanne Printz put in her affidavit was:

4. That reasonable efforts to eliminate the need for shelter care were: The Department has no prior history with this family.

parent has Native American or Alaska Native (NA/AN) heritage. The Department will continue to assess for NA/AN heritage.

4. That reasonable efforts to eliminate the need for shelter care were: the Department has no prior history with this family.

If you are shaking your head in dismay trying to figure out what that means, you are not alone. This is a clear demonstration of either one, total incompetence or two, blatant disregard for the rule of law. There is no third option. It appears that Roxanne Printz is using a form letter or template and simply copying and pasting information into this document and that she copied and pasted a statement that has nothing to do with "reasonable efforts to eliminate the need for shelter care."

Obviously, this is infinitely important as CPS cannot keep Baby Cyrus away from his parents unless they can demonstrate that they made these "reasonable efforts to eliminate the need to place the child in foster care." But they have shown ZERO evidence and have not shown that any efforts were made at all. They simply broke this law!

And to show even more incompetence or blatant disregard for the rule of law, dishonorable Judge Laurie Fortier herself, the tyrannical judge known for taking babies away from families and destroying the lives of thousands, placed in her sentencing against Levi and Marissa, called the "Findings of Fact and Order," that the court finds:

2. The following efforts were made to prevent or eliminate the need to place the child into temporary foster care and these efforts were reasonable:
The Department has no prior history with this family.

### FINDINGS OF FACT AND ORDER

**THE COURT FINDS:**

(1) Based on the police report, petition, and affidavit, there is reasonable cause to believe that Cyrus Anderson comes within the purview of the Child Protective Act due to neglect and/or failure to provide a stable home environment.

(2) The following efforts were made to prevent or eliminate the need to place the child into temporary foster care and these efforts were reasonable:

The Department has no prior history with this family.

(3) Based on the Affidavit of the Department of Health and Welfare Social Worker,

The same nonsensical statement that has nothing to do with anything is placed here to justify the kidnapping of Baby Cyrus. Obviously, if the public had access to this information that I am sharing with you right now, they would be rightfully outraged and terrified. If the public knew that our court system was corrupt, that dishonorable Judge Laurie Fortier routinely violated the Constitution without consequence, that CPS lies and uses hearsay to justify kidnapping babies, and that every single parent in Idaho and America is at risk of losing their children for no reason whatsoever—other than the fact that the state has the power to take your children by force and gets paid to do so—then there would be riots in the streets! And rightfully so!

And guess what? This information that I just shared with you is the very information that is kept secret from the public. Dishonorable Judge Laurie Fortier has ordered that this information cannot be shared. Nobody who was part of the court proceedings were allowed to speak about it. I would not have these documents if a whistleblower had not anonymously sent them to me through our secure email. I am happy to publish them as the gag order and the secret court trial are unconstitutional anyway! And the public needs to know!

As you can see, the facts of this case are overwhelmingly clear. Baby Cyrus was never in "imminent danger." In fact, there are right now no less than 5 doctors and medical professionals who have told CPS repeatedly that Levi and Marissa had nothing to do with Baby Cyrus's vomiting or weight loss, and that his condition is genetic and that he will eventually grow out of it, and they are ready and willing to testify in court at Baby Cyrus's next hearing. But CPS, child trafficker Roxanne Printz, depraved prosecutor Kyle Bringhurst, and dishonorable Judge Laurie Fortier don't care. Senator Nancy Schaefer explained to us why.

All of the additional details, the full length videos and more are available to see and research here on Baby Cyrus website.

If you are not outraged and terrified, then I don't know what would actually cause you to be so. You have just seen the overwhelming empirical evidence of criminal Child Trafficking, sponsored by the federal government, using funds from Social Security, that is taking place against hundreds of thousands of innocent American citizens every year in America—and what I showed you was just the evidence from the single case against my family. Many other families have faced even more horrific circumstances.



The only way that this will ever change is if there is enough public outcry to publicly shame and pressure our government to do what is right.

Let Baby Cyrus' case rise to even more national prominence so that his case can be used as the test case that finally brings an end to Government subsidized child trafficking in America ONCE AND FOR ALL.

**Freedom Man Comment Policy**

Please read our Comment Policy before commenting.

Got it



**FREEDOMAN**   Baby Cyrus   Blog   Podcast   Articles   Issues   Video   Resources

**The Baby Cyrus Story: How an innocent family had their only son forcefully kidnapped by corrupt police officers working as part of the Government Subsidized Child Trafficking Ring known as "CPS."**



**TRUTH ABOUT CPS**
Child Protective Services (CPS) does not protect children as you have been told…



**WATCH THE VIDEOS**
That show how Baby Cyrus was illegally kidnapped and how the entire process was a FRAUD



**FIRST TIME HERE?**
Learn "what happened" to Baby Cyrus and how he was illegally kidnapped

CPS does not protect children as you have been told…

Watch the Videos that show how Baby Cyrus was illegally kidnapped and how the entire process was fraudulent.

**First Time Here?** Learn about the Baby Cyrus Story quickly by clicking here.

**CYCLIC VOMITING SYNDROME** - this is the condition that Baby Cyrus actually has that the incompetent staff at St. Luke's Hospital (namely Dr. Natasha Erickson) was never able to diagnose properly. Click here to learn about this condition and to learn how to treat this condition properly (without the tyranny of allopathic hospitals).

**>>> Click here for Baby Cyrus Menu/Navigation <<<**

## Reverse Chronological Order of Blog Entries About Baby Cyrus's Kidnapping:

### 48 - How You Can Help Ammon and Diego after the $52 Million Judgment

*July 28th, 2023*

This is the main way you can help be a part of the solution.

### 47 - Government Subsidized Child Trafficking Presentation REPLAY

*May 10th, 2023*

Government Subsidized Child Trafficking is a presentation given by Diego Rodriguez about the true nature of CPS (Child Protective Services)…

### 46 - Baby Cyrus's First Birthday as A FREE MAN

*May 1st, 2023*

In the midst of a lot of chaos, nonsense, and tyranny, our family took the time today to celebrate the healthy 2nd birthday of BABY CYRUS. Last year, for his birthday, he was still under the forceful and tyrannical control of the evil and wicked Idaho Department of Health and Welfare—by FORCE. Baby Cyrus was a legal prisoner 1 year ago.

### 45 - Baby Cyrus KIDNAPPED One Year Ago Today!

*March 11th, 2023*

Can you believe that exactly ONE YEAR AGO TODAY, Baby Cyrus was kidnapped at the point of a gun by psychopathic police officers, working at the behest of a corrupt government subsidized child trafficking machine? Yes, it has been an entire year. It was the night of March 11th, 2022.

### 44 - They Lied to You—New Video Evidence Proves that Baby Cyrus was a Perfectly "Healthy Baby" When He Was Kidnapped By Meridian Police

*January 12th, 2023*

Legacy news, St. Luke's hospital, the Meridian Police Department, specifically Chief of Police Tracy Basterrechea, and mostly the Idaho Department of Health and Welfare have been lying to the public for months regarding the Baby Cyrus case…

### 43 - Marissa's Case is Finally Dismissed!

*December 13th, 2022*

After 9 long months, my criminal charges of "Resisting and Obstructing" have been dropped! That means all 3 cases in my family stemming from the night Cyrus was taken are all dropped





**SUBSCRIBE**



Baby Cyrus Facebook Page

**Baby Cyrus Quick Links:**

☑ Original Story of What Happened

☑ Archive of All Updates

☑ Child Trafficking Resources

☑ Laws That Were Broken

☑ Lies the Media Has Told

☑ P.A.C.T. Rally

☑ People Responsible for Baby Cyrus's Kidnapping

☑ Pictures of Baby Cyrus

☑ Press Conferences

☑ The Timeline

Exhibit C, Page 8

### 42 - CPS Is Genuinely Government Subsized Child Trafficking
*November 16th, 2022*
One of the very first things I learned after Baby Cyrus was kidnapped was the fact that CPS is genuinely a government subsidized child trafficking ring....

### 41- October 2nd Baby Cyrus "Perfect" Health Update (from Marissa)
*October 2nd, 2022*
Baby Cyrus is making some progress this month! He is going 1-2 days longer in between his vomiting episodes which has helped him put on some more weight—huge win for him!

### 40- August 21st Baby Cyrus Health Update (from Marissa)
*August 21st, 2022*
We can't know for sure how he got it, but his current doctor thinks it's possible that he picked up the infection during one of his hospital stays at St. Luke's. (Hospitals are one of the most common places where C. DIFF. is contracted)...

### 39- Baby Cyrus Health Update (from Marissa)
*June 12th, 2022*
We've been getting a lot of messages from friends and supporters, asking for a health update on baby Cyrus, so I thought we'd update everyone at once. This is going to be a very raw and vulnerable post, but I feel it is important as our family can use a lot of prayer for our son...

### 38 - Miranda's Case Has Been Dismissed!
*May 20th, 2022*
I wanted to give you a quick update on more good news. First of all, my daughter Miranda's criminal case has been dismissed...

### 37 - Baby Cyrus's Case Has Been Dismissed!
*May 4th, 2022*
Baby Cyrus is FREE!!!! Please watch this short video from the family....

### 36 - Insider Information from a Whistleblower!
*April 29th, 2022*
And now I have just received private information about Baby Cyrus's case from an anonymous whistleblower who apparently wants me to publish it—as you can assume from the email I received...

### 35 - You're Invited to Baby Cyrus 1 Year Birthday Party!
*April 27th, 2022*
BABY CYRUS will turn 1 year old this Sunday, May 1st! We are going to have a celebration potluck at Tully Park in Meridian on Sunday, May 1st @ 5:00 pm...

### 34 - Constitutional Rights Violated by Meridian Police and Judge Laurie Fortier
*April 23rd, 2022*
The Constitution is the highest law of the land, but it is absolutely worthless and meaningless if we don't force our government officials and representatives to abide by it...

### 33 - Thank You Message from Levi and Marissa
*April 22nd, 2022*
This is a simple THANK YOU message from Levi and Marissa. As you know, they are not able to speak publicly but at the very least they wanted to get out this simple video to everyone who has been so graciously supporting our family...

### 32 - Meet Kelly Shoplock, An Evil Cog In Idaho's Child Trafficking Machine
*April 21st, 2022*
The next "adjudicatory hearing" for Baby Cyrus is on May 9th and between now and then there is one person who currently has more power, control, and responsibility over the case than anybody else. And it is time to introduce her to the world...

### 31 - Be a Whistleblower, Be a HERO!
*April 20th, 2022*
We have uncovered another piece of damning evidence against CPS in Baby Cyrus's case. To give context to how damning this evidence really is, you must remember that the entire kidnapping was justified based on the false claim that Baby Cyrus was in "imminent danger"...

### 30 - Medical Proof Baby Cyrus Kidnapping Was a Fraud!
*April 18th, 2022*
We have uncovered another piece of damning evidence against CPS in Baby Cyrus's case. To give context to how damning this evidence really is, you must remember that the entire kidnapping was justified based on the false claim that Baby Cyrus was in "imminent danger"...

### 29 - The Corrupt Business of Child Protective Services
*April 13th, 2022*
From Senator Nancy Schafer—After four years of viewing the ruthless and unsparing actions of child protective services I wrote a scathing report entitled The Corrupt Business of Child Protective Services...

### 28 - April 9th - Baby Cyrus Health Update
*April 9th, 2022*
First things first, Baby Cyrus's adjudicatory hearing has been postponed until May 9th...

**Videos**

Isaiah 44:28 *"That saith of Cyrus, He is my shepherd, and shall perform all my pleasure.'*

Isaiah 45:1-3 *"Thus saith the LORD to his anointed, to Cyrus, whose right hand I have holden, to subdue nations before him; and I will loose the loins of kings ...I will go before thee, and make the crooked places straight...that thou mayest know that I, the LORD, which call thee by thy name, am the God of Israel.'*

**Exhibit C, Page 9**

### 27 - Meet Sean King, Meridian's Finest Groper

*April 6th, 2022*

Today, I have the unfortunate task of introducing you to Sean King, aka "Meridian's Finest Groper," who I can plainly say is nothing more than just another pervert with a badge.

### 26 - Show of Solidarity for Baby Cyrus

*April 5th, 2022*

It is very important that we don't let Judge Fortier or the rest of those involved in "the system" think that WE THE PEOPLE have forgot about Baby Cyrus and moved on...

### 25 - There is ZERO Evidence for Imminent Danger

*April 5th, 2022*

At the upcoming adjudicatory hearing, the entire trial concerning Baby Cyrus and whether or not the state of Idaho, through CPS (Child Protective Services), acted on good faith when they kidnapped Baby Cyrus, will be based one single, solitary, issue—whether or not Baby Cyrus was in "imminent danger"...

### 24 - Adjudicatory Hearing Postponed

*April 3rd, 2022*

We know everyone has been waiting to hear about what is going to happen and what we should do to prepare for the upcoming adjudicatory hearing on April 8th...

### 23 - Baby Cyrus has PTSD

*April 2nd, 2022*

I have a prayer request for something kind of personal on behalf of Baby Cyrus. It appears as though he has been severely traumatized by his kidnapping and has what modern psychology calls "PTSD"...

### 22 - The Impossibility of CPS Social Worker's Objectivity

*April 1st, 2022*

I have some very damning information in regards to CPS and who they choose to be social workers to rule over families in Idaho...

### 21 - They Tried to Take Baby Cyrus Again

*March 30th, 2022*

Not long after I sent out Baby Cyrus's update yesterday, Levi and Marissa went through a second harrowing experience with Baby Cyrus...

### 20 - Is Baby Cyrus Okay?

*March 29th, 2022*

But as to the question, *is Baby Cyrus okay?* The short answer is—NO. For those of you who have been following the story, the entire episode began about 3 months ago when Baby Cyrus started eating solid foods and subsequently began to vomit...

### 19 - Police Chief and Sheriff Challenged!

*March 22nd, 2022*

This tragic event has been seen by hundreds of thousands of people all over the world in the last 10 days. However, Meridian Police Chief Tracey Basterrechea and Ada County Sheriff, Matt Clifford have both published public responses that demonstrate their intransigence and arrogance...

### 18 - P.A.C.T. Rally Location

*March 21st, 2022*

We are pleased to announce that we will be holding our very first P.A.C.T. RALLY this Saturday, March 26th at 12:00 noon at 800 E Locust Street in Emmett, Idaho...

### 17 - America's Frontline Doctors BODY SLAMS Idaho Department of Health & Welfare

*March 20th, 2022*

America's Frontline Doctors have done their own research and published an article about the Baby Cyrus case that absolutely demolishes the Idaho Department of Health and Welfare and Child Protective Services...

### 16 - Baby Cyrus Update and UPCOMING P.A.C.T. RALLY INFO

*March 19th, 2022*

You will also hear from other victims who have suffered and had their families destroyed by CPS, foster care, social workers, abusive police, and the Department of Health and Welfare...

### 15 - Baby Cyrus is Home!!!

*March 18th, 2022*

Baby Cyrus is back home...the most important thing is that Cyrus is with Marissa and Levi NOW. His health and wellbeing depend on it!

### 14 - Baby Cyrus Doesn't Crawl Anymore

*March 17th, 2022*

Social workers speaking with Marissa said that Baby Cyrus doesn't crawl or sit up on his own. Cyrus has been crawling and sitting up on his own for over 3 months! He is obviously deteriorating in their custody...

### 13 - Shelter Care Hearing End of Day Update

*March 16th, 2022*

There are no words to describe the horror that our family has experienced. Unfortunately, from what we've heard, this judge is famous for destroying families and ripping children away from their families without evidence...

March 16th, 2022
Live updates...

## 11 - St. Luke's Doctor Clears Baby Cyrus Medically to be with Levi and Marissa

March 16th, 2022

Here is the partial transcription from the Medical Doctor at St. Luke's who called Levi (the message was over 7 minutes long, the part below is just the portion relevant to this update)...

## 10 - Prayer and Protesting Continues

March 16th, 2022

Prayer and protesting will continue today for Baby Cyrus. The court hearing is at 1:00 pm. Again, there is not a single, solitary, logical reason or argument for Baby Cyrus to not be home with his mother and father...

## 9 - Live Updates

March 15th, 2022

Live updates...

## 8 - EMERGENCY UPDATE - Prayer & Protest Tomorrow at Courthouse @ 12:00 pm

March 15th, 2022

We have had some incredible developments today since our last Press Conference! I can't reveal everything to you right now, but I want to tell you two very specific things...

## 7 - Baby Cyrus - BEFORE AND AFTER he was kidnapped

March 14th, 2022

Baby Cyrus is in worse condition than ever. Levi and Marissa reported that he "is not even the same child. He is unresponsive and lethargic and his spirit has completely changed. He is unrecognizable from the child he was when they stole him away from us."

## 6 - St. Luke's is HARMING Baby Cyrus

March 13th, 2022

Immediately after the good news of Marissa and Levi being with baby Cyrus, I regret to inform you that Baby Cyrus is in worse condition than ever! THE HOSPITAL IS DOING GREAT HARM TO BABY CYRUS!!

## 5 - Positive Development in Baby Cyrus's Case

March 13th, 2022

Thank you for your prayers and support—all you have done is working. There have been hundreds of people showing up protesting at St. Luke's yesterday and today at the Press Conference...

## 4 - Donate to Help Baby Cyrus

March 13th, 2022

They aren't even thinking about finances right now, but there are a tremendous amount of needs already piling up! First of all are just their basic living expenses. Levi can't work while he fights this battle so expenses are going to pile up quickly!

## 3 - Press Conference Tomorrow

March 12th, 2022

Tomorrow at 2:00 pm our family will be holding a Press Conference at St. Luke's Hospital in Boise, ID. We will be setting the record straight in regards to what happened to Baby Cyrus and how he was kidnapped by Meridian Police...

## 2 - Your Prayers Are Working

March 12th, 2022

Thank you for all of your support. We do not have Baby Cyrus back yet, but all of your efforts are working. Your prayers and actions are both making a difference...

## 1 - Original Story of What Happened

March 12th, 2022

Last night, my Grandson, Cyrus Anderson, was ripped from the arms of his mother (my daughter), by police officers from the Meridian Police Department. It was a kidnapping, pure and simple! There are no words or emotional expression that can describe the sheer measure of wickedness that we experienced, nor the feeling of being forced at gunpoint to separate from your child...



**Freedom Man Comment Policy**
Please read our Comment Policy before commenting

**Got it**

**What do you think?**
987 Responses

Upvote    Funny    Love    Surprised    Sad

**731 Comments**    Login ▾

G  Join the discussion...

LOG IN WITH    OR SIGN UP WITH DISQUS ⑦

Name



**FREEDO☆MAN**   Baby Cyrus   Blog   Podcast   Articles   Issues   Video   Resources   🔍

## LIES PEOPLE HAVE TOLD
## (About the Baby Cyrus Case)

>>> Click here for Baby Cyrus Menu/Navigation <<<

### #1 LIE—Baby Cyrus was in "Imminent Danger"

The claim of "imminent danger" is the only justification that law enforcement can use to legally kidnap a child. However, "imminent danger" has a very high threshold to reach—it essentially means that a child is about to die within moments if the child is not taken from his parents and put into the care of a physician.

Imminent means "about to happen." It means NOW. It doesn't mean in days or weeks or more. Imminent is imminent!

Generally speaking, "imminent danger" should only be declared when a child is in an environment where he is being abused or assaulted (like what Idaho cops do to innocent people).

Regardless of what these police officers claim, they have not been able to provide one single shred of evidence that Cyrus was in "imminent danger." There is no evidence. It is all a lie!

They claim to only be going off of what "doctors say." But they still have provided no evidence. That means, that unless you and I stand up against this tyranny, any child can be kidnapped at any time and they can claim "imminent danger" because "doctors say so."

Additionally, we have documented proof that CPS knew Baby Cyrus was not in imminent danger and had him kidnapped anyway. As previously reported, Baby Cyrus medical records from St. Luke's said this:



and declared immediately. He was brought to the Meridian ED for evaluation. Health and welfare identified a foster family but due to protesters surrounding the hospital they felt it was "unsafe". Well...their entire case is built around the lie that "Baby Cyrus was soooo sick and malnourished that he needed to be in the care of doctors and medical professionals in the hospital." *But this is an absolute lie as they admit in their medical report above that they had already planned on immediately discharging Cyrus with a foster family!* So evidently Baby Cyrus was not in any type of medical emergency whatsoever! **He was not in "imminent danger."** It was all a lie!

Also watch the video on this page that shows the video evidence that Baby Cyrus was never in "imminent danger." **They Lied to You—New Video Evidence Proves that Baby Cyrus was a Perfectly "Healthy Baby" When He Was Kidnapped By Meridian Police**

⬦

### #2 LIE—Marissa and Levi had missed multiple doctor's appointments for Baby Cyrus.

Several news outlets have reported that Marissa and Levi missed multiple doctor's appointments for Baby Cyrus. This is a flat lie. The only appointment that was ever canceled for Baby Cyrus was on March 11th with Aaron Dykstra. Aaron Dykstra then called CPS 20 minutes after the scheduled


StLukesExposed.ws

Learn about the wickedness of St. Luke's Hospital and their fraudulent cover-up lawsuit!


Don't Miss Out on Important Information!
SUBSCRIBE


Baby Cyrus Facebook Page

**Baby Cyrus Quick Links:**
- ☑ Original Story of What Happened
- ☑ Archive of All Updates
- ☑ Child Trafficking Resources
- ☑ Laws That Were Broken
- ☑ Lies the Media Has Told
- ☑ P.A.C.T. Rally
- ☑ People Responsible for Baby Cyrus's Kidnapping
- ☑ Pictures of Baby Cyrus
- ☑ Press Conferences
- ☑ The Timeline
- ☑ Videos

**Isaiah 44:28** "That saith of *Cyrus*, He is my shepherd, and shall perform all my pleasure."

**Isaiah 45:1-3** "Thus saith the LORD to his anointed, to *Cyrus*, whose right hand I have holden, to subdue nations before him; and I will loose the loins of kings...I will go before thee, and make the crooked places straight...that thou mayest know that I, the LORD, which call thee by thy name, am the God of Israel."

Exhibit C, Page 12

missed appointment and got the entire kidnapping process started.

Reports that they missed appointment on March 5th or 6th or on any other date are just lies. They never had any other missed appointments.

---

⭐

### Meridian Police Department's Statement is FULL OF LIES:

On March 12th, the day after the Meridian Police Department kidnapped Baby Cyrus, they released this statement that was full of lies!

https://nixle.us/DGLZZ

Let's chronicle the lies told in this statement....

Police were informed the child had been admitted to the hospital on Tuesday March 1, 2022 after medical personnel determined the child was suffering from severe malnourishment. This is a lie. Marissa and Levi took Baby Cyrus to St. Luke's after their Nurse Practitioner from Functional Medicine of Idaho suggested they go there for Baby Cyrus to be fully re-hydrated with an I.V. Cyrus was not "suffering from severe malnourishment." That is a bald faced lie. Nor was the child "admitted to the hospital" as if they were forced there because of Cyrus's "malnourishment." On the contrary, Levi and Marissa took Baby Cyrus voluntarily to re-hydrate him with the understanding that they would return to Functional Medicine of Idaho with their Nurse Practitioner within hours.

During a follow up appointment earlier, this week it was determined the child had again lost a significant amount of weight and when the parents canceled the next follow-up appointment and could not be located, the Meridian Police were contacted and advised this child's condition could lead to severe injury or even death if not treated. Baby Cyrus did not lose a significant amount of weight. He lost 35 grams, which is 1.23 ounces. And as far as not being able to be located, that is quite deceptive since the Nurse Practitioner, Aaron Dykstra, with whom the appointment was canceled only tried calling twice, while Marissa was sleeping before calling CPS. He didn't even try to call Levi or the emergency contact on the intake form. So this is just deception, pure and simple.

As far as the child's condition leading to severe injury or death, well, there is no way the police department can know that. So in their defense, we will assume they are just repeating false information they received from Aaron Dykstra.

Health and Welfare was able to contact the child's father, who agreed to bring the child in for an examination, but then failed to show up. Levi never agreed to bring the child in for an examination. He was simply sent the information by Nice Loufoua, an aggressive social worker who demanded that Levi take Baby Cyrus to the Faces of Hope Victims Abuse Center. Sorry, but no sane parent is going to a place like that.

Officers attempted to contact the parents and check on the child at a residence in Meridian, but the occupants were uncooperative and refused to let officers check on the child's welfare. This lie is remarkable because I (Diego Rodriguez) was the one who met the officers at the door. They came to my house (not Levi's house) and Levi and Cyrus were not there. I never "refused" to let them in, I simply told them that Levi and Cyrus were not there. I also have 3 witnesses in the front room at the time who watched the entire thing and have signed affidavits testifying to the fact that I never "refused to let the officers check on the child's welfare." The officers who came to the door were Detective Hanson (Badge #3534) and Detective Jeff Fuller (Badge #3138). If these men wrote in their report that I "refused" to let them in, then THEY ARE LIARS.

Ammon BUNDY and several of his followers showed up to St. Luke's Meridian and refused to leave the property when asked to do so. After several attempts to get BUNDY to leave the property and his continual refusal to do so, the Meridian Police Department arrested BUNDY for trespassing. Again, the Meridian Police Department can't stop lying. They just can't. Ammon was never asked to leave the property. And he never once refused to do so. They are liars. Watch the video for yourself:



Twenty-three (23) year old Miranda CHAVOYA and twenty-one (21) year old Marissa ANDERSON were arrested for Resisting or Obstructing at the scene of the traffic stop and booked into the Ada County Jail for one (1) count each of misdemeanor Resisting or Obstructing Officers. Watch the video below and you decide whether or not Miranda and Marissa should have been arrested for "resisting or obstructing officers." Furthermore Miranda was plainly put under false arrest, twice! Once for "felony injury to a child" and second for "falsification to an officer." Both false charges and false arrests. Only after these incompetent buffoons realized they messed up, did they change the charge to "resisting or obstructing":

**BABY CYRUS KIDNAPPING VIDEO:**
This is the 8 minute long video that shows how Meridian Police Officers forcefully kidnapped Baby Cyrus and arrested his Mother without any cause, reason, or evidence!

This video has gone "viral" and has been viewed over 10 million times. Viewer discretion is advised as this video demonstrates GENUINE TYRANNY from police officers acting on behalf of the Idaho Department of Health and Welfare.
*(NOTE - this video was originally livestreamed in realtime on Facebook)*



### KTVB's Misleading Article is Full of Falsehoods:

Local fake news station KTVB published an article about Baby Cyrus's kidnapping, highlighting the fact that Ammon Bundy was arrested for protesting at the hospital last night. The article was full of misinformation. Here are the facts:

The Meridian Police Dept. said in a news release issued later Saturday morning that police on Friday received an Idaho Health and Welfare referral about a ten-month-old child who had been admitted to the hospital on March 1 "after medical personnel determined the child was suffering from severe malnourishment." This is just a total mischaracterization of the facts. Baby Cyrus had begun vomiting a month or so ago when Marissa started to introduce solid foods to him. Her and Levi spent countless hours researching every possible cause--going to doctors, naturopaths, specialists, and more--and all at great out-of-pocket expense. Cyrus would get better and then relapse. This happened a few times. As part of their continued research and care for Cyrus, they decided (reluctantly) to take Cyrus to St. Luke's so he could get an IV to help re-hydrate him after vomiting so much. The plan/idea was for him to be well so they could try different foods, formulas, or whatever--to see what Cyrus could take and what he could not.

To claim that "medical personnel determined the child was suffering from severe malnourishment" is an outright lie, and is obviously designed to make it look as if Levi and Marissa were not taking care of Cyrus.

Meridian Police said Health and Welfare was able to contact the child's father, who agreed to bring the child in for an examination, but then failed to show up. This is also a gross mischaracterization of the facts. Levi did contact Nice Loufoua, the social worker who had texted Marissa, and asked her what was going on? She refused to give any answers to him. He asked what they thought was wrong with Baby Cyrus since they were given a clean bill of health and discharged from the hospital. Nice refused to give Levi, Cyrus's father, any information and just demanded that he go immediately to a clinic because it is a "medical emergency." But she refused to tell him what the "medical emergency" was. She then texted him the address for "Faces of Hope Victim Center."

Would you take your child to a place called the Faces of Hope Victim Center after being verbally harassed by a social worker? Upon looking up this place, you can see that this is a victim center for child abuse. Levi and Marissa wisely recognized this as a setup.

According to Meridian Police, Bundy "and several of his followers" showed up to St. Luke's Meridian and refused to leave the property when asked to do so. This is a blatant lie. Ammon was never asked to leave the property. The police simply walked up to him and arrested him. You can watch the video above for yourself.



### Spirit of Gossipers, Liars, and Rumor Spreaders:

**RaeAnn Ellis**
Did you know Cyrus has been in foster care previous to this current whole debacle? He had an open case. This isn't the first time this has happened. A lot of information is being left out to manipulate "the people" to a call to action.
28 mins  Like  More

**Sarah Anne**
**RaeAnn Ellis** Oh please, enlighten us! I can't wait to hear this one.
14 mins  Like  More

**RaeAnn Ellis**
**Sarah Anne** I'm not trying to start a fight or need sarcasm. I'm simply stating there's more to the story that is not being shared. I agree medical kidnapping is wrong and shouldn't be taking place. I am pro freedom etc. a cps employee, and a foster parent both said he was previously in foster care, this isn't the families first run in with cps.

As with almost anything these days. it would be appreciated if all of the information was being shared.
7 mins  Like  More

**RaeAnn Ellis**
**Sarah Anne** I'll correct myself, a department of health and welfare employee, not cps.

Then there's ignorant gossip spreaders who reject truth, civility, and decency by loving to spread lies without evidence. RaeAnn Ellis here is a perfect example of someone who spreads "hearsay," and revels in doing so.

The lies and garbage she spreads could be said about any one--including her. She has no regard for truth, evidence, or reality. This is a wicked spirit of sin, that is prevalent and warned against in God's Word:

**Proverbs 17:4** - A wicked doer giveth heed to false lips; and a liar giveth ear to a naughty tongue.

**Exodus 23:1** - Thou shalt not raise a false report: put not thine hand with the wicked to be an unrighteous witness.

**1 Timothy 5:13** - And withal they learn to be idle, wandering about from house to house; and not only idle, but tattlers also and busybodies, speaking things which they ought not.

**Proverbs 19:5** - A false witness shall not be unpunished, and he that speaketh lies shall not escape.

**Freedom Man Comment Policy**
Please read our Comment Policy before commenting.



#### What do you think?
9 Responses







Upvote  Funny  Love  Surprised  Sad

9 Comments

Login

**Exhibit C, Page 14**

stlukesexposed.ws



## Empirical Facts about St. Luke's Hospital EXPOSED on this Website:

☑ St. Luke's Hospital is one of only 13 hospitals in America that performs gender mutilation surgery on minors! [click here for proof]

☑ St. Luke's is compensated when babies, who are illegally and immorally kidnapped by CPS, are placed in their "care." [click here for proof]

☑ St. Luke's has a record of medical incompetence which has resulted in the death of many of its patients. [click here for proof]

☑ St. Luke's coerced it's own employees to get vaccinated or lose their jobs. [click here for proof]

☑ St. Luke's is a major sponsor of the gay, lesbian, and transgender movement in Idaho. [click here for proof]





FAQ | The Book | Truth About St. Luke's | Lawsuit Details | Share Your Story

## Empirical Facts about St. Luke's Hospital EXPOSED on this Website:

- ☑ St. Luke's Hospital is one of only 13 hospitals in America that performs gender mutilation surgery on minors! [click here for proof]

- ☑ St. Luke's is compensated when babies, who are illegally and immorally kidnapped by CPS, are placed in their "care." [click here for proof]

- ☑ St. Luke's has a record of medical incompetence which has resulted in the death of many of its patients. [click here for proof]

- ☑ St. Luke's coerced it's own employees to get vaccinated or lose their jobs. [click here for proof]

- ☑ St. Luke's is a major sponsor of the gay, lesbian, and transgender movement in Idaho. [click here for proof]



**THE LAWSUIT DETAILS**
Learn all the details about the fraudulent St. Luke's Lawsuit against Ammon Bundy & Diego Rodriguez

Download and Review all Documentation Regarding the St. Luke's Lawsuit



**TRUTH ABOUT ST. LUKE'S**
Click here to read the facts about St. Luke's corruption and wickedness

Learn the Truth About St. Luke's Hospital and their Corruption and Wickedness



**HAVE YOU BEEN HARMED BY ST. LUKE'S HOSPITAL?**
Click here to share your horror story

Tell Us Your St. Luke's Horror Story and Help Bring St. Luke's to Justice

---

### LATEST NEWS:




**Diego Files Appeal to the Fraudulent Lawsuit**
October 4th, 2023
Here is the Full Text of the Appeal that was filed on October 4th, 2023...



**"Idaho Leaders United" have Lied and Defamed Ammon Bundy and Diego Rodriguez**
August 10th, 2023
The authors of the article, Idaho Leaders United, a group of statist Republicans and various liberal ideologues, have succeeded in doing the very thing that St. Luke's hospital fraudulently claimed that Ammon and Diego did to them...



**Proof that St. Luke's Mutilates the Genitals (Performs Sex Changes) of Children**
July 29th, 2023
St. Luke's Children's Hospital webpage is still advertising minor hormone therapy and sex change surgeries. This video gives proof...

**Diego's Answer to the 4th Amended Complaint (this is the ANSWER that Judge Lynn "Misconduct" Norton struck from the**

---

Subscribe to St. Luke's Exposed!

Quick Links:



Get a copy of the books that exposes TRUE STORIES about the corruption and abuse from St. Luke's Hospitals!

**Popular St. Luke's Articles:**

Exhibit C, Page 16

the public to read it)

*July 13th, 2023*

Here is the ENTIRE TEXT of Diego Rodriguez's ANSWER to the Lawsuit that was filed against him—that Corrupt Judge Lynn Norton struck from the record to ensure the jury could never read it...



### Judge Lynn "Misconduct" Norton Violates the Constitution Again with Excessive Bail

*May 30th, 2023*

Last week, serial violator of the Constitution, Judge Lynn Norton, again demonstrated her bias and wickedness by again violating both the U.S. Constitution and the Idaho State Constitution...



### Judge Lynn Norton's Judicial Misconduct

*May 19th, 2022*

The Ada County court system is famous for being corrupt and for being a place "where justice goes to die." That has certainly proven to be true in this lawsuit where corrupt judge and serial violator of the Constitution, Lynn Norton, presides over the case...



### Criminal Complaints Filed Against Holland and Hart Attorney Erik Stidham for INTIMIDATION BY FALSE ASSERTION OF AUTHORITY

*May 18th, 2023*

This past week, criminal complaints were filed against Erik Stidham, the lead attorney from Holland and Hart Law firm who is representing St. Luke's Hospital in the lawsuit against Ammon Bundy and Diego Rodriguez...



### Medicine mistake kills child at St. Luke's

A child has died at St. Luke's Magic Valley Medical Center after being given the wrong medicine, hospital staff said Friday in a press conference. (Article from the Idaho Statesman)



### How St. Luke's Killed a 10 Month Old Baby

Idaho local business man and former marine and police man shares his story about how St. Luke's hospital killed his 10 month old child.



### St Luke's Sponsors Gay Pride Parade's and Drag Queen Shows

St. Luke's, who receives millions of dollars every year in government subsidies has been proudly sponsoring "gay pride" festivals for years in Idaho.

**SITE INFORMATION:**
Privacy Policy
Terms and Conditions
Site Map
Contact Us

SITE SECURED BY:


© 2022 - 2024 Freedom Man Press

Exhibit C, Page 17



FAQ   The Book   Truth About St. Luke's   Lawsuit Details   Share Your Story

**The Ada County Courthouse, where Justice goes to die!**

## Details About the Fraudulent Lawsuit

And why it matters to everyone in America!



**WICKED PEOPLE**
Meet the wicked players behind the lawsuit

Meet the WICKED PLAYERS behind the lawsuit.




**COURT DOCUMENTS**
Download the official case documents

Click here to download the court documents in this case.



**SUMMARY VIDEO**
Quickly learn the facts behind the lawsuit

Watch the summary video to learn the facts behind the lawsuit.



**LEGAL MALPRACTICE**
How St. Luke's Legal Team Lies and Deceives in Court

How St. Luke's Legal Team (Holland and Hart) Lies and Deceives in a Court of Law



**JUDICIAL MISCONDUCT**
See exactly how the Judges violated the law

See exactly how Judges Lynn Norton and Nancy Baskin violated the U.S. Constitution and various laws and statutes



**LIES AND PERJURY**
See the lies and perjury in this case for yourself

See the lies and perjury which took place in this trial for yourself (listen to the audio and see the evidence)

## History of the Lawsuit in Reverse Chronological Order:



**Diego Files Appeal to the Fraudulent Lawsuit**
*October 4th, 2023*
Here is the Full Text of the Appeal that was filed on October 4th, 2023…

**Evidence that CPS Agents, Meridian Police & St Lukes Staff are Lying about why they took Baby Cyrus**
*July 24th, 2023*
The information in this video is what Diego and Ammon exposed and are being sued for. Based on the evidence, you can decide for yourself if St. Lukes, CPS & Meridian Police where right in taking Baby Cyrus…



**Diego's Answer to the 4th Amended Complaint (this is the ANSWER that Judge Lynn "Misconduct" Norton struck from the record because she desperately doesn't want the public to read it)**
*July 13th, 2023*
Here is the ENTIRE TEXT of Diego Rodriguez's ANSWER to the Lawsuit that was filed against him—that Corrupt Judge Lynn Norton struck from the record to ensure the jury could never read it…

**Judge Lynn "Misconduct" Norton Violates**



Stay Informed About St. Luke's CORRUPTION

**SUBSCRIBE**

**THE ST. LUKE'S HORROR SHOW**

*Get a copy of the books that exposes TRUE STORIES about the corruption and abuse from St. Luke's Hospitals!*

**Quick Links:**
- The Lawsuit Details
- Truth About St. Luke's
- Share Your Horror Story

**Exhibit C, Page 18**



### the Constitution Again with Excessive Bail

*May 30th, 2023*

Last week, serial violator of the Constitution, Judge Lynn Norton, again demonstrated her bias and wickedness by again violating both the U.S. Constitution and the Idaho State Constitution...



### Judge Lynn Norton's Judicial Misconduct

*May 19th, 2023*

The Ada County court system is famous for being corrupt and for being a place "where justice goes to die." That has certainly proven to be true in this lawsuit where corrupt judge and serial violator of the Constitution, Lynn Norton, presides over the case...



### Criminal Complaints Filed Against Holland and Hart Attorney Erik Stidham for INTIMIDATION BY FALSE ASSERTION OF AUTHORITY

*May 18th, 2023*

This past week, criminal complaints were filed against Erik Stidham, the lead attorney from Holland and Hart Law firm who is representing St. Luke's Hospital in the lawsuit against Ammon Bundy and Diego Rodriguez...

### 3 - Ammon Bundy Responds Publicly to the St. Luke's Lawsuit

*September 7th, 2022*

Ammon Bundy made a public video explaining why he is not participating in the lawsuit. Click here to watch it.

### 2 - Judge Extends lawsuit time period due to errors in original filing.

*July 12th, 2022*

Apparently, the judge extended the case for 3 weeks since the lawyers for St. Luke's did not include the address and contact information for St. Luke's hospital on the original paperwork for service to Ammon Bundy and Diego Rodriguez.

### 1 - St. Luke's Files lawsuit against Ammon Bundy and Diego Rodriguez.

*May 11th, 2022*

The amended complaint can be seen here as posted on St. Luke's website.

**SITE INFORMATION:**
Privacy Policy
Terms and Conditions
Site Map
Contact Us

**SITE SECURED BY:**

COMODO
SSL CERTIFICATE

© 2022 - 2024 Freedom Man Press



## Meet the Wicked People Behind the Lawsuit

### PLAINTIFFS:


**CHRIS ROTH**
CEO of St. Luke's Hospital


**DR. NATASHA ERICKSON**
Wicked and Evil Doctor


**TRACY JUNGMAN**
Wicked and Evil Nurse

### DISHONORABLE AND EVIL JUDGES:


**Wicked Judge Nancy "Bull Dyke" Baskins**
2nd Judge on the Case


**Corrupt Judge Lynn "Misconduct" Norton**
Primary Judge on the Case


**Lesbian Judge Laurie "The Trafficker" Fortier**
Evil Judge Who Legally Kidnaps and Traffics Children

### IMMORAL LAWYERS FROM HOLLAND & HART LAW FIRM


**Dirty Erik He/Him/His Stidham**
Wicked Attorney for Holland and Hart


**Robert Ass Faucher**
Psychopathic Lawyer


**Jennifer Jensen**
Degenerate Lawyer

### OTHER BAD ACTORS AND WICKED PARTICIPANTS:


**Dr. Rachel Thomas**
St. Luke's Pro-LGBTQ+ Activist Doctor Who Broke Protocols to Keep Baby Cyrus in St. Luke's Possession


**Kelly Shoplock**
CPS Social Worker


**Kristen Nate**
Lesbian CPS Social Worker (Kelly Shoplock's Supervisor)

### "EXPERT" WITNESSES PAID TO GIVE BIASED TESTIMONY:


**Jessica Flynn**
Another lesbian paid to give biased testimony.


**Dr. Camille LaCroix**
Paid to give biased testimony.


**Dr. Michael Wheaton**
Paid to give biased testimony.

Exhibit C, Page 20





**Dennis Reinstein, CPA**
Paid to give biased testimony.

**Devin Burghart**
Socialist Sycophant obsessed with Ammon Bundy paid to give biased testimony

**Spencer "Legal Whore" Fomby**
Police Officer who was paid thousands to give biased testimony

## EVIL COPS INVOLVED:






**Meridian Police Detective Steven Hansen Badge # 3534**
This is evil and wicked sociopath who ripped Baby Cyrus out of Marissa's arms. He is the actual KIDNAPPER.

**Meridian Police Detective Jeff Fuller Badge # 3138**
He is the detective in charge of the case. He has the greater sin - John 19:11.

**Meridian Sargent Christopher McGilvery**
He is the belligerent thug screaming at Miranda to get her @$$ out of the car and the one who slammed Levi against the truck and handcuffed him. He was the most aggressive tyrant of the entire kidnapping event.

**Meridian Police Officer Sean King**
He is the filthy pervert who molested and groped Marissa, putting his hand up her shirt and down her pants while she was vulnerable and in handcuffs, even though she had previously been patted down to ensure she had no weapons.

## IDAHO'S CHILD TRAFFICKING RINGLEADER:



**Dave "Pedo-Bear" Jeppesen**
Idaho's Child Trafficking ringleader and Director of the Idaho Department of Health and Welfare. He has personally signed the papers to legally steal over 1,400 children from their parents in Idaho. He is a criminal and a moral pervert. He is in charge of the entire Government Subsidized Child Trafficking ring in Idaho.

SITE INFORMATION:
Privacy Policy
Terms and Conditions
Site Map
Contact Us

SITE SECURED BY:
COMODO SSL CERTIFICATE

© 2022 - 2024 Freedom Man Press



## Diego Files Appeal to the Fraudulent Lawsuit

HOME > Lawsuit Details > Diego Files Appeal

**Share this page:**   

### Here is the Full Text of the Appeal that was filed on October 4th, 2023

October 4th, 2023 | by Diego Rodriguez



**IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA**

ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual, Plaintiffs,

vs.

AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization, Defendants.

Case No. CV01-22-06789
**NOTICE OF APPEAL**

TO: THE ABOVE NAMED RESPONDENT(S), AND THE PARTY'S ATTORNEYS, AND THE CLERK OF THE ABOVE-ENTITLED COURT.

NOTICE IS HEREBY GIVEN THAT:

1. The above named appellant, Diego Rodriguez, appeal(s) against the above-named respondent(s) to the Idaho Supreme Court from the final judgment entered in the above-entitled action on the 29th day of August, 2023, Judge Nancy Baskins presiding. The judgment is attached to this Notice of Appeal.

2. That the party has a right to appeal to the Idaho Supreme Court, and the judgments or orders described in paragraph 1 above are appealable orders under and pursuant to Rule 4 and Rule 11 I.A.R..

3. A preliminary statement of the issues on appeal which the appellant intends to assert in the appeal are below; provided, such list of issues on appeal shall not prevent the appellant from asserting other issues on appeal.

**A. Judge Lynn Norton actions in the case were violations of Constitutional Rights and various laws and statutes:**
1) According to Idaho Rules of Civil Procedure #55, the entire case should have ended with a default judgment within 21 days. Since Judge Lynn Norton disobeyed the Idaho Rules of Civil Procedure, this case was inappropriately extended when it should have ended nearly a year before the final judgment was issued.
2) Judge Lynn Norton issued an order striking all of Diego Rodriguez's answers from the record, violating his due process rights.
3) Judge Lynn Norton, in the same order, prohibited Diego Rodriguez from presenting any evidence contrary to the allegations made against him by the plaintiffs. This is a complete violation of due process rights.
4) Judge Lynn Norton broke the law, the Constitution, various codes and statutes, or the Idaho Civil Rules of Procedure at least 12 different times during the course of this court case demonstrating and unprecedented, unconscionable, and egregious amount of judicial bias which inappropriately prejudiced all aspects of this case. These violations have been noted and filed with the Idaho Judicial Council and will be explained in detail in the forthcoming appeal.

**B. The Premise of the Case Infringes on First Amendment Rights.**
1) I have the right 1st amendment right to freedom of speech, which includes the right to publicly declare things that I know to be true or believe to be true—particularly when I have evidence. Since Judge Lynn Norton prohibited me from providing evidence, I was denied my due process rights and the opportunity to demonstrate that everything I have stated is empirically true and accurate.
2) There was no defamation in this case as every statement I made against the Plaintiffs was true and accurate, or something I believe to be true and accurate, and I have evidence demonstrating it to be true and accurate.
3) All 8 counts of the case are demonstrably false and have grounds for immediate dismissal if

**SUBSCRIBE**
Stay Informed About St. Luke's CORRUPTION

**THE ST. LUKE'S HORROR SHOW**

Get a copy of the books that expose TRUE STORIES about the corruption and abuse from St. Luke's Hospitals!

**Quick Links:**
- The Lawsuit Details
- Truth About St. Luke's
- Share Your Horror Story

the case were to be reviewed by an unbiased judge who obeys the rule of law.

### C. The proceedings violated Idaho Rules of Civil Procedure and prejudiced the jury against the defendants.

1) The jury selection process was inappropriate and selected biased jury members by allowing jury members who are employed by the plaintiff (or married to employees of the plaintiff), others with a well-established history of antagonism towards the defendants, and Judge Nancy Baskins even permitted a juror to stay on the jury after the juror vocally expressed and admitted she had bias against the defendant(s).

2) Judge Nancy Baskins lied to the jury and claimed that Diego Rodriguez "had a chance to participate but chose not to participate in the case proceedings." This is a false statement and it prejudiced the jury.

3) The Plaintiffs presented empirically false evidence which further prejudiced the jury and which the defendants had no opportunity to refute.

4. There are parts of the record that have been sealed. Most specifically, there was an order sealing trial medical records admitted as evidence. This order was signed by Judge Nancy Baskins on August 29th, 2023, and states, "Due to the sensitive and personal nature of the information contained in the medical records evidence, the Court has determined the evidence must be sealed to protect the confidentiality of the information as to the infant C.A. As such, Plaintiffs' Trial Exhibits 1, 2, 3, and 5 shall be sealed."

5. A reporter's standard transcript is requested in electronic (i.e. PDF) format as defined in Rule 25(c), I.A.R. and specifically supplemented (if the standard transcript does not already include) with the following:
a) Voir dire examination of jury.
b) Opening and Closing arguments of counsel.
c) The testimony of each witness.
d) Instructions verbally given by the court.

5. The appellant requests the following documents to be included in the clerk's record in addition to those automatically included under Rule 28, I.A.R.:
a) All requested and given jury instructions.

6. (a) I certify that a copy of this notice of appeal has been served on each reporter of whom a transcript has been requested as named below at the address set out below:
Name and email address: Christie Valcich (cvalcich@adacounty.id.gov)

(b) That the appellant is exempt from paying the estimated transcript fee because the amount requested for the transcripts is over $6,200, which is an amount I simply cannot pay and will constitute a financial hardship on me.

(c) That the appellant is exempt from paying the estimated fee for the preparation of the record because payment of these fees will constitute a financial hardship on me.

(d) That the appellate filing fee has been paid.

(e) That service has been made upon all parties required to be served pursuant to Rule 20 (and the attorney general of Idaho pursuant to § 67-1401(1), Idaho Code).



**Notice of Appeal in PDF format filed by Diego Rodriguez on October 4th, 2023**

**St Lukes Exposed Comment Policy**
Please read our Comment Policy before commenting.          Got it

What do you think?
1 Response

Upvote    Funny    Love    Surprised    Angry    Sad

0 Comments                                              Login ▼

Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name

♡  • Share                                      Best  Newest  Oldest

Be the first to comment

Subscribe   Privacy   Do Not Sell My Data                    DISQUS

SITE INFORMATION:                        SITE SECURED BY:
Privacy Policy
Terms and Conditions                     COMODO

**Exhibit C, Page 23**