**Diego Rodriguez**
1317 Edgewater Dr.
Suite No. 5077
Orlando, FL 32804
Telephone:    (208) 891-7728
Email: freedommanpress@protonmail.com

*pro se*

U.S. COURTS

MAY 10 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Diego Rodriguez, | ) CASE NO. 1:23-cv-00212-DCN |
| Petitioner, | ) |
| vs. | ) MOTION TO ALLOW FOR E-FILING |
| | ) and NOTIFICATION VIA EMAIL |
| ST. LUKES HEALTH SYSTEM LTD, ST. LUKES REGIONAL MEDICAL CENTER LTD, CHRIS ROTH, NATASHA ERICKSON, MD, and TRACY JUNGMAN, | ) |
| Respondents. | ) |

COMES NOW, Petitioner Diego Rodriguez and hereby submits my motion to allow me to E-file for this case. I also request that I receive notifications and communication regarding this case to my email address: freedommanpress@protonmail.com.

I do not live in Idaho and it is both cumbersome, untimely, and disadvantageous for me to have to send any filed documents via standard mail. Additionally, the use of standard mail puts me at an unfair advantage because timelines that have been set by the court (and may be set again in the future) for the filing of documents, etc., are often impossible to respond to if I have not received notification of them with sufficient time. By way of example, the most recent order from Judge David Nye demanded that I respond my May 3rd, yet I received that order in the mail

MOTION TO ALLOW FOR E-FILING. – 1

on May 1st. That is simply unfair and unjust.

I therefore request that all communication and filings for this case be made to me at my email address noted above and that I be given the ability to make my own filings into this case electronically and online.

DATED this 8th day of May, 2024.

                                       By:  /s/ Diego Rodriguez
                                             Diego Rodriguez
                                             Petitioner